# EXHIBIT A

**BAGOLIE-FRIEDMAN, LLC**
Alan T. Friedman, Esq., (I.D. #: 032931993)
648 Newark Avenue
Jersey City, NJ 07306
P: (201) 656-8500
F: (201) 656-4703
Attorneys for Plaintiffs

**STAG LIUZZA, LLC**
Michael G. Stag, Esq.
Merritt Cunningham, Esq.
365 Canal Street, # 2850
New Orleans, LA 70130
P: (504) 593-9600
F: (504) 383-9346
Attorneys for Plaintiffs

| | |
|---|---|
| CYNTHIA KLING, TRACEY KLINGER, | ) SUPERIOR COURT OF NEW JERSEY |
| JUSTIN KNAPP, BRUCE KNAPP, | ) |
| GREGORY KNIGHT, JOYCE KNIGHT, | ) |
| RODGER KNIGHTEN, SHANE KOUBA, | ) |
| KRISTINA KRUGER, JACQUELINE | ) DIVISION- MORRIS COUNTY, |
| KUNSTMAN, JEREMY KUNSTMAN, | ) |
| CLYDE KYSER, MARGARET | ) DOCKET NO: _____ |
| LABRECQUE, DARYL LAFOUNTAIN, | ) |
| GLEN LAIRD, NAVSHAD LALANI, | ) CIVIL ACTION |
| BRADLEY LAMB, JASON LANGLEY, | ) |
| WILLIAM LANIER, MICHAEL LANNING, | ) |
| MATTHEW LATTIN, WENDY | ) |
| LAVACHEK, MICHAEL LAWRENCE, | ) **COMPLAINT & DEMAND FOR** |
| GORDON LAWRENCE, RORY | ) |
| LAWRENCE, DORNELLA LEAL, JERALD | ) **JURY TRIAL** |
| LEE, SAMUEL LEGARRETA, MARIA | ) |
| LEKITY, GARY LEMMON, DEBORAH | ) |
| LENARD, JANET LENNOX, THELMA | ) |
| LEROY, MICHAEL LEVINGSTON, | ) |
| JULIAN LEWIS, TAMARA LEWIS, | ) |
| KIMBERLY LEWIS, NANCY LEWIS, | ) |
| JUSTIN LIGHTNER, EDWARD LIMMER, | ) |
| JUSTIN LINDSAY, KYLE LINDSEY, | ) |
| CHARLES LINGLE, SCOTT LITTLE, | ) |
| CHRISTINA LITTLEDALE, LOUIS | ) |
| LOBRIGO, RACHEL LOCKE, TERESA | ) |
| LODATO, PHILLIP LOGAN, LORING | ) |
| LONEY SR., MITCHELL LONG, STELLA | ) |
| LOPEZ-JIMENEZ, PAUL LUCAS, LANCE | ) |

LUELOFF, KAMARI LYONS, AMY )
MACKAY, DOUGLAS MACKLING, LUKE )
MACLEAN, CARLOS MAES, ANTHONY )
MAEZ, SHELIA MAJOR, JOHN MARINO, )
SANDRA MARKER, KENNETH )
MARKUS, LINDA MARLETT, WILLIAM )
MARSH, JOHN MARSHALL, TERRELL )
MARTIN, KENNETH MARTIN, JULIA )
MARTIN, WILLIAM MASON, BARRY )
MASTERS, DOUG MASTERS, THOMAS )
MATTHEWS, ANNELENA MATTISON, )
THOMAS MAXEY, RICHARD MAXSON, )
CRYSTAL MCCAULEY, EMMA )
MCCORD, ANTHONY MCCORMICK, )
KEVIN MCCOTTRY, JESSICA MCCOY, )
WALNITA MCCREE, ANDREW )
MCCULLIN, JANICE MCDOUGAL, )
TAMMY MCDOWELL, TECHERS T )
MCGIBBON, JAMES MCGLADE, KEVIN )
MCGOUGH, LEO MCGREW, KEVIN )
MCKAY, PATRICK MCKEOWN, ROBERT )
MCLAGAN, ANGELO MCLAURIN, )
BRYAN MCNABB, JENNIFER MEASE, )
REBECCA MELTZ, DENNIS MERRIGAN, )
RYAN MESTON, ROBERT MICKLES, )
LAURA MIDDLETON, CHRISTINE )
MIELOCK, BRIAN MIKULA, MICHAEL )
MILES, ROBERT MILLER, DANIEL )
MILLER, ANGELA MILLER, )
CHRISTOPHER MILLER, MARK MILLER, )
BARBARA MILLS, KENNETH MIMS, )
ROBERT MINER, NATHANIEL )
MITCHELL, CHARLES MOESS, JOHN )
MOGELNICKI, KIT MOGLE, SAMANTHA )
MONROE, RICHARD MONTOYA, )
KATHERINE MORENO, AMBERLEIGH )
MORRIS, CONRAD MORRIS, BERTIE )
MORRIS, MARC MORRISETTE, )
VICTORIA MORROW, JACE MORROW, )
DWIGHT MOTZ, JACKIE MOULD, )
PAMELA MOULTRAY, GARY MOXLEY )
SR.,, JOE MRAZ, NEOCCESHA MUDD, )
ANDREA MULLEN, ALEXANDER )
MUNIZ, DAVID MUNOZ, JAMES )
MURPHY, MICHAEL MUSHNICK, )
ROBERT MYERS, DAPHNIE NANTON- )
JACKSON, TAMMY NELSON, CEDRIC )

NELSON, HENRY NELSON, TIMOTHY )
NELSON, JOHN NERI, JACOB NEWTON, )
GERALD NIEDOWICZ, HOWARD )
NIELSEN, DAN NOEL, MATHEW NOLL, )
RICHARD NOLL, SUSAN NOLL, KARIN )
NORMAN, WILLIAM NORMAN, )
MICHAEL NOTHSTINE, ADAM )
NOWICKI, DAVID NUNO, SHERYL )
NURENBERG, EDITH OBRYAN, JOEY )
O'DELL, ERIC OLIVER, ZACHERY )
O'NEIL, MARY O'NEIL, JENNIFER )
OVERBY, ANTHONY OWENS, RANDY )
OWINGS, BRENT PADDACK, MICHAEL )
PAGANO, HEATHER PAGE, JONATHAN )
PAGE, GREGORY PALMATEER, )
DEBORAH PALUMBO, FILIPPO )
PALUMBO, WILBERT PARKS, RICHARD )
PARKS, GINGER PATRICK, JON )
PATTERSON, JOHN PATTI, JIM )
PAULSEN, JULIAN PEACOCK, JENNIFER )
PEMP, BOBBIE PEREZ, DARRIUS )
PERRY, ROY PETERSON, EMMANUEL )
PETERSON, NIKKI PETREE, GLYNIS )
PHILLIPS, LAUREN PICARD, MCHENRY )
PIERRE, RICKY PIKE JR., THOMAS PIO, )
RODNEY PIRKLE, CAITLIN PIRTLE, )
WAYNE PLATTEN, ANDREW PLESEK, )
BRET PLYBON, JUANA POSADA, )
CHRISTINE POTTER, LARRY POULIN, )
WENDELL POWELL, KATHERINE )
POYNTER, JAMES PRATHER, JERRY )
PRICE, CELQUETTA D. PRIDE, LAUREN )
PRIMM, NAHZEER PRYOR, SUSAN )
QUINTERO, LA'KIA RADCLIFF, )
RONALD RAGSDALE JR., SOHAIL )
RANA, ASHLEIGH RARDON, RONALD )
RASH JR., CHARLES RATHBURN, )
CAMDEN REDDISH, MARILYN REED, )
JULIE D. REID, BENJAMIN REISS, )
MICHAEL RESSEL, JAMES RETHWISCH, )
JAMES REVEAL, SYLVIA REYNA )
RAMOS, DEBRA RICE, GREGORY RICH, )
JENNIFER RIEL, JAMES RIPKA, DAMON )
RISPRESS, STEVE RIVE, DAVID )
ROBBINS, STEPHEN ROBENS, AMBER )
ROBERTS, GEORGIA ROBINSON, )
ROBERT ROBINSON, JACOB RODGERS, )

3

GERMAIN RODRIGUEZ, FELIPE )
RODRIGUEZ, LUIS RODRIGUEZ, )
SANDRA RODRIGUEZ, DAVID ROLPH, )
STUART ROPER, SHARON ROSADO, )
MELODY ROSS, NICHOLAS ROSS, JOHN )
ROSS JR., JENNIFER ROSSER, SUSAN )
ROSTAR, PATRICK ROY, TARAS )
RUBYCZ, ELONDA RUSS, RAYMOND )
RUSSELL, OZIE RYALS, COLLEEN )
SAMSON, MARK SAMUEL, JACK )
SANDER, DALE SANDERLIN, STEVEN )
SANDERSON, DEREK SANDUSKY, )
MARY ANN SANTIAGO, MARIA )
SAUNDERS, KASSANDRA SAUNDERS, )
TARYN SAWYER, JUDITH )
SCAPPATICCIO, JOHN SCAVONE, )
DIANE SCHAEFER, DOMINICK SCHEID, )
RAYMOND SCHELLINGER JR., JOHN )
SCHENNE, ANGELA SCHERES, )
NICHOLAS SCHETTINI, RONALD )
SCHLAPPIE, JUSTIN SCHMITZ, TERRY )
SCHOOF, MARC SCHOTT, MARI )
SCHREDER, LISA SCHUELLER, JAMES )
SCHULZ, THOMAS SCOGGINS, PARIS )
SCOTT, JOHANNA SCOTT, GREGORY )
SCOTT, RHONDA SCRUGGS, JASON )
SEDDON, CHARLENE SEGUI, FANESSA )
SELLERS, JOSEPH SELLERS, ANDREW )
SEMP, PATRICIA SHAFFER, COLTON )
SHEETS, BLAKE SHELTON, NICHOLAS )
SHRUBB, CALLIE SHUFELT, EDDIE )
SHY, ROY SIEVERS, ESTRELLITA )
SILVA, MICHEAL SIMONTON, JESSICA )
SIMS, JANETTE SINGLETON, TIMOTHY )
SINGLETON, ARTRELLA SINKLER, )
CRYSTAL SINNER, STRABO SIRES, )
REBECCA SJODIN, KAYLA SMALLEN, )
GREGORY SMITH, CARRIE SMITH, )
ELIZABETH SMITH, JOHN SMITH, TODD )
SMITH, ERIN SMITH, TERRI SMITH, )
PAULA SMITH, DANIEL SMITH, DAVID )
SMITH, ELIZABETH SOLIZ, APRIL )
SONNETAG, PETER SORENSEN, )
JAMES SOTTILE JR., JENNIFER )
SOWERS, STEVE SPANN SR., BEVERLY )
SPARKMAN, ELIZABETH SPARKMAN, )
TIMOTHY SPATEHOLTS, TIFFANY )

SPENCER, PHILIP SPENCER, CLIFTON )
SPRIVEY, PAULA SPURGEON-HADDIX, )
MICHAEL SQUIRES, STEVEN )
STARCHER, ELEANOR STATEN, )
ROBERT STEIDLEY, BARTHOLOMEW )
STEINBURG, BRITTNEY STEVENS, )
SHANE STEVENS, DANIEL STEWARD, )
RICHARD STIER, DENISE STIFFLER, )
APRIL STITT, TINA STITT, JON STOKES, )
ANTHONY STONE, WILLIE JOE )
STOVALL, WENDY STRAND, LINDA )
STREETER, JUSTIN STUBBENDICK, )
KIMBERLY STYLES, TIMOTHY STYLES, )
KATRINA SULLIVAN, TONI )
SUMMERELL, AGNES SVOBODA, )
ROBERTA SWEET, KARLA SWIFT, )
CHARLES TATE, WILL TAVARES, )
EDWARD TAYLOR, ROBERT TAYLOR, )
JAMES TAYLOR, GEORGE TERZI, )
MICHAEL THOMAS, STEVEN THOMAS, )
BRUCE THOMPKINS, MICHAEL )
THOMPSON, DAVID THORNTON, )
AUSTIN TINGLEY, JACK TIPOLD, )
LANTZ TIPTON, DANIEL TOBIAS, ANNE )
TODD, ANDREW TOMALO, PATRIC )
TOMPKINS, CHARLES TRAKEL, )
JESSICA TRINKELLA, RUSSELL )
TRUFANT, EMILY TURNBULL, )
CHARLES TURNER, CHARLES TURNEY, )
JUNIUS TYLER, KRIS UNDERWOOD, )
RUFO UNGACTA, JUDEE UTOH, )
MICHELE VALENTIN, SHAWN )
VALENTINE, JILL VANDEGRIFT, ROY )
VARNEY, LUIS VASQUEZ, MICHAEL )
VENTERS, ROBERT VEST, CAPRICE )
VIZCAYA, ERIC WADDLE, STEPHANIE )
WADE, ALISA WAHRER, JENNIFER )
WALCH-GROSS, SCOTT WALKER, )
COREY WALKER, KEVIN WALKER, )
AUTUMN WALKER, DANIEL WALSH, )
DEWAYNE WASHINGTON, HAROLD )
WASHINGTON, FRANK WATERS, )
STEPHEN WATKINS, DALE WATKINS )
SR., ZANDA WATSON, JAMES )
WEAKLEY, FRED WEBER, JERRY )
WEDDLE, MICHELLE WEIDNER, SCOTT )
WEISS, VICKY WELLINGTON, JOANNE )

WENDEL, FRANK LEROY WESCOM SR.,  )
APRIL WESTERLUND, CHAD WETZEL,  )
CLIFTON WHEELER JR., CHARLES  )
WHITE, DURANCE WHITE, GREGORY  )
WHITE, TRENTON WHITED, YESMIN  )
WHITEHEAD, CHARLES WHITLOCK,  )
TONY WHITT, PATRICIA M. WICKS,  )
PETER WILKINS, CRAIG WILLCUTT,  )
DAVID WILLIAMS, ERNEST L  )
WILLIAMS, CHARLES H WILLIAMS,  )
RACHEL WILLIAMS, CELESTINE  )
WILLIAMS, CYNTHIA WILLIAMS,  )
MADISON WILLIAMS, JEFF WILLIAMS,  )
ROGER WILLIAMS, LATRETTA  )
WILLIAMS, TIMOTHY WILLIAMS,  )
KELVIN WILLIAMS SR., ANNMARIE  )
WILSON, MICHAEL WILSON, DAWN  )
WILSON, EDWIN WILSON, HARRY  )
WILSON, KENDRIX WILSON, BENNY  )
WILSON, JOSEPH WILSON, LATONIA  )
WILSON, NICHOLAS WILSON,  )
ANTOINETTE WILSON BATTS, LAURA  )
WILTZ, BRIAN WINGROVE, TARASTAR  )
WINKLER, CHAZ WITTMAN, KALVIN  )
WLAZLINSKI, MICHELE WOCKENFUSS,  )
KYLE WOOD SR., BENNY WOODWARD  )
SR., CHARLLAI WOOTEN, BRIAN  )
WORTLEY, KAMI WRIGHT, GREGORY  )
WRIGHT, KAREN XAVIER, ALAN  )
YANKEE, KEVIN YENOWINE,  )
KATHLEEN YOPP, MAUREEN YOUNG,  )
SE YOUNG OH, HERSCHEL YOUNGER,  )
MICHAEL YUSCHIK, JULIE ZEBLEY,  )
JEANNE M. ZIELINSKI, and SIERRA  )
ZOGG,  )
  )
Plaintiffs,  )
  )
v.  )
  )
THE 3M COMPANY (f/k/a Minnesota  )
Mining and Manufacturing Company), AGC  )
CHEMICALS AMERICAS INC., AMEREX  )
CORP, ARCHROMA U.S. INC., ARKEMA,  )
INC., BASF CORP., BUCKEYE FIRE  )
EQUIPMENT CO., CARRIER GLOBAL  )
CORP., CHEMDESIGN PRODUCTS, INC.,  )

CHEMGUARD, INC., CHEMICALS, INC.,          )
THE CHEMOURS CO., CHEMOURS                 )
COMPANY FC, LLC, CHUBB FIRE, LTD.,         )
CLARIANT CORP., CORTEVA, INC.,             )
DEEPWATER CHEMICALS, INC., DU              )
PONT DE NEMOURS, INC., DYNAX               )
CORP., E.I. DU PONT DE NEMOURS AND         )
COMPANY, KIDDE PLC, INC.,                  )
NATION FORD CHEMICAL CO.,                  )
NATIONAL FOAM, INC., TYCO FIRE             )
PRODUCTS LP, UNITED TECHNOLOGIES           )
CORP., and UTC FIRE &  SECURITY            )
AMERICAS, CORP.                            )
                                           )
Defendants.                                )

## **COMPLAINT**

COME NOW, Plaintiffs, by and through undersigned counsel, and allege upon information and belief as follows:

## **INTRODUCTION**

1.  Plaintiffs bring this action for damages for personal injury resulting from exposure to aqueous film-forming foams ("AFFF") containing the toxic chemicals collectively known as per and polyfluoroalkyl substances ("PFAS"). PFAS includes, but is not limited to, perfluorooctanoic acid ("PFOA") and perfluorooctane sulfonic acid ("PFOS") and related chemicals including those that degrade to PFOA and/or PFOS.

2.  AFFF is a specialized substance designed to extinguish petroleum-based fires. It has been used for decades by military and civilian firefighters to extinguish fires in training and in response to Class B fires.

3.  Defendants collectively designed, marketed, developed, manufactured, distributed, released, trained users, produced instructional materials, promoted, sold, and/or otherwise released into the stream of commerce AFFF with knowledge that it contained highly toxic and bio persistent

PFAS, which would expose persons who came into contact with the product either directly (use as intended) or indirectly (as an aftermath of use through air, soil, water) to the risks associated with PFAS. Further, defendants designed, marketed, developed, manufactured, distributed, released, trained users, produced instructional materials, promoted, sold and/or otherwise handled and/or used underlying chemicals and/or products added to AFFF which contained PFAS for use in firefighting.

4.      PFAS binds to proteins in the blood of humans exposed to the material and remains and persists over long periods of time. Due to their unique chemical structure, PFAS accumulates in the blood and body of exposed individuals.

5.      PFAS are highly toxic and carcinogenic chemicals. Defendants knew, or should have known, that PFAS remain in the human body while presenting significant health risks to humans.

6.      Defendants' PFAS-containing AFFF were used by Plaintiffs in their intended manner, without significant change in the products' condition. Plaintiffs were unaware of the dangerous properties of Defendants' AFFF and relied on Defendants' instructions as to the proper handling of the products. Plaintiffs' consumption, inhalation and/or dermal absorption of PFAS from Defendant's AFFF caused Plaintiffs to develop the serious medical conditions and complications alleged herein.

7.      Through this action, Plaintiffs seek to recover compensatory and punitive damages arising out of the permanent and significant damages sustained as a direct result of exposure to Defendants' AFFF or water contaminated with PFAS from Defendants' AFFF at various locations during the course of Plaintiffs' training and firefighting activities. Plaintiffs further seek injunctive, equitable, and declaratory relief arising from the same.

## JURISDICTION AND VENUE

8.      Defendants are subject to the jurisdiction of this Court on the grounds that (a) one or more

Defendants is a foreign corporation whose principal place of business is located in the State of New Jersey; (b) one or more Defendants is a foreign corporation that either are registered to conduct business in the State of New Jersey and have actually transacted business in New Jersey; and/or (c) one or more Defendants is a domestic corporation native to the State of New Jersey.

9.      Venue is proper pursuant to R. 4:3-2 as the causes of action arose in this county.

10.     Joinder of all parties is proper pursuant to R. 4:29-1. Defendants are permissively joined in this action because the exposure, injuries, and relief requested all arise out of or in respect of the same transaction, occurrence, or series of transactions or occurrences, and involves questions of law or fact common to all parties.

## **PARTIES**

11.     Plaintiff Cynthia Kling is a resident and citizen of Canyon Lake, Texas. Plaintiff was exposed to PFAS through ingestion of drinking water while living and/ or working at military installations. Plaintiff was diagnosed with kidney cancer as a result of exposure to Defendants' AFFF products.

12.     Plaintiff Tracey Klinger is a resident and citizen of Moncks Corner, South Carolina. Plaintiff was exposed to PFAS through ingestion of drinking water while living and/ or working at military installations. Plaintiff was diagnosed with thyroid cancer as a result of exposure to Defendants' AFFF products.

13.     Plaintiff Justin Knapp is a resident and citizen of Columbia, South Carolina. Plaintiff was exposed to PFAS through ingestion of drinking water while living and/ or working at military installations. Plaintiff was diagnosed with testicular cancer as a result of exposure to Defendants' AFFF products.

14.     Plaintiff Bruce Knapp is a resident and citizen of Peachtree City, Georgia. Plaintiff was exposed to PFAS through ingestion of drinking water while living and/ or working at military

installations. Plaintiff was diagnosed with kidney cancer as a result of exposure to Defendants'
AFFF products.

15.     Plaintiff Gregory Knight is a resident and citizen of Brandon, Mississippi. Plaintiff was
exposed to PFAS through ingestion of drinking water while living and/ or working at military
installations. Plaintiff was diagnosed with kidney cancer and thyroid disease as a result of exposure
to Defendants' AFFF products.

16.     Plaintiff Joyce Knight is a resident and citizen of Madison Heights, Virginia. Plaintiff was
exposed to PFAS through ingestion of drinking water while living and/ or working at military
installations. Plaintiff was diagnosed with thyroid disease as a result of exposure to Defendants'
AFFF products.

17.     Plaintiff Rodger Knighten is a resident and citizen of Astatula, Florida. Plaintiff was
exposed to PFAS through ingestion of drinking water while living and/ or working at military
installations. Plaintiff was diagnosed with thyroid disease as a result of exposure to Defendants'
AFFF products.

18.     Plaintiff Shane Kouba is a resident and citizen of Savannah, Tennessee. Plaintiff was
exposed to PFAS through ingestion of drinking water while living and/ or working at military
installations. Plaintiff was diagnosed with thyroid cancer as a result of exposure to Defendants'
AFFF products.

19.     Plaintiff Kristina Kruger is a resident and citizen of Melbourne, Florida. Plaintiff was
exposed to PFAS through ingestion of drinking water while living and/ or working at military
installations. Plaintiff was diagnosed with thyroid disease as a result of exposure to Defendants'
AFFF products.

20.     Plaintiff Jacqueline Kunstman is a resident and citizen of Puyallup, Washington. Plaintiff
was exposed to PFAS through ingestion of drinking water while living and/ or working at military

installations. Plaintiff was diagnosed with thyroid disease as a result of exposure to Defendants' AFFF products.

21.     Plaintiff Jeremy Kunstman is a resident and citizen of Buckley, Washington. Plaintiff was exposed to PFAS through ingestion of drinking water while living and/ or working at military installations. Plaintiff was diagnosed with thyroid disease as a result of exposure to Defendants' AFFF products.

22.     Plaintiff Clyde Kyser is a resident and citizen of Reno, Nevada. Plaintiff was exposed to PFAS through ingestion of drinking water while living and/ or working at military installations. Plaintiff was diagnosed with thyroid cancer as a result of exposure to Defendants' AFFF products.

23.     Plaintiff Margaret LaBrecque is a resident and citizen of Noblesville, Indiana. Plaintiff was exposed to PFAS through ingestion of drinking water while living and/ or working at military installations. Plaintiff was diagnosed with thyroid disease and thyroid cancer as a result of exposure to Defendants' AFFF products.

24.     Plaintiff Daryl LaFountain is a resident and citizen of Crestview, Florida. Plaintiff was exposed to PFAS through ingestion of drinking water while living and/ or working at military installations. Plaintiff was diagnosed with kidney cancer as a result of exposure to Defendants' AFFF products.

25.     Plaintiff Glen Laird is a resident and citizen of Niceville, Florida. Plaintiff was exposed to PFAS through ingestion of drinking water while living and/ or working at military installations. Plaintiff was diagnosed with ulcerative colitis as a result of exposure to Defendants' AFFF products.

26.     Plaintiff Navshad Lalani is a resident and citizen of Seal Beach, California. Plaintiff was exposed to PFAS through ingestion of drinking water while living and/ or working at military installations. Plaintiff was diagnosed with thyroid disease as a result of exposure to Defendants'

AFFF products.

27.    Plaintiff Bradley Lamb is a resident and citizen of Berthoud, Colorado. Plaintiff was exposed to PFAS through ingestion of drinking water while living and/ or working at military installations. Plaintiff was diagnosed with thyroid cancer as a result of exposure to Defendants' AFFF products.

28.    Plaintiff Jason Langley is a resident and citizen of Buchanan, Tennessee. Plaintiff was exposed to PFAS through ingestion of drinking water while living and/ or working at military installations. Plaintiff was diagnosed with testicular cancer as a result of exposure to Defendants' AFFF products.

29.    Plaintiff William Lanier is a resident and citizen of Jacksonville, North Carolina. Plaintiff was exposed to PFAS through ingestion of drinking water while living and/ or working at military installations. Plaintiff was diagnosed with thyroid disease as a result of exposure to Defendants' AFFF products.

30.    Plaintiff Michael Lanning is a resident and citizen of Fort Cavazos, Texas. Plaintiff was exposed to PFAS through ingestion of drinking water while living and/ or working at military installations. Plaintiff was diagnosed with testicular cancer as a result of exposure to Defendants' AFFF products.

31.    Plaintiff Matthew Lattin is a resident and citizen of Brentwood, Tennessee. Plaintiff was exposed to PFAS through ingestion of drinking water while living and/ or working at military installations. Plaintiff was diagnosed with testicular cancer as a result of exposure to Defendants' AFFF products.

32.    Plaintiff Wendy Lavachek is a resident and citizen of San Diego, California. Plaintiff was exposed to PFAS through ingestion of drinking water while living and/ or working at military installations. Plaintiff was diagnosed with kidney cancer as a result of exposure to Defendants'

AFFF products.

33.    Plaintiff Michael Lawrence is a resident and citizen of Baltimore, Maryland. Plaintiff was exposed to PFAS through ingestion of drinking water while living and/ or working at military installations. Plaintiff was diagnosed with thyroid disease and thyroid cancer as a result of exposure to Defendants' AFFF products.

34.    Plaintiff Gordon Lawrence is a resident and citizen of Waco, Texas. Plaintiff was exposed to PFAS through ingestion of drinking water while living and/ or working at military installations. Plaintiff was diagnosed with thyroid disease as a result of exposure to Defendants' AFFF products.

35.    Plaintiff Rory Lawrence is a resident and citizen of Santa Maria, California. Plaintiff was exposed to PFAS through ingestion of drinking water while living and/ or working at military installations. Plaintiff was diagnosed with thyroid disease as a result of exposure to Defendants' AFFF products.

36.    Plaintiff Dornella Leal is a resident and citizen of Topeka, Kansas. Plaintiff was exposed to PFAS through ingestion of drinking water while living and/ or working at military installations. Plaintiff was diagnosed with thyroid cancer as a result of exposure to Defendants' AFFF products.

37.    Plaintiff Jerald Lee is a resident and citizen of Topeka, Kansas. Plaintiff was exposed to PFAS through ingestion of drinking water while living and/ or working at military installations. Plaintiff was diagnosed with kidney cancer and thyroid disease as a result of exposure to Defendants' AFFF products.

38.    Plaintiff Samuel Legarreta is a resident and citizen of Colorado Springs, Colorado. Plaintiff was exposed to PFAS through ingestion of drinking water while living and/ or working at military installations. Plaintiff was diagnosed with testicular cancer as a result of exposure to Defendants' AFFF products.

39.    Plaintiff Maria Lekity is a resident and citizen of Tempe, Arizona. Plaintiff was exposed

to PFAS through ingestion of drinking water while living and/ or working at military installations. Plaintiff was diagnosed with thyroid disease and thyroid cancer as a result of exposure to Defendants' AFFF products.

40.     Plaintiff Gary Lemmon is a resident and citizen of Camano, Washington. Plaintiff was exposed to PFAS through ingestion of drinking water while living and/ or working at military installations. Plaintiff was diagnosed with thyroid disease as a result of exposure to Defendants' AFFF products.

41.     Plaintiff Deborah Lenard is a resident and citizen of Celina, Texas. Plaintiff was exposed to PFAS through ingestion of drinking water while living and/ or working at military installations. Plaintiff was diagnosed with thyroid disease as a result of exposure to Defendants' AFFF products.

42.     Plaintiff Janet Lennox is a resident and citizen of Greeley, Colorado. Plaintiff was exposed to PFAS through ingestion of drinking water while living and/ or working at military installations. Plaintiff was diagnosed with thyroid disease as a result of exposure to Defendants' AFFF products.

43.     Plaintiff Thelma LeRoy is a resident and citizen of Lapeer, Michigan. Plaintiff was exposed to PFAS through ingestion of drinking water while living and/ or working at military installations. Plaintiff was diagnosed with thyroid disease as a result of exposure to Defendants' AFFF products.

44.     Plaintiff Michael Levingston is a resident and citizen of Wimberley, Texas. Plaintiff was exposed to PFAS through ingestion of drinking water while living and/ or working at military installations. Plaintiff was diagnosed with thyroid cancer as a result of exposure to Defendants' AFFF products.

45.     Plaintiff Julian Lewis is a resident and citizen of Yorktown, Virginia. Plaintiff was exposed to PFAS through ingestion of drinking water while living and/ or working at military installations. Plaintiff was diagnosed with thyroid disease as a result of exposure to Defendants' AFFF products.

46.     Plaintiff Tamara Lewis is a resident and citizen of Columbus, Georgia. Plaintiff was

exposed to PFAS through ingestion of drinking water while living and/ or working at military installations. Plaintiff was diagnosed with thyroid disease as a result of exposure to Defendants' AFFF products.

47.    Plaintiff Kimberly Lewis is a resident and citizen of Taneytown, Maryland. Plaintiff was exposed to PFAS through ingestion of drinking water while living and/ or working at military installations. Plaintiff was diagnosed with thyroid disease and liver cancer as a result of exposure to Defendants' AFFF products.

48.    Plaintiff Nancy Lewis is a resident and citizen of Stanley, Virginia. Plaintiff was exposed to PFAS through ingestion of drinking water while living and/ or working at military installations. Plaintiff was diagnosed with thyroid disease as a result of exposure to Defendants' AFFF products.

49.    Plaintiff Justin Lightner is a resident and citizen of Seaman, Ohio. Plaintiff was exposed to PFAS through ingestion of drinking water while living and/ or working at military installations. Plaintiff was diagnosed with thyroid disease as a result of exposure to Defendants' AFFF products.

50.    Plaintiff Edward Limmer is a resident and citizen of Buckley, Washington. Plaintiff was exposed to PFAS through ingestion of drinking water while living and/ or working at military installations. Plaintiff was diagnosed with kidney cancer as a result of exposure to Defendants' AFFF products.

51.    Plaintiff Justin Lindsay is a resident and citizen of Pittsburgh, Pennsylvania. Plaintiff was exposed to PFAS through ingestion of drinking water while living and/ or working at military installations. Plaintiff was diagnosed with testicular cancer as a result of exposure to Defendants' AFFF products.

52.    Plaintiff Kyle Lindsey is a resident and citizen of Shady Spring, West Virginia. Plaintiff was exposed to PFAS through ingestion of drinking water while living and/ or working at military installations. Plaintiff was diagnosed with thyroid disease as a result of exposure to Defendants'

AFFF products.

53.     Plaintiff Charles Lingle is a resident and citizen of Anacoco, Louisiana. Plaintiff was exposed to PFAS through ingestion of drinking water while living and/ or working at military installations. Plaintiff was diagnosed with testicular cancer as a result of exposure to Defendants' AFFF products.

54.     Plaintiff Scott Little is a resident and citizen of Pine City, Minnesota. Plaintiff was exposed to PFAS through ingestion of drinking water while living and/ or working at military installations. Plaintiff was diagnosed with kidney cancer as a result of exposure to Defendants' AFFF products.

55.     Plaintiff Christina Littledale is a resident and citizen of Pensacola, Florida. Plaintiff was exposed to PFAS through ingestion of drinking water while living and/ or working at military installations. Plaintiff was diagnosed with thyroid cancer as a result of exposure to Defendants' AFFF products.

56.     Plaintiff Louis Lobrigo is a resident and citizen of Litchfield Park, Arizona. Plaintiff was exposed to PFAS through ingestion of drinking water while living and/ or working at military installations. Plaintiff was diagnosed with kidney cancer as a result of exposure to Defendants' AFFF products.

57.     Plaintiff Rachel Locke is a resident and citizen of Blythe, Georgia. Plaintiff was exposed to PFAS through ingestion of drinking water while living and/ or working at military installations. Plaintiff was diagnosed with thyroid disease as a result of exposure to Defendants' AFFF products.

58.     Plaintiff Teresa Lodato is a resident and citizen of Clayton, California. Plaintiff was exposed to PFAS through ingestion of drinking water while living and/ or working at military installations. Plaintiff was diagnosed with thyroid disease as a result of exposure to Defendants' AFFF products.

59.     Plaintiff Phillip Logan is a resident and citizen of Arlington, Tennessee. Plaintiff was

exposed to PFAS through ingestion of drinking water while living and/ or working at military installations. Plaintiff was diagnosed with thyroid disease as a result of exposure to Defendants' AFFF products.

60.    Plaintiff Loring Loney Sr. is a resident and citizen of Martinez, Georgia. Plaintiff was exposed to PFAS through ingestion of drinking water while living and/ or working at military installations. Plaintiff was diagnosed with kidney cancer as a result of exposure to Defendants' AFFF products.

61.    Plaintiff Mitchell Long is a resident and citizen of Covington, Georgia. Plaintiff was exposed to PFAS through ingestion of drinking water while living and/ or working at military installations. Plaintiff was diagnosed with thyroid disease as a result of exposure to Defendants' AFFF products.

62.    Plaintiff Stella Lopez-Jimenez is a resident and citizen of Riverview, Florida. Plaintiff was exposed to PFAS through ingestion of drinking water while living and/ or working at military installations. Plaintiff was diagnosed with thyroid disease as a result of exposure to Defendants' AFFF products.

63.    Plaintiff Paul Lucas is a resident and citizen of Flagler Beach, Florida. Plaintiff was exposed to PFAS through ingestion of drinking water while living and/ or working at military installations. Plaintiff was diagnosed with kidney cancer as a result of exposure to Defendants' AFFF products.

64.    Plaintiff Lance Lueloff is a resident and citizen of Augusta, Georgia. Plaintiff was exposed to PFAS through ingestion of drinking water while living and/ or working at military installations. Plaintiff was diagnosed with thyroid cancer as a result of exposure to Defendants' AFFF products.

65.    Plaintiff Kamari Lyons is a resident and citizen of Rocky Mount, North Carolina. Plaintiff was exposed to PFAS through ingestion of drinking water while living and/ or working at military

installations. Plaintiff was diagnosed with thyroid disease as a result of exposure to Defendants' AFFF products.

66.     Plaintiff Amy Mackay is a resident and citizen of Grand Rapids, Michigan. Plaintiff was exposed to PFAS through ingestion of drinking water while living and/ or working at military installations. Plaintiff was diagnosed with ulcerative colitis as a result of exposure to Defendants' AFFF products.

67.     Plaintiff Douglas Mackling is a resident and citizen of Emerson, Nebraska. Plaintiff was exposed to PFAS through ingestion of drinking water while living and/ or working at military installations. Plaintiff was diagnosed with kidney cancer as a result of exposure to Defendants' AFFF products.

68.     Plaintiff Luke Maclean is a resident and citizen of Southgate, Kentucky. Plaintiff was exposed to PFAS through ingestion of drinking water while living and/ or working at military installations. Plaintiff was diagnosed with testicular cancer as a result of exposure to Defendants' AFFF products.

69.     Plaintiff Carlos Maes is a resident and citizen of San Antonio, Texas. Plaintiff was exposed to PFAS through ingestion of drinking water while living and/ or working at military installations. Plaintiff was diagnosed with thyroid disease as a result of exposure to Defendants' AFFF products.

70.     Plaintiff Anthony Maez is a resident and citizen of Vail, Arizona. Plaintiff was exposed to PFAS through ingestion of drinking water while living and/ or working at military installations. Plaintiff was diagnosed with thyroid disease as a result of exposure to Defendants' AFFF products.

71.     Plaintiff Shelia Major is a resident and citizen of Pompano Beach, Florida. Plaintiff was exposed to PFAS through ingestion of drinking water while living and/ or working at military installations. Plaintiff was diagnosed with thyroid disease as a result of exposure to Defendants' AFFF products.

72.     Plaintiff John Marino is a resident and citizen of Boca Raton, Florida. Plaintiff was exposed to PFAS through ingestion of drinking water while living and/ or working at military installations. Plaintiff was diagnosed with thyroid disease as a result of exposure to Defendants' AFFF products.

73.     Plaintiff Sandra Marker is a resident and citizen of Valley City, North Dakota. Plaintiff was exposed to PFAS through ingestion of drinking water while living and/ or working at military installations. Plaintiff was diagnosed with thyroid disease as a result of exposure to Defendants' AFFF products.

74.     Plaintiff Kenneth Markus is a resident and citizen of The Woodlands, Texas. Plaintiff was exposed to PFAS through ingestion of drinking water while living and/ or working at military installations. Plaintiff was diagnosed with testicular cancer as a result of exposure to Defendants' AFFF products.

75.     Plaintiff Linda Marlett is a resident and citizen of Yerington, Nevada. Plaintiff was exposed to PFAS through ingestion of drinking water while living and/ or working at military installations. Plaintiff was diagnosed with thyroid disease as a result of exposure to Defendants' AFFF products.

76.     Plaintiff William Marsh is a resident and citizen of Richmond, Virginia. Plaintiff was exposed to PFAS through ingestion of drinking water while living and/ or working at military installations. Plaintiff was diagnosed with testicular cancer as a result of exposure to Defendants' AFFF products.

77.     Plaintiff John Marshall is a resident and citizen of Hampton Bays, New York. Plaintiff was exposed to PFAS through ingestion of drinking water while living and/ or working at military installations. Plaintiff was diagnosed with ulcerative colitis as a result of exposure to Defendants' AFFF products.

78.     Plaintiff Terrell Martin is a resident and citizen of Henryetta, Oklahoma. Plaintiff was exposed to PFAS through ingestion of drinking water while living and/ or working at military

installations. Plaintiff was diagnosed with testicular cancer as a result of exposure to Defendants' AFFF products.

79.     Plaintiff Kenneth Martin is a resident and citizen of Vancouver, Washington. Plaintiff was exposed to PFAS through ingestion of drinking water while living and/ or working at military installations. Plaintiff was diagnosed with ulcerative colitis as a result of exposure to Defendants' AFFF products.

80.     Plaintiff Julia Martin is a resident and citizen of Anchorage, Alaska. Plaintiff was exposed to PFAS through ingestion of drinking water while living and/ or working at military installations. Plaintiff was diagnosed with thyroid disease as a result of exposure to Defendants' AFFF products.

81.     Plaintiff William Mason is a resident and citizen of Piedmont, Oklahoma. Plaintiff was exposed to PFAS through ingestion of drinking water while living and/ or working at military installations. Plaintiff was diagnosed with thyroid disease as a result of exposure to Defendants' AFFF products.

82.     Plaintiff Barry Masters is a resident and citizen of Bartlesville, Oklahoma. Plaintiff was exposed to PFAS through ingestion of drinking water while living and/ or working at military installations. Plaintiff was diagnosed with thyroid disease as a result of exposure to Defendants' AFFF products.

83.     Plaintiff Doug Masters is a resident and citizen of Menasha, Wisconsin. Plaintiff was exposed to PFAS through ingestion of drinking water while living and/ or working at military installations. Plaintiff was diagnosed with thyroid disease as a result of exposure to Defendants' AFFF products.

84.     Plaintiff Thomas Matthews is a resident and citizen of Ocala, Florida. Plaintiff was exposed to PFAS through ingestion of drinking water while living and/ or working at military installations. Plaintiff was diagnosed with thyroid cancer as a result of exposure to Defendants' AFFF products.

85.     Plaintiff Annelena Mattison is a resident and citizen of Rocky Point, North Carolina. Plaintiff was exposed to PFAS through ingestion of drinking water while living and/ or working at military installations. Plaintiff was diagnosed with thyroid disease as a result of exposure to Defendants' AFFF products.

86.     Plaintiff Thomas Maxey is a resident and citizen of Seguin, Texas. Plaintiff was exposed to PFAS through ingestion of drinking water while living and/ or working at military installations. Plaintiff was diagnosed with thyroid disease as a result of exposure to Defendants' AFFF products.

87.     Plaintiff Richard Maxson is a resident and citizen of Cranberry Township, Pennsylvania. Plaintiff was exposed to PFAS through ingestion of drinking water while living and/ or working at military installations. Plaintiff was diagnosed with kidney cancer as a result of exposure to Defendants' AFFF products.

88.     Plaintiff Crystal McCauley is a resident and citizen of Maricopa, Arizona. Plaintiff was exposed to PFAS through ingestion of drinking water while living and/ or working at military installations. Plaintiff was diagnosed with thyroid disease as a result of exposure to Defendants' AFFF products.

89.     Plaintiff Emma Mccord is a resident and citizen of Miami, Florida. Plaintiff was exposed to PFAS through ingestion of drinking water while living and/ or working at military installations. Plaintiff was diagnosed with thyroid disease as a result of exposure to Defendants' AFFF products.

90.     Plaintiff Anthony McCormick is a resident and citizen of Dallas, Georgia. Plaintiff was exposed to PFAS through ingestion of drinking water while living and/ or working at military installations. Plaintiff was diagnosed with kidney cancer as a result of exposure to Defendants' AFFF products.

91.     Plaintiff Kevin McCottry is a resident and citizen of West Palm Beach, Florida. Plaintiff was exposed to PFAS through ingestion of drinking water while living and/ or working at military

installations. Plaintiff was diagnosed with thyroid disease as a result of exposure to Defendants' AFFF products.

92.     Plaintiff Jessica McCoy is a resident and citizen of Springfield, Missouri. Plaintiff was exposed to PFAS through ingestion of drinking water while living and/ or working at military installations. Plaintiff was diagnosed with thyroid disease as a result of exposure to Defendants' AFFF products.

93.     Plaintiff Walnita McCree is a resident and citizen of Columbus, Ohio. Plaintiff was exposed to PFAS through ingestion of drinking water while living and/ or working at military installations. Plaintiff was diagnosed with thyroid disease as a result of exposure to Defendants' AFFF products.

94.     Plaintiff Andrew McCullin is a resident and citizen of Marion, Louisiana. Plaintiff was exposed to PFAS through ingestion of drinking water while living and/ or working at military installations. Plaintiff was diagnosed with thyroid disease as a result of exposure to Defendants' AFFF products.

95.     Plaintiff Janice McDougal is a resident and citizen of Rayville, Louisiana. Plaintiff was exposed to PFAS through ingestion of drinking water while living and/ or working at military installations. Plaintiff was diagnosed with thyroid cancer as a result of exposure to Defendants' AFFF products.

96.     Plaintiff Tammy Mcdowell is a resident and citizen of Columbia, South Carolina. Plaintiff was exposed to PFAS through ingestion of drinking water while living and/ or working at military installations. Plaintiff was diagnosed with thyroid disease as a result of exposure to Defendants' AFFF products.

97.     Plaintiff Techers T Mcgibbon is a resident and citizen of Harvey, Louisiana. Plaintiff was exposed to PFAS through ingestion of drinking water while living and/ or working at military

installations. Plaintiff was diagnosed with thyroid disease as a result of exposure to Defendants' AFFF products.

98.     Plaintiff James McGlade is a resident and citizen of Opeilka, Alabama. Plaintiff was exposed to PFAS through ingestion of drinking water while living and/ or working at military installations. Plaintiff was diagnosed with thyroid cancer as a result of exposure to Defendants' AFFF products.

99.     Plaintiff Kevin Mcgough is a resident and citizen of Round Lake Beach, Illinois. Plaintiff was exposed to PFAS through ingestion of drinking water while living and/ or working at military installations. Plaintiff was diagnosed with testicular cancer as a result of exposure to Defendants' AFFF products.

100.     Plaintiff Leo McGrew is a resident and citizen of Hallettsville, Texas. Plaintiff was exposed to PFAS through ingestion of drinking water while living and/ or working at military installations. Plaintiff was diagnosed with kidney cancer as a result of exposure to Defendants' AFFF products.

101.     Plaintiff Kevin Mckay is a resident and citizen of Woodbridge, Virginia. Plaintiff was exposed to PFAS through ingestion of drinking water while living and/ or working at military installations. Plaintiff was diagnosed with thyroid disease as a result of exposure to Defendants' AFFF products.

102.     Plaintiff Patrick McKeown is a resident and citizen of Prescott, Washington. Plaintiff was exposed to PFAS through ingestion of drinking water while living and/ or working at military installations. Plaintiff was diagnosed with ulcerative colitis as a result of exposure to Defendants' AFFF products.

103.     Plaintiff Robert McLagan is a resident and citizen of Lebanon, Ohio. Plaintiff was exposed to PFAS through ingestion of drinking water while living and/ or working at military installations. Plaintiff was diagnosed with thyroid disease as a result of exposure to Defendants' AFFF products.

104.    Plaintiff Angelo McLaurin is a resident and citizen of Fayetteville, North Carolina. Plaintiff was exposed to PFAS through ingestion of drinking water while living and/ or working at military installations. Plaintiff was diagnosed with kidney cancer as a result of exposure to Defendants' AFFF products.

105.    Plaintiff Bryan McNabb is a resident and citizen of Elmendorf, Texas. Plaintiff was exposed to PFAS through ingestion of drinking water while living and/ or working at military installations. Plaintiff was diagnosed with thyroid disease as a result of exposure to Defendants' AFFF products.

106.    Plaintiff Jennifer Mease is a resident and citizen of Houston, Texas. Plaintiff was exposed to PFAS through ingestion of drinking water while living and/ or working at military installations. Plaintiff was diagnosed with thyroid disease as a result of exposure to Defendants' AFFF products.

107.    Plaintiff Rebecca Meltz is a resident and citizen of Killeen, Texas. Plaintiff was exposed to PFAS through ingestion of drinking water while living and/ or working at military installations. Plaintiff was diagnosed with thyroid disease as a result of exposure to Defendants' AFFF products.

108.    Plaintiff Dennis Merrigan is a resident and citizen of Philadelphia, Pennsylvania. Plaintiff was exposed to PFAS through ingestion of drinking water while living and/ or working at military installations. Plaintiff was diagnosed with thyroid disease as a result of exposure to Defendants' AFFF products.

109.    Plaintiff Ryan Meston is a resident and citizen of Palm Bay, Florida. Plaintiff was exposed to PFAS through ingestion of drinking water while living and/ or working at military installations. Plaintiff was diagnosed with testicular cancer as a result of exposure to Defendants' AFFF products.

110.    Plaintiff Robert Mickles is a resident and citizen of Sarasota, Florida. Plaintiff was exposed to PFAS through ingestion of drinking water while living and/ or working at military installations.

Plaintiff was diagnosed with thyroid disease as a result of exposure to Defendants' AFFF products.

111.    Plaintiff Laura Middleton is a resident and citizen of Ocala, Florida. Plaintiff was exposed to PFAS through ingestion of drinking water while living and/ or working at military installations. Plaintiff was diagnosed with thyroid disease as a result of exposure to Defendants' AFFF products.

112.    Plaintiff Christine Mielock is a resident and citizen of Healdsburg, California. Plaintiff was exposed to PFAS through ingestion of drinking water while living and/ or working at military installations. Plaintiff was diagnosed with thyroid disease as a result of exposure to Defendants' AFFF products.

113.    Plaintiff Brian Mikula is a resident and citizen of DeForest, Wisconsin. Plaintiff was exposed to PFAS through ingestion of drinking water while living and/ or working at military installations. Plaintiff was diagnosed with thyroid disease as a result of exposure to Defendants' AFFF products.

114.    Plaintiff Michael Miles is a resident and citizen of Rancho Cucamonga, California. Plaintiff was exposed to PFAS through ingestion of drinking water while living and/ or working at military installations. Plaintiff was diagnosed with thyroid cancer as a result of exposure to Defendants' AFFF products.

115.    Plaintiff Robert Miller is a resident and citizen of Biloxi, Mississippi. Plaintiff was exposed to PFAS through ingestion of drinking water while living and/ or working at military installations. Plaintiff was diagnosed with thyroid disease as a result of exposure to Defendants' AFFF products.

116.    Plaintiff Daniel Miller is a resident and citizen of Litchfield Park, Arizona. Plaintiff was exposed to PFAS through ingestion of drinking water while living and/ or working at military installations. Plaintiff was diagnosed with testicular cancer as a result of exposure to Defendants' AFFF products.

117.    Plaintiff Angela Miller is a resident and citizen of Jacksonville, Florida. Plaintiff was

exposed to PFAS through ingestion of drinking water while living and/ or working at military installations. Plaintiff was diagnosed with thyroid disease as a result of exposure to Defendants' AFFF products.

118.    Plaintiff Christopher Miller is a resident and citizen of Oklahoma City, Oklahoma. Plaintiff was exposed to PFAS through ingestion of drinking water while living and/ or working at military installations. Plaintiff was diagnosed with kidney cancer as a result of exposure to Defendants' AFFF products.

119.    Plaintiff Mark Miller is a resident and citizen of Park Hills, Missouri. Plaintiff was exposed to PFAS through ingestion of drinking water while living and/ or working at military installations. Plaintiff was diagnosed with kidney cancer as a result of exposure to Defendants' AFFF products.

120.    Plaintiff Barbara Mills is a resident and citizen of Vernon Hill, Virginia. Plaintiff was exposed to PFAS through ingestion of drinking water while living and/ or working at military installations. Plaintiff was diagnosed with thyroid disease and ulcerative coltiis as a result of exposure to Defendants' AFFF products.

121.    Plaintiff Kenneth Mims is a resident and citizen of Hammond, Louisiana. Plaintiff was exposed to PFAS through ingestion of drinking water while living and/ or working at military installations. Plaintiff was diagnosed with kidney cancer as a result of exposure to Defendants' AFFF products.

122.    Plaintiff Robert Miner is a resident and citizen of Deltona, Florida. Plaintiff was exposed to PFAS through ingestion of drinking water while living and/ or working at military installations. Plaintiff was diagnosed with thyroid disease as a result of exposure to Defendants' AFFF products.

123.    Plaintiff Nathaniel Mitchell is a resident and citizen of Littleton, Colorado. Plaintiff was exposed to PFAS through ingestion of drinking water while living and/ or working at military installations. Plaintiff was diagnosed with thyroid disease as a result of exposure to Defendants'

AFFF products.

124.    Plaintiff Charles Moess is a resident and citizen of Sugar Grove, Illinois. Plaintiff was exposed to PFAS through ingestion of drinking water while living and/ or working at military installations. Plaintiff was diagnosed with ulcerative colitis as a result of exposure to Defendants' AFFF products.

125.    Plaintiff John Mogelnicki is a resident and citizen of Brighton, Michigan. Plaintiff was exposed to PFAS through ingestion of drinking water while living and/ or working at military installations. Plaintiff was diagnosed with kidney cancer and thyroid disease as a result of exposure to Defendants' AFFF products.

126.    Plaintiff Kit Mogle is a resident and citizen of Destrehan, Louisiana. Plaintiff was exposed to PFAS through ingestion of drinking water while living and/ or working at military installations. Plaintiff was diagnosed with thyroid disease as a result of exposure to Defendants' AFFF products.

127.    Plaintiff Samantha Monroe is a resident and citizen of El Dorado Hills, California. Plaintiff was exposed to PFAS through ingestion of drinking water while living and/ or working at military installations. Plaintiff was diagnosed with thyroid disease as a result of exposure to Defendants' AFFF products.

128.    Plaintiff Richard Montoya is a resident and citizen of Rio Rancho, New Mexico. Plaintiff was exposed to PFAS through ingestion of drinking water while living and/ or working at military installations. Plaintiff was diagnosed with testicular cancer as a result of exposure to Defendants' AFFF products.

129.    Plaintiff Katherine Moreno is a resident and citizen of Sioux City, Iowa. Plaintiff was exposed to PFAS through ingestion of drinking water while living and/ or working at military installations. Plaintiff was diagnosed with ulcerative colitis as a result of exposure to Defendants' AFFF products.

130.    Plaintiff Amberleigh Morris is a resident and citizen of Strasburg, Colorado. Plaintiff was exposed to PFAS through ingestion of drinking water while living and/ or working at military installations. Plaintiff was diagnosed with thyroid disease as a result of exposure to Defendants' AFFF products.

131.    Plaintiff Conrad Morris is a resident and citizen of Oak Grove, Missouri. Plaintiff was exposed to PFAS through ingestion of drinking water while living and/ or working at military installations. Plaintiff was diagnosed with thyroid disease as a result of exposure to Defendants' AFFF products.

132.    Plaintiff Bertie Morris is a resident and citizen of Lawrenceville, Georgia. Plaintiff was exposed to PFAS through ingestion of drinking water while living and/ or working at military installations. Plaintiff was diagnosed with thyroid disease as a result of exposure to Defendants' AFFF products.

133.    Plaintiff Marc Morrisette is a resident and citizen of Columbus, Ohio. Plaintiff was exposed to PFAS through ingestion of drinking water while living and/ or working at military installations. Plaintiff was diagnosed with kidney cancer as a result of exposure to Defendants' AFFF products.

134.    Plaintiff Victoria Morrow is a resident and citizen of Tallahassee, Florida. Plaintiff was exposed to PFAS through ingestion of drinking water while living and/ or working at military installations. Plaintiff was diagnosed with thyroid disease as a result of exposure to Defendants' AFFF products.

135.    Plaintiff Jace Morrow is a resident and citizen of Bradenton, Florida. Plaintiff was exposed to PFAS through ingestion of drinking water while living and/ or working at military installations. Plaintiff was diagnosed with thyroid cancer as a result of exposure to Defendants' AFFF products.

136.    Plaintiff Dwight Motz is a resident and citizen of Covington, Washington. Plaintiff was exposed to PFAS through ingestion of drinking water while living and/ or working at military

installations. Plaintiff was diagnosed with kidney cancer as a result of exposure to Defendants' AFFF products.

137.    Plaintiff Jackie Mould is a resident and citizen of Sterling City, Texas. Plaintiff was exposed to PFAS through ingestion of drinking water while living and/ or working at military installations. Plaintiff was diagnosed with thyroid disease as a result of exposure to Defendants' AFFF products.

138.    Plaintiff Pamela Moultray is a resident and citizen of Cascade, Montana. Plaintiff was exposed to PFAS through ingestion of drinking water while living and/ or working at military installations. Plaintiff was diagnosed with thyroid disease as a result of exposure to Defendants' AFFF products.

139.    Plaintiff Gary Moxley Sr., is a resident and citizen of Fallston, Maryland. Plaintiff was exposed to PFAS through ingestion of drinking water while living and/ or working at military installations. Plaintiff was diagnosed with thyroid disease as a result of exposure to Defendants' AFFF products.

140.    Plaintiff Joe Mraz is a resident and citizen of Austin, Texas. Plaintiff was exposed to PFAS through ingestion of drinking water while living and/ or working at military installations. Plaintiff was diagnosed with thyroid disease as a result of exposure to Defendants' AFFF products.

141.    Plaintiff Neoccesha Mudd is a resident and citizen of Atlanta, Georgia. Plaintiff was exposed to PFAS through ingestion of drinking water while living and/ or working at military installations. Plaintiff was diagnosed with thyroid disease as a result of exposure to Defendants' AFFF products.

142.    Plaintiff Andrea Mullen is a resident and citizen of Havelock, North Carolina. Plaintiff was exposed to PFAS through ingestion of drinking water while living and/ or working at military installations. Plaintiff was diagnosed with ulcerative colitis as a result of exposure to Defendants'

AFFF products.

143.    Plaintiff Alexander Muniz is a resident and citizen of Trinidad, Colorado. Plaintiff was exposed to PFAS through ingestion of drinking water while living and/ or working at military installations. Plaintiff was diagnosed with thyroid disease as a result of exposure to Defendants' AFFF products.

144.    Plaintiff David Munoz is a resident and citizen of Robstown, Texas. Plaintiff was exposed to PFAS through ingestion of drinking water while living and/ or working at military installations. Plaintiff was diagnosed with thyroid disease as a result of exposure to Defendants' AFFF products.

145.    Plaintiff James Murphy is a resident and citizen of Collingswood, New Jersey. Plaintiff was exposed to PFAS through ingestion of drinking water while living and/ or working at military installations. Plaintiff was diagnosed with kidney cancer as a result of exposure to Defendants' AFFF products.

146.    Plaintiff Michael Mushnick is a resident and citizen of Manalapan, New Jersey. Plaintiff was exposed to PFAS through ingestion of drinking water while living and/ or working at military installations. Plaintiff was diagnosed with testicular cancer as a result of exposure to Defendants' AFFF products.

147.    Plaintiff Robert Myers is a resident and citizen of Live Oak, Texas. Plaintiff was exposed to PFAS through ingestion of drinking water while living and/ or working at military installations. Plaintiff was diagnosed with kidney cancer as a result of exposure to Defendants' AFFF products.

148.    Plaintiff Daphnie Nanton-Jackson is a resident and citizen of Leesville, Louisiana. Plaintiff was exposed to PFAS through ingestion of drinking water while living and/ or working at military installations. Plaintiff was diagnosed with kidney cancer as a result of exposure to Defendants' AFFF products.

149.    Plaintiff Tammy Nelson is a resident and citizen of Bonney Lake, Washington. Plaintiff

was exposed to PFAS through ingestion of drinking water while living and/ or working at military installations. Plaintiff was diagnosed with thyroid disease as a result of exposure to Defendants' AFFF products.

150.    Plaintiff Cedric Nelson is a resident and citizen of Little Rock, Arkansas. Plaintiff was exposed to PFAS through ingestion of drinking water while living and/ or working at military installations. Plaintiff was diagnosed with ulcerative colitis as a result of exposure to Defendants' AFFF products.

151.    Plaintiff Henry Nelson is a resident and citizen of Watertown, Wisconsin. Plaintiff was exposed to PFAS through ingestion of drinking water while living and/ or working at military installations. Plaintiff was diagnosed with thyroid cancer as a result of exposure to Defendants' AFFF products.

152.    Plaintiff Timothy Nelson is a resident and citizen of St. Marys, Georgia. Plaintiff was exposed to PFAS through ingestion of drinking water while living and/ or working at military installations. Plaintiff was diagnosed with kidney cancer as a result of exposure to Defendants' AFFF products.

153.    Plaintiff John Neri is a resident and citizen of San Antonio, Texas. Plaintiff was exposed to PFAS through ingestion of drinking water while living and/ or working at military installations. Plaintiff was diagnosed with kidney cancer as a result of exposure to Defendants' AFFF products.

154.    Plaintiff Jacob Newton is a resident and citizen of Parks, Arizona. Plaintiff was exposed to PFAS through ingestion of drinking water while living and/ or working at military installations. Plaintiff was diagnosed with thyroid disease as a result of exposure to Defendants' AFFF products.

155.    Plaintiff Gerald Niedowicz is a resident and citizen of Flat Rock, Michigan. Plaintiff was exposed to PFAS through ingestion of drinking water while living and/ or working at military installations. Plaintiff was diagnosed with thyroid disease as a result of exposure to Defendants'

AFFF products.

156.    Plaintiff Howard Nielsen is a resident and citizen of Aurora, Colorado. Plaintiff was exposed to PFAS through ingestion of drinking water while living and/ or working at military installations. Plaintiff was diagnosed with thyroid disease as a result of exposure to Defendants' AFFF products.

157.    Plaintiff Dan Noel is a resident and citizen of Wayside, West Virginia. Plaintiff was exposed to PFAS through ingestion of drinking water while living and/ or working at military installations. Plaintiff was diagnosed with thyroid cancer as a result of exposure to Defendants' AFFF products.

158.    Plaintiff Mathew Noll is a resident and citizen of Leominster, Massachusetts. Plaintiff was exposed to PFAS through ingestion of drinking water while living and/ or working at military installations. Plaintiff was diagnosed with thyroid disease as a result of exposure to Defendants' AFFF products.

159.    Plaintiff Richard Noll is a resident and citizen of Shirley, Massachusetts. Plaintiff was exposed to PFAS through ingestion of drinking water while living and/ or working at military installations. Plaintiff was diagnosed with thyroid disease as a result of exposure to Defendants' AFFF products.

160.    Plaintiff Susan Noll is a resident and citizen of Shirley, Massachusetts. Plaintiff was exposed to PFAS through ingestion of drinking water while living and/ or working at military installations. Plaintiff was diagnosed with thyroid disease as a result of exposure to Defendants' AFFF products.

161.    Plaintiff Karin Norman is a resident and citizen of Sackets Harbor, New York. Plaintiff was exposed to PFAS through ingestion of drinking water while living and/ or working at military installations. Plaintiff was diagnosed with kidney cancer and thyroid disease as a result of exposure

to Defendants' AFFF products.

162.     Plaintiff William Norman is a resident and citizen of Acton, Massachusetts. Plaintiff was exposed to PFAS through ingestion of drinking water while living and/ or working at military installations. Plaintiff was diagnosed with thyroid cancer as a result of exposure to Defendants' AFFF products.

163.     Plaintiff Michael Nothstine is a resident and citizen of Garner, North Carolina. Plaintiff was exposed to PFAS through ingestion of drinking water while living and/ or working at military installations. Plaintiff was diagnosed with ulcerative colitis as a result of exposure to Defendants' AFFF products.

164.     Plaintiff Adam Nowicki is a resident and citizen of Bradenton, Florida. Plaintiff was exposed to PFAS through ingestion of drinking water while living and/ or working at military installations. Plaintiff was diagnosed with thyroid cancer as a result of exposure to Defendants' AFFF products.

165.     Plaintiff David Nuno is a resident and citizen of San Gabriel, California. Plaintiff was exposed to PFAS through ingestion of drinking water while living and/ or working at military installations. Plaintiff was diagnosed with testicular cancer as a result of exposure to Defendants' AFFF products.

166.     Plaintiff Sheryl Nurenberg is a resident and citizen of Austin, Texas. Plaintiff was exposed to PFAS through ingestion of drinking water while living and/ or working at military installations. Plaintiff was diagnosed with thyroid disease as a result of exposure to Defendants' AFFF products.

167.     Plaintiff Edith Obryan is a resident and citizen of Webbville, Kentucky. Plaintiff was exposed to PFAS through ingestion of drinking water while living and/ or working at military installations. Plaintiff was diagnosed with thyroid disease as a result of exposure to Defendants' AFFF products.

168.    Plaintiff Joey O'Dell is a resident and citizen of Knoxville, Tennessee. Plaintiff was exposed to PFAS through ingestion of drinking water while living and/ or working at military installations. Plaintiff was diagnosed with thyroid disease as a result of exposure to Defendants' AFFF products.

169.    Plaintiff Eric Oliver is a resident and citizen of Whispering Pines, North Carolina. Plaintiff was exposed to PFAS through ingestion of drinking water while living and/ or working at military installations. Plaintiff was diagnosed with thyroid disease as a result of exposure to Defendants' AFFF products.

170.    Plaintiff Zachery O'Neil is a resident and citizen of Hobbs, New Mexico. Plaintiff was exposed to PFAS through ingestion of drinking water while living and/ or working at military installations. Plaintiff was diagnosed with thyroid disease and thyroid cancer as a result of exposure to Defendants' AFFF products.

171.    Plaintiff Mary O'Neil is a resident and citizen of Spotsylvania Courthouse, Virginia. Plaintiff was exposed to PFAS through ingestion of drinking water while living and/ or working at military installations. Plaintiff was diagnosed with ulcerative colitis and thyroid cancer as a result of exposure to Defendants' AFFF products.

172.    Plaintiff Jennifer Overby is a resident and citizen of Princeton, Texas. Plaintiff was exposed to PFAS through ingestion of drinking water while living and/ or working at military installations. Plaintiff was diagnosed with thyroid cancer as a result of exposure to Defendants' AFFF products.

173.    Plaintiff Anthony Owens is a resident and citizen of Minot, North Dakota. Plaintiff was exposed to PFAS through ingestion of drinking water while living and/ or working at military installations. Plaintiff was diagnosed with thyroid disease as a result of exposure to Defendants' AFFF products.

174.    Plaintiff Randy Owings is a resident and citizen of Ottumwa, Iowa. Plaintiff was exposed

to PFAS through ingestion of drinking water while living and/ or working at military installations. Plaintiff was diagnosed with kidney cancer as a result of exposure to Defendants' AFFF products.

175.    Plaintiff Brent Paddack is a resident and citizen of Fuquay-Varina, North Carolina. Plaintiff was exposed to PFAS through ingestion of drinking water while living and/ or working at military installations. Plaintiff was diagnosed with thyroid disease as a result of exposure to Defendants' AFFF products.

176.    Plaintiff Michael Pagano is a resident and citizen of Midlothian, Virginia. Plaintiff was exposed to PFAS through ingestion of drinking water while living and/ or working at military installations. Plaintiff was diagnosed with ulcerative colitis as a result of exposure to Defendants' AFFF products.

177.    Plaintiff Heather Page is a resident and citizen of Satellite Beach, Florida. Plaintiff was exposed to PFAS through ingestion of drinking water while living and/ or working at military installations. Plaintiff was diagnosed with thyroid disease as a result of exposure to Defendants' AFFF products.

178.    Plaintiff Jonathan Page is a resident and citizen of Satellite Beach, Florida. Plaintiff was exposed to PFAS through ingestion of drinking water while living and/ or working at military installations. Plaintiff was diagnosed with thyroid cancer as a result of exposure to Defendants' AFFF products.

179.    Plaintiff Gregory Palmateer is a resident and citizen of Hickory, North Carolina. Plaintiff was exposed to PFAS through ingestion of drinking water while living and/ or working at military installations. Plaintiff was diagnosed with thyroid disease as a result of exposure to Defendants' AFFF products.

180.    Plaintiff Deborah Palumbo is a resident and citizen of Parsonfield, Maine. Plaintiff was exposed to PFAS through ingestion of drinking water while living and/ or working at military

installations. Plaintiff was diagnosed with thyroid disease as a result of exposure to Defendants' AFFF products.

181.    Plaintiff Filippo Palumbo is a resident and citizen of Hartsdale, New York. Plaintiff was exposed to PFAS through ingestion of drinking water while living and/ or working at military installations. Plaintiff was diagnosed with kidney cancer as a result of exposure to Defendants' AFFF products.

182.    Plaintiff Wilbert Parks is a resident and citizen of Spanaway, Washington. Plaintiff was exposed to PFAS through ingestion of drinking water while living and/ or working at military installations. Plaintiff was diagnosed with kidney cancer as a result of exposure to Defendants' AFFF products.

183.    Plaintiff Richard Parks is a resident and citizen of Summerville, South Carolina. Plaintiff was exposed to PFAS through ingestion of drinking water while living and/ or working at military installations. Plaintiff was diagnosed with thyroid disease as a result of exposure to Defendants' AFFF products.

184.    Plaintiff Ginger Patrick is a resident and citizen of Altoona, Florida. Plaintiff was exposed to PFAS through ingestion of drinking water while living and/ or working at military installations. Plaintiff was diagnosed with thyroid disease as a result of exposure to Defendants' AFFF products.

185.    Plaintiff Jon Patterson is a resident and citizen of McKinney, Texas. Plaintiff was exposed to PFAS through ingestion of drinking water while living and/ or working at military installations. Plaintiff was diagnosed with testicular cancer as a result of exposure to Defendants' AFFF products.

186.    Plaintiff John Patti is a resident and citizen of High Bridge, New Jersey. Plaintiff was exposed to PFAS through ingestion of drinking water while living and/ or working at military installations. Plaintiff was diagnosed with ulcerative colitis as a result of exposure to Defendants'

AFFF products.

187.    Plaintiff Jim Paulsen is a resident and citizen of Virginia, Minnesota. Plaintiff was exposed to PFAS through ingestion of drinking water while living and/ or working at military installations. Plaintiff was diagnosed with thyroid cancer as a result of exposure to Defendants' AFFF products.

188.    Plaintiff Julian Peacock is a resident and citizen of Caldwell, Idaho. Plaintiff was exposed to PFAS through ingestion of drinking water while living and/ or working at military installations. Plaintiff was diagnosed with testicular cancer as a result of exposure to Defendants' AFFF products.

189.    Plaintiff Jennifer Pemp is a resident and citizen of Hubert, North Carolina. Plaintiff was exposed to PFAS through ingestion of drinking water while living and/ or working at military installations. Plaintiff was diagnosed with thyroid disease as a result of exposure to Defendants' AFFF products.

190.    Plaintiff Bobbie Perez is a resident and citizen of San Antonio, Texas. Plaintiff was exposed to PFAS through ingestion of drinking water while living and/ or working at military installations. Plaintiff was diagnosed with thyroid cancer as a result of exposure to Defendants' AFFF products.

191.    Plaintiff Darrius Perry is a resident and citizen of Eastover, North Carolina. Plaintiff was exposed to PFAS through ingestion of drinking water while living and/ or working at military installations. Plaintiff was diagnosed with thyroid disease as a result of exposure to Defendants' AFFF products.

192.    Plaintiff Roy Peterson is a resident and citizen of Bismarck, North Dakota. Plaintiff was exposed to PFAS through ingestion of drinking water while living and/ or working at military installations. Plaintiff was diagnosed with testicular cancer as a result of exposure to Defendants' AFFF products.

193.    Plaintiff Emmanuel Peterson is a resident and citizen of Port St. Lucie, Florida. Plaintiff was exposed to PFAS through ingestion of drinking water while living and/ or working at military installations. Plaintiff was diagnosed with thyroid disease as a result of exposure to Defendants' AFFF products.

194.    Plaintiff Nikki Petree is a resident and citizen of Searcy, Arkansas. Plaintiff was exposed to PFAS through ingestion of drinking water while living and/ or working at military installations. Plaintiff was diagnosed with thyroid disease as a result of exposure to Defendants' AFFF products.

195.    Plaintiff Glynis Phillips is a resident and citizen of Springfield, Massachusetts. Plaintiff was exposed to PFAS through ingestion of drinking water while living and/ or working at military installations. Plaintiff was diagnosed with thyroid disease as a result of exposure to Defendants' AFFF products.

196.    Plaintiff Lauren Picard is a resident and citizen of Manhattan, Illinois. Plaintiff was exposed to PFAS through ingestion of drinking water while living and/ or working at military installations. Plaintiff was diagnosed with thyroid cancer as a result of exposure to Defendants' AFFF products.

197.    Plaintiff McHenry Pierre is a resident and citizen of Chambersburg, Pennsylvania. Plaintiff was exposed to PFAS through ingestion of drinking water while living and/ or working at military installations. Plaintiff was diagnosed with thyroid disease as a result of exposure to Defendants' AFFF products.

198.    Plaintiff Ricky Pike Jr. is a resident and citizen of Mercersburg, Pennsylvania. Plaintiff was exposed to PFAS through ingestion of drinking water while living and/ or working at military installations. Plaintiff was diagnosed with thyroid disease as a result of exposure to Defendants' AFFF products.

199.    Plaintiff Thomas Pio is a resident and citizen of Stokesdale, North Carolina. Plaintiff was

exposed to PFAS through ingestion of drinking water while living and/ or working at military installations. Plaintiff was diagnosed with thyroid disease as a result of exposure to Defendants' AFFF products.

200.    Plaintiff Rodney Pirkle is a resident and citizen of Cumming, Georgia. Plaintiff was exposed to PFAS through ingestion of drinking water while living and/ or working at military installations. Plaintiff was diagnosed with thyroid disease as a result of exposure to Defendants' AFFF products.

201.    Plaintiff Caitlin Pirtle is a resident and citizen of Henderson, Kentucky. Plaintiff was exposed to PFAS through ingestion of drinking water while living and/ or working at military installations. Plaintiff was diagnosed with thyroid disease as a result of exposure to Defendants' AFFF products.

202.    Plaintiff Wayne Platten is a resident and citizen of Houston, Texas. Plaintiff was exposed to PFAS through ingestion of drinking water while living and/ or working at military installations. Plaintiff was diagnosed with thyroid disease as a result of exposure to Defendants' AFFF products.

203.    Plaintiff Andrew Plesek is a resident and citizen of Knoxville, Tennessee. Plaintiff was exposed to PFAS through ingestion of drinking water while living and/ or working at military installations. Plaintiff was diagnosed with ulcerative colitis as a result of exposure to Defendants' AFFF products.

204.    Plaintiff Bret Plybon is a resident and citizen of Williw Spring, North Carolina. Plaintiff was exposed to PFAS through ingestion of drinking water while living and/ or working at military installations. Plaintiff was diagnosed with thyroid disease as a result of exposure to Defendants' AFFF products.

205.    Plaintiff Juana Posada is a resident and citizen of Cambridge, Massachusetts. Plaintiff was exposed to PFAS through ingestion of drinking water while living and/ or working at military

installations. Plaintiff was diagnosed with thyroid disease as a result of exposure to Defendants'
AFFF products.

206.    Plaintiff Christine Potter is a resident and citizen of Greenwood, Arkansas. Plaintiff was
exposed to PFAS through ingestion of drinking water while living and/ or working at military
installations. Plaintiff was diagnosed with thyroid cancer as a result of exposure to Defendants'
AFFF products.

207.    Plaintiff Larry Poulin is a resident and citizen of Farmington Hills, Michigan. Plaintiff was
exposed to PFAS through ingestion of drinking water while living and/ or working at military
installations. Plaintiff was diagnosed with thyroid disease as a result of exposure to Defendants'
AFFF products.

208.    Plaintiff Wendell Powell is a resident and citizen of Jacksonville, Florida. Plaintiff was
exposed to PFAS through ingestion of drinking water while living and/ or working at military
installations. Plaintiff was diagnosed with kidney cancer as a result of exposure to Defendants'
AFFF products.

209.    Plaintiff Katherine Poynter is a resident and citizen of Sarasota, Florida. Plaintiff was
exposed to PFAS through ingestion of drinking water while living and/ or working at military
installations. Plaintiff was diagnosed with thyroid disease as a result of exposure to Defendants'
AFFF products.

210.    Plaintiff James Prather is a resident and citizen of Spokane, Washington. Plaintiff was
exposed to PFAS through ingestion of drinking water while living and/ or working at military
installations. Plaintiff was diagnosed with thyroid cancer as a result of exposure to Defendants'
AFFF products.

211.    Plaintiff Jerry Price is a resident and citizen of Independence, Missouri. Plaintiff was
exposed to PFAS through ingestion of drinking water while living and/ or working at military

installations. Plaintiff was diagnosed with kidney cancer as a result of exposure to Defendants' AFFF products.

212.    Plaintiff Celquetta D. Pride is a resident and citizen of Sherwood, Arkansas. Plaintiff was exposed to PFAS through ingestion of drinking water while living and/ or working at military installations. Plaintiff was diagnosed with thyroid disease as a result of exposure to Defendants' AFFF products.

213.    Plaintiff Lauren Primm is a resident and citizen of Portsmouth, Virginia. Plaintiff was exposed to PFAS through ingestion of drinking water while living and/ or working at military installations. Plaintiff was diagnosed with thyroid disease as a result of exposure to Defendants' AFFF products.

214.    Plaintiff Nahzeer Pryor is a resident and citizen of Round Rock, Texas. Plaintiff was exposed to PFAS through ingestion of drinking water while living and/ or working at military installations. Plaintiff was diagnosed with ulcerative colitis as a result of exposure to Defendants' AFFF products.

215.    Plaintiff Susan Quintero is a resident and citizen of Largo, Florida. Plaintiff was exposed to PFAS through ingestion of drinking water while living and/ or working at military installations. Plaintiff was diagnosed with thyroid disease as a result of exposure to Defendants' AFFF products.

216.    Plaintiff La'Kia Radcliff is a resident and citizen of Indianapolis, Indiana. Plaintiff was exposed to PFAS through ingestion of drinking water while living and/ or working at military installations. Plaintiff was diagnosed with thyroid disease as a result of exposure to Defendants' AFFF products.

217.    Plaintiff Ronald Ragsdale Jr. is a resident and citizen of Belgrade, Montana. Plaintiff was exposed to PFAS through ingestion of drinking water while living and/ or working at military installations. Plaintiff was diagnosed with thyroid disease as a result of exposure to Defendants'

AFFF products.

218.     Plaintiff Sohail Rana is a resident and citizen of Honolulu, Hawaii. Plaintiff was exposed to PFAS through ingestion of drinking water while living and/ or working at military installations. Plaintiff was diagnosed with thyroid disease as a result of exposure to Defendants' AFFF products.

219.     Plaintiff Ashleigh Rardon is a resident and citizen of Crestview, Florida. Plaintiff was exposed to PFAS through ingestion of drinking water while living and/ or working at military installations. Plaintiff was diagnosed with thyroid disease as a result of exposure to Defendants' AFFF products.

220.     Plaintiff Ronald Rash Jr. is a resident and citizen of Pinckney, Michigan. Plaintiff was exposed to PFAS through ingestion of drinking water while living and/ or working at military installations. Plaintiff was diagnosed with ulcerative colitis as a result of exposure to Defendants' AFFF products.

221.     Plaintiff Charles Rathburn is a resident and citizen of Aurora, Colorado. Plaintiff was exposed to PFAS through ingestion of drinking water while living and/ or working at military installations. Plaintiff was diagnosed with kidney cancer as a result of exposure to Defendants' AFFF products.

222.     Plaintiff Camden Reddish is a resident and citizen of Wasilla, Alaska. Plaintiff was exposed to PFAS through ingestion of drinking water while living and/ or working at military installations. Plaintiff was diagnosed with thyroid disease as a result of exposure to Defendants' AFFF products.

223.     Plaintiff Marilyn Reed is a resident and citizen of Raleigh, Mississippi. Plaintiff was exposed to PFAS through ingestion of drinking water while living and/ or working at military installations. Plaintiff was diagnosed with thyroid disease as a result of exposure to Defendants' AFFF products.

224.     Plaintiff Julie D. Reid is a resident and citizen of North Chesterfield, Virginia. Plaintiff was

exposed to PFAS through ingestion of drinking water while living and/ or working at military installations. Plaintiff was diagnosed with ulcerative colitis as a result of exposure to Defendants' AFFF products.

225.   Plaintiff Benjamin Reiss is a resident and citizen of Loganville, Georgia. Plaintiff was exposed to PFAS through ingestion of drinking water while living and/ or working at military installations. Plaintiff was diagnosed with thyroid cancer as a result of exposure to Defendants' AFFF products.

226.   Plaintiff Michael Ressel is a resident and citizen of Escondido, California. Plaintiff was exposed to PFAS through ingestion of drinking water while living and/ or working at military installations. Plaintiff was diagnosed with thyroid disease as a result of exposure to Defendants' AFFF products.

227.   Plaintiff James Rethwisch is a resident and citizen of Winter Haven, Florida. Plaintiff was exposed to PFAS through ingestion of drinking water while living and/ or working at military installations. Plaintiff was diagnosed with testicular cancer as a result of exposure to Defendants' AFFF products.

228.   Plaintiff James Reveal is a resident and citizen of Hoosick Falls, New York. Plaintiff was exposed to PFAS through ingestion of drinking water while living and/ or working at military installations. Plaintiff was diagnosed with thyroid disease as a result of exposure to Defendants' AFFF products.

229.   Plaintiff Sylvia Reyna Ramos is a resident and citizen of San Antonio, Texas. Plaintiff was exposed to PFAS through ingestion of drinking water while living and/ or working at military installations. Plaintiff was diagnosed with thyroid disease as a result of exposure to Defendants' AFFF products.

230.   Plaintiff Debra Rice is a resident and citizen of Belton, Texas. Plaintiff was exposed to

PFAS through ingestion of drinking water while living and/ or working at military installations. Plaintiff was diagnosed with thyroid disease as a result of exposure to Defendants' AFFF products.

231.    Plaintiff Gregory Rich is a resident and citizen of Baltimore, Maryland. Plaintiff was exposed to PFAS through ingestion of drinking water while living and/ or working at military installations. Plaintiff was diagnosed with liver cancer as a result of exposure to Defendants' AFFF products.

232.    Plaintiff Jennifer Riel is a resident and citizen of Abrams, Wisconsin. Plaintiff was exposed to PFAS through ingestion of drinking water while living and/ or working at military installations. Plaintiff was diagnosed with thyroid disease as a result of exposure to Defendants' AFFF products.

233.    Plaintiff James Ripka is a resident and citizen of Cape Coral, Florida. Plaintiff was exposed to PFAS through ingestion of drinking water while living and/ or working at military installations. Plaintiff was diagnosed with thyroid cancer as a result of exposure to Defendants' AFFF products.

234.    Plaintiff Damon Rispress is a resident and citizen of Columbus, Ohio. Plaintiff was exposed to PFAS through ingestion of drinking water while living and/ or working at military installations. Plaintiff was diagnosed with thyroid cancer as a result of exposure to Defendants' AFFF products.

235.    Plaintiff Steve Rive is a resident and citizen of La Quinta, California. Plaintiff was exposed to PFAS through ingestion of drinking water while living and/ or working at military installations. Plaintiff was diagnosed with thyroid disease as a result of exposure to Defendants' AFFF products.

236.    Plaintiff David Robbins is a resident and citizen of Bloomfield, Iowa. Plaintiff was exposed to PFAS through ingestion of drinking water while living and/ or working at military installations. Plaintiff was diagnosed with thyroid disease as a result of exposure to Defendants' AFFF products.

237.    Plaintiff Stephen Robens is a resident and citizen of Ashland, Virginia. Plaintiff was exposed to PFAS through ingestion of drinking water while living and/ or working at military installations. Plaintiff was diagnosed with thyroid disease as a result of exposure to Defendants'

AFFF products.

238.   Plaintiff Amber Roberts is a resident and citizen of Fort Campbell, Kentucky. Plaintiff was exposed to PFAS through ingestion of drinking water while living and/ or working at military installations. Plaintiff was diagnosed with thyroid disease as a result of exposure to Defendants' AFFF products.

239.   Plaintiff Georgia Robinson is a resident and citizen of Victoria, Texas. Plaintiff was exposed to PFAS through ingestion of drinking water while living and/ or working at military installations. Plaintiff was diagnosed with thyroid disease as a result of exposure to Defendants' AFFF products.

240.   Plaintiff Robert Robinson is a resident and citizen of Greenville, Pennsylvania. Plaintiff was exposed to PFAS through ingestion of drinking water while living and/ or working at military installations. Plaintiff was diagnosed with thyroid disease as a result of exposure to Defendants' AFFF products.

241.   Plaintiff Jacob Rodgers is a resident and citizen of Calcutta, Ohio. Plaintiff was exposed to PFAS through ingestion of drinking water while living and/ or working at military installations. Plaintiff was diagnosed with ulcerative colitis as a result of exposure to Defendants' AFFF products.

242.   Plaintiff Germain Rodriguez is a resident and citizen of Albuquerque, New Mexico. Plaintiff was exposed to PFAS through ingestion of drinking water while living and/ or working at military installations. Plaintiff was diagnosed with thyroid disease as a result of exposure to Defendants' AFFF products.

243.   Plaintiff Felipe Rodriguez is a resident and citizen of Davie, Florida. Plaintiff was exposed to PFAS through ingestion of drinking water while living and/ or working at military installations. Plaintiff was diagnosed with thyroid disease as a result of exposure to Defendants' AFFF products.

244.    Plaintiff Luis Rodriguez is a resident and citizen of Bulverde, Texas. Plaintiff was exposed to PFAS through ingestion of drinking water while living and/ or working at military installations. Plaintiff was diagnosed with ulcerative colitis as a result of exposure to Defendants' AFFF products.

245.    Plaintiff Sandra Rodriguez is a resident and citizen of Palmdale, California. Plaintiff was exposed to PFAS through ingestion of drinking water while living and/ or working at military installations. Plaintiff was diagnosed with thyroid disease as a result of exposure to Defendants' AFFF products.

246.    Plaintiff David Rolph is a resident and citizen of Spanaway, Washington. Plaintiff was exposed to PFAS through ingestion of drinking water while living and/ or working at military installations. Plaintiff was diagnosed with thyroid disease as a result of exposure to Defendants' AFFF products.

247.    Plaintiff Stuart Roper is a resident and citizen of Sheffield, Alabama. Plaintiff was exposed to PFAS through ingestion of drinking water while living and/ or working at military installations. Plaintiff was diagnosed with thyroid disease as a result of exposure to Defendants' AFFF products.

248.    Plaintiff Sharon Rosado is a resident and citizen of Grayson, Georgia. Plaintiff was exposed to PFAS through ingestion of drinking water while living and/ or working at military installations. Plaintiff was diagnosed with thyroid disease as a result of exposure to Defendants' AFFF products.

249.    Plaintiff Melody Ross is a resident and citizen of Columbus, Ohio. Plaintiff was exposed to PFAS through ingestion of drinking water while living and/ or working at military installations. Plaintiff was diagnosed with thyroid disease as a result of exposure to Defendants' AFFF products.

250.    Plaintiff Nicholas Ross is a resident and citizen of Depew, New York. Plaintiff was exposed to PFAS through ingestion of drinking water while living and/ or working at military installations. Plaintiff was diagnosed with testicular cancer as a result of exposure to Defendants'

AFFF products.

251.    Plaintiff John Ross Jr. is a resident and citizen of Quinlan, Texas. Plaintiff was exposed to PFAS through ingestion of drinking water while living and/ or working at military installations. Plaintiff was diagnosed with kidney cancer as a result of exposure to Defendants' AFFF products.

252.    Plaintiff Jennifer Rosser is a resident and citizen of Knotts Island, North Carolina. Plaintiff was exposed to PFAS through ingestion of drinking water while living and/ or working at military installations. Plaintiff was diagnosed with thyroid disease as a result of exposure to Defendants' AFFF products.

253.    Plaintiff Susan Rostar is a resident and citizen of Boyne City, Michigan. Plaintiff was exposed to PFAS through ingestion of drinking water while living and/ or working at military installations. Plaintiff was diagnosed with thyroid disease as a result of exposure to Defendants' AFFF products.

254.    Plaintiff Patrick Roy is a resident and citizen of Midland, Michigan. Plaintiff was exposed to PFAS through ingestion of drinking water while living and/ or working at military installations. Plaintiff was diagnosed with thyroid disease as a result of exposure to Defendants' AFFF products.

255.    Plaintiff Taras Rubycz is a resident and citizen of Rensselaer, New York. Plaintiff was exposed to PFAS through ingestion of drinking water while living and/ or working at military installations. Plaintiff was diagnosed with thyroid disease, testicular cancer, and ulcerative colitis as a result of exposure to Defendants' AFFF products.

256.    Plaintiff Elonda Russ is a resident and citizen of Adkins, Texas. Plaintiff was exposed to PFAS through ingestion of drinking water while living and/ or working at military installations. Plaintiff was diagnosed with thyroid disease as a result of exposure to Defendants' AFFF products.

257.    Plaintiff Raymond Russell is a resident and citizen of West Haven, Connecticut. Plaintiff was exposed to PFAS through ingestion of drinking water while living and/ or working at military

installations. Plaintiff was diagnosed with thyroid disease as a result of exposure to Defendants' AFFF products.

258.    Plaintiff Ozie Ryals is a resident and citizen of Union, New Jersey. Plaintiff was exposed to PFAS through ingestion of drinking water while living and/ or working at military installations. Plaintiff was diagnosed with thyroid disease as a result of exposure to Defendants' AFFF products.

259.    Plaintiff Colleen Samson is a resident and citizen of Fleming Island, Florida. Plaintiff was exposed to PFAS through ingestion of drinking water while living and/ or working at military installations. Plaintiff was diagnosed with thyroid disease as a result of exposure to Defendants' AFFF products.

260.    Plaintiff Mark Samuel is a resident and citizen of Phenix City, Alabama. Plaintiff was exposed to PFAS through ingestion of drinking water while living and/ or working at military installations. Plaintiff was diagnosed with ulcerative colitis as a result of exposure to Defendants' AFFF products.

261.    Plaintiff Jack Sander is a resident and citizen of Trenton, Ohio. Plaintiff was exposed to PFAS through ingestion of drinking water while living and/ or working at military installations. Plaintiff was diagnosed with kidney cancer as a result of exposure to Defendants' AFFF products.

262.    Plaintiff Dale Sanderlin is a resident and citizen of Williamstown, New Jersey. Plaintiff was exposed to PFAS through ingestion of drinking water while living and/ or working at military installations. Plaintiff was diagnosed with thyroid cancer as a result of exposure to Defendants' AFFF products.

263.    Plaintiff Steven Sanderson is a resident and citizen of Strafford, Missouri. Plaintiff was exposed to PFAS through ingestion of drinking water while living and/ or working at military installations. Plaintiff was diagnosed with thyroid disease as a result of exposure to Defendants' AFFF products.

264.    Plaintiff Derek Sandusky is a resident and citizen of Lithia, Florida. Plaintiff was exposed to PFAS through ingestion of drinking water while living and/ or working at military installations. Plaintiff was diagnosed with thyroid disease as a result of exposure to Defendants' AFFF products.

265.    Plaintiff Mary Ann Santiago is a resident and citizen of San Antonio, Texas. Plaintiff was exposed to PFAS through ingestion of drinking water while living and/ or working at military installations. Plaintiff was diagnosed with thyroid cancer as a result of exposure to Defendants' AFFF products.

266.    Plaintiff Maria Saunders is a resident and citizen of West Union, West Virginia. Plaintiff was exposed to PFAS through ingestion of drinking water while living and/ or working at military installations. Plaintiff was diagnosed with thyroid disease as a result of exposure to Defendants' AFFF products.

267.    Plaintiff Kassandra Saunders is a resident and citizen of Alta, Iowa. Plaintiff was exposed to PFAS through ingestion of drinking water while living and/ or working at military installations. Plaintiff was diagnosed with thyroid disease as a result of exposure to Defendants' AFFF products.

268.    Plaintiff Taryn Sawyer is a resident and citizen of Rochester, Minnesota. Plaintiff was exposed to PFAS through ingestion of drinking water while living and/ or working at military installations. Plaintiff was diagnosed with kidney cancer as a result of exposure to Defendants' AFFF products.

269.    Plaintiff Judith Scappaticcio is a resident and citizen of Moseley, Virginia. Plaintiff was exposed to PFAS through ingestion of drinking water while living and/ or working at military installations. Plaintiff was diagnosed with thyroid disease as a result of exposure to Defendants' AFFF products.

270.    Plaintiff John Scavone is a resident and citizen of Chatham, New Jersey. Plaintiff was exposed to PFAS through ingestion of drinking water while living and/ or working at military

installations. Plaintiff was diagnosed with thyroid disease as a result of exposure to Defendants' AFFF products.

271.    Plaintiff Diane Schaefer is a resident and citizen of Huntington Station, New York. Plaintiff was exposed to PFAS through ingestion of drinking water while living and/ or working at military installations. Plaintiff was diagnosed with thyroid disease as a result of exposure to Defendants' AFFF products.

272.    Plaintiff Dominick Scheid is a resident and citizen of Nunnelly, Tennessee. Plaintiff was exposed to PFAS through ingestion of drinking water while living and/ or working at military installations. Plaintiff was diagnosed with kidney cancer as a result of exposure to Defendants' AFFF products.

273.    Plaintiff Raymond Schellinger Jr. is a resident and citizen of Houston, Texas. Plaintiff was exposed to PFAS through ingestion of drinking water while living and/ or working at military installations. Plaintiff was diagnosed with kidney cancer as a result of exposure to Defendants' AFFF products.

274.    Plaintiff John Schenne is a resident and citizen of Bradford, Pennsylvania. Plaintiff was exposed to PFAS through ingestion of drinking water while living and/ or working at military installations. Plaintiff was diagnosed with thyroid disease as a result of exposure to Defendants' AFFF products.

275.    Plaintiff Angela Scheres is a resident and citizen of Spokane, Washington. Plaintiff was exposed to PFAS through ingestion of drinking water while living and/ or working at military installations. Plaintiff was diagnosed with thyroid disease as a result of exposure to Defendants' AFFF products.

276.    Plaintiff Nicholas Schettini is a resident and citizen of Crowley, Texas. Plaintiff was exposed to PFAS through ingestion of drinking water while living and/ or working at military

installations. Plaintiff was diagnosed with thyroid disease as a result of exposure to Defendants'
AFFF products.

277.    Plaintiff Ronald Schlappie is a resident and citizen of Wallowa, Oregon. Plaintiff was
exposed to PFAS through ingestion of drinking water while living and/ or working at military
installations. Plaintiff was diagnosed with ulcerative colitis as a result of exposure to Defendants'
AFFF products.

278.    Plaintiff Justin Schmitz is a resident and citizen of Lothian, Maryland. Plaintiff was
exposed to PFAS through ingestion of drinking water while living and/ or working at military
installations. Plaintiff was diagnosed with testicular cancer as a result of exposure to Defendants'
AFFF products.

279.    Plaintiff Terry Schoof is a resident and citizen of Felton, Delaware. Plaintiff was exposed
to PFAS through ingestion of drinking water while living and/ or working at military installations.
Plaintiff was diagnosed with thyroid disease as a result of exposure to Defendants' AFFF products.

280.    Plaintiff Marc Schott is a resident and citizen of Cowlesville, New York. Plaintiff was
exposed to PFAS through ingestion of drinking water while living and/ or working at military
installations. Plaintiff was diagnosed with thyroid disease as a result of exposure to Defendants'
AFFF products.

281.    Plaintiff Mari Schreder is a resident and citizen of Saint Joseph, Minnesota. Plaintiff was
exposed to PFAS through ingestion of drinking water while living and/ or working at military
installations. Plaintiff was diagnosed with thyroid disease as a result of exposure to Defendants'
AFFF products.

282.    Plaintiff Lisa Schueller is a resident and citizen of Bemidji, Minnesota. Plaintiff was
exposed to PFAS through ingestion of drinking water while living and/ or working at military
installations. Plaintiff was diagnosed with thyroid disease as a result of exposure to Defendants'

AFFF products.

283.    Plaintiff James Schulz is a resident and citizen of Carmichael, California. Plaintiff was exposed to PFAS through ingestion of drinking water while living and/ or working at military installations. Plaintiff was diagnosed with ulcerative colitis as a result of exposure to Defendants' AFFF products.

284.    Plaintiff Thomas Scoggins is a resident and citizen of Martinez, California. Plaintiff was exposed to PFAS through ingestion of drinking water while living and/ or working at military installations. Plaintiff was diagnosed with thyroid disease as a result of exposure to Defendants' AFFF products.

285.    Plaintiff Paris Scott is a resident and citizen of Mabelvale, Arkansas. Plaintiff was exposed to PFAS through ingestion of drinking water while living and/ or working at military installations. Plaintiff was diagnosed with thyroid cancer as a result of exposure to Defendants' AFFF products.

286.    Plaintiff Johanna Scott is a resident and citizen of Sevierville, Tennessee. Plaintiff was exposed to PFAS through ingestion of drinking water while living and/ or working at military installations. Plaintiff was diagnosed with ulcerative colitis as a result of exposure to Defendants' AFFF products.

287.    Plaintiff Gregory Scott is a resident and citizen of Middletown, Delaware. Plaintiff was exposed to PFAS through ingestion of drinking water while living and/ or working at military installations. Plaintiff was diagnosed with ulcerative colitis as a result of exposure to Defendants' AFFF products.

288.    Plaintiff Rhonda Scruggs is a resident and citizen of New Braunfels, Texas. Plaintiff was exposed to PFAS through ingestion of drinking water while living and/ or working at military installations. Plaintiff was diagnosed with thyroid disease as a result of exposure to Defendants' AFFF products.

289.    Plaintiff Jason Seddon is a resident and citizen of Benton, Illinois. Plaintiff was exposed to PFAS through ingestion of drinking water while living and/ or working at military installations. Plaintiff was diagnosed with kidney cancer as a result of exposure to Defendants' AFFF products.

290.    Plaintiff Charlene Segui is a resident and citizen of Martinsburg, West Virginia. Plaintiff was exposed to PFAS through ingestion of drinking water while living and/ or working at military installations. Plaintiff was diagnosed with thyroid disease as a result of exposure to Defendants' AFFF products.

291.    Plaintiff Fanessa Sellers is a resident and citizen of McDonough, Georgia. Plaintiff was exposed to PFAS through ingestion of drinking water while living and/ or working at military installations. Plaintiff was diagnosed with thyroid disease as a result of exposure to Defendants' AFFF products.

292.    Plaintiff Joseph Sellers is a resident and citizen of Azle, Texas. Plaintiff was exposed to PFAS through ingestion of drinking water while living and/ or working at military installations. Plaintiff was diagnosed with testicular cancer as a result of exposure to Defendants' AFFF products.

293.    Plaintiff Andrew Semp is a resident and citizen of Orrtanna, Pennsylvania. Plaintiff was exposed to PFAS through ingestion of drinking water while living and/ or working at military installations. Plaintiff was diagnosed with testicular cancer as a result of exposure to Defendants' AFFF products.

294.    Plaintiff Patricia Shaffer is a resident and citizen of Rochester, New Hampshire. Plaintiff was exposed to PFAS through ingestion of drinking water while living and/ or working at military installations. Plaintiff was diagnosed with thyroid disease as a result of exposure to Defendants' AFFF products.

295.    Plaintiff Colton Sheets is a resident and citizen of Spokane, Washington. Plaintiff was

exposed to PFAS through ingestion of drinking water while living and/ or working at military installations. Plaintiff was diagnosed with ulcerative colitis as a result of exposure to Defendants' AFFF products.

296.    Plaintiff Blake Shelton is a resident and citizen of Stillwater, Oklahoma. Plaintiff was exposed to PFAS through ingestion of drinking water while living and/ or working at military installations. Plaintiff was diagnosed with thyroid disease as a result of exposure to Defendants' AFFF products.

297.    Plaintiff Nicholas Shrubb is a resident and citizen of Las Vegas, Nevada. Plaintiff was exposed to PFAS through ingestion of drinking water while living and/ or working at military installations. Plaintiff was diagnosed with thyroid cancer as a result of exposure to Defendants' AFFF products.

298.    Plaintiff Callie Shufelt is a resident and citizen of Hart, Michigan. Plaintiff was exposed to PFAS through ingestion of drinking water while living and/ or working at military installations. Plaintiff was diagnosed with thyroid disease as a result of exposure to Defendants' AFFF products.

299.    Plaintiff Eddie Shy is a resident and citizen of Crestview, Florida. Plaintiff was exposed to PFAS through ingestion of drinking water while living and/ or working at military installations. Plaintiff was diagnosed with thyroid cancer as a result of exposure to Defendants' AFFF products.

300.    Plaintiff Roy Sievers is a resident and citizen of Peoria, Arizona. Plaintiff was exposed to PFAS through ingestion of drinking water while living and/ or working at military installations. Plaintiff was diagnosed with kidney cancer as a result of exposure to Defendants' AFFF products.

301.    Plaintiff Estrellita Silva is a resident and citizen of Layton, Utah. Plaintiff was exposed to PFAS through ingestion of drinking water while living and/ or working at military installations. Plaintiff was diagnosed with thyroid disease as a result of exposure to Defendants' AFFF products.

302.    Plaintiff Micheal Simonton is a resident and citizen of Orange, Texas. Plaintiff was

exposed to PFAS through ingestion of drinking water while living and/ or working at military installations. Plaintiff was diagnosed with thyroid disease as a result of exposure to Defendants' AFFF products.

303.    Plaintiff Jessica Sims is a resident and citizen of Phenix City, Alabama. Plaintiff was exposed to PFAS through ingestion of drinking water while living and/ or working at military installations. Plaintiff was diagnosed with ulcerative colitis as a result of exposure to Defendants' AFFF products.

304.    Plaintiff Janette Singleton is a resident and citizen of Mill Hall, Pennsylvania. Plaintiff was exposed to PFAS through ingestion of drinking water while living and/ or working at military installations. Plaintiff was diagnosed with thyroid disease as a result of exposure to Defendants' AFFF products.

305.    Plaintiff Timothy Singleton is a resident and citizen of Converse, Texas. Plaintiff was exposed to PFAS through ingestion of drinking water while living and/ or working at military installations. Plaintiff was diagnosed with testicular cancer as a result of exposure to Defendants' AFFF products.

306.    Plaintiff Artrella Sinkler is a resident and citizen of Sumter, South Carolina. Plaintiff was exposed to PFAS through ingestion of drinking water while living and/ or working at military installations. Plaintiff was diagnosed with ulcerative colitis as a result of exposure to Defendants' AFFF products.

307.    Plaintiff Crystal Sinner is a resident and citizen of Aurora, Colorado. Plaintiff was exposed to PFAS through ingestion of drinking water while living and/ or working at military installations. Plaintiff was diagnosed with ulcerative colitis as a result of exposure to Defendants' AFFF products.

308.    Plaintiff Strabo Sires is a resident and citizen of San Francisco, California. Plaintiff was

exposed to PFAS through ingestion of drinking water while living and/ or working at military installations. Plaintiff was diagnosed with thyroid disease as a result of exposure to Defendants' AFFF products.

309.   Plaintiff Rebecca Sjodin is a resident and citizen of Ogilvie, Minnesota. Plaintiff was exposed to PFAS through ingestion of drinking water while living and/ or working at military installations. Plaintiff was diagnosed with thyroid cancer as a result of exposure to Defendants' AFFF products.

310.   Plaintiff Kayla Smallen is a resident and citizen of Knoxville, Tennessee. Plaintiff was exposed to PFAS through ingestion of drinking water while living and/ or working at military installations. Plaintiff was diagnosed with thyroid disease as a result of exposure to Defendants' AFFF products.

311.   Plaintiff Gregory Smith is a resident and citizen of Merrill, Wisconsin. Plaintiff was exposed to PFAS through ingestion of drinking water while living and/ or working at military installations. Plaintiff was diagnosed with thyroid cancer as a result of exposure to Defendants' AFFF products.

312.   Plaintiff Carrie Smith is a resident and citizen of Augusta, Georgia. Plaintiff was exposed to PFAS through ingestion of drinking water while living and/ or working at military installations. Plaintiff was diagnosed with thyroid disease as a result of exposure to Defendants' AFFF products.

313.   Plaintiff Elizabeth Smith is a resident and citizen of Langston, Alabama. Plaintiff was exposed to PFAS through ingestion of drinking water while living and/ or working at military installations. Plaintiff was diagnosed with thyroid disease as a result of exposure to Defendants' AFFF products.

314.   Plaintiff John Smith is a resident and citizen of Georgetown, Delaware. Plaintiff was exposed to PFAS through ingestion of drinking water while living and/ or working at military

installations. Plaintiff was diagnosed with thyroid disease as a result of exposure to Defendants' AFFF products.

315.   Plaintiff Todd Smith is a resident and citizen of Columbus, Ohio. Plaintiff was exposed to PFAS through ingestion of drinking water while living and/ or working at military installations. Plaintiff was diagnosed with testicular cancer as a result of exposure to Defendants' AFFF products.

316.   Plaintiff Erin Smith is a resident and citizen of Panhandle, Texas. Plaintiff was exposed to PFAS through ingestion of drinking water while living and/ or working at military installations. Plaintiff was diagnosed with thyroid disease as a result of exposure to Defendants' AFFF products.

317.   Plaintiff Terri Smith is a resident and citizen of Clarksville, Tennessee. Plaintiff was exposed to PFAS through ingestion of drinking water while living and/ or working at military installations. Plaintiff was diagnosed with thyroid disease as a result of exposure to Defendants' AFFF products.

318.   Plaintiff Paula Smith is a resident and citizen of Cadiz, Kentucky. Plaintiff was exposed to PFAS through ingestion of drinking water while living and/ or working at military installations. Plaintiff was diagnosed with thyroid disease as a result of exposure to Defendants' AFFF products.

319.   Plaintiff Daniel Smith is a resident and citizen of Sun City West, Arizona. Plaintiff was exposed to PFAS through ingestion of drinking water while living and/ or working at military installations. Plaintiff was diagnosed with thyroid disease as a result of exposure to Defendants' AFFF products.

320.   Plaintiff David Smith is a resident and citizen of Greenwood, South Carolina. Plaintiff was exposed to PFAS through ingestion of drinking water while living and/ or working at military installations. Plaintiff was diagnosed with ulcerative colitis as a result of exposure to Defendants' AFFF products.

321.    Plaintiff Elizabeth Soliz is a resident and citizen of Katy, Texas. Plaintiff was exposed to PFAS through ingestion of drinking water while living and/ or working at military installations. Plaintiff was diagnosed with thyroid cancer as a result of exposure to Defendants' AFFF products.

322.    Plaintiff April Sonnentag is a resident and citizen of Wausau, Wisconsin. Plaintiff was exposed to PFAS through ingestion of drinking water while living and/ or working at military installations. Plaintiff was diagnosed with thyroid disease as a result of exposure to Defendants' AFFF products.

323.    Plaintiff Peter Sorensen is a resident and citizen of Township of Hamburg, Michigan. Plaintiff was exposed to PFAS through ingestion of drinking water while living and/ or working at military installations. Plaintiff was diagnosed with ulcerative colitis as a result of exposure to Defendants' AFFF products.

324.    Plaintiff James Sottile Jr. is a resident and citizen of Ruckersville, Virginia. Plaintiff was exposed to PFAS through ingestion of drinking water while living and/ or working at military installations. Plaintiff was diagnosed with thyroid disease as a result of exposure to Defendants' AFFF products.

325.    Plaintiff Jennifer Sowers is a resident and citizen of McMinnville, Tennessee. Plaintiff was exposed to PFAS through ingestion of drinking water while living and/ or working at military installations. Plaintiff was diagnosed with thyroid disease and thyroid cancer as a result of exposure to Defendants' AFFF products.

326.    Plaintiff Steve Spann Sr. is a resident and citizen of Chesterfield, Virginia. Plaintiff was exposed to PFAS through ingestion of drinking water while living and/ or working at military installations. Plaintiff was diagnosed with thyroid disease as a result of exposure to Defendants' AFFF products.

327.    Plaintiff Beverly Sparkman is a resident and citizen of San Antonio, Texas. Plaintiff was

exposed to PFAS through ingestion of drinking water while living and/ or working at military installations. Plaintiff was diagnosed with thyroid disease and ulcerative colitis as a result of exposure to Defendants' AFFF products.

328.    Plaintiff Elizabeth Sparkman is a resident and citizen of Mico, Texas. Plaintiff was exposed to PFAS through ingestion of drinking water while living and/ or working at military installations. Plaintiff was diagnosed with thyroid disease as a result of exposure to Defendants' AFFF products.

329.    Plaintiff Timothy Spateholts is a resident and citizen of Goose Creek, South Carolina. Plaintiff was exposed to PFAS through ingestion of drinking water while living and/ or working at military installations. Plaintiff was diagnosed with thyroid cancer as a result of exposure to Defendants' AFFF products.

330.    Plaintiff Tiffany Spencer is a resident and citizen of Beaumont, Texas. Plaintiff was exposed to PFAS through ingestion of drinking water while living and/ or working at military installations. Plaintiff was diagnosed with thyroid disease as a result of exposure to Defendants' AFFF products.

331.    Plaintiff Philip Spencer is a resident and citizen of Kissimmee, Florida. Plaintiff was exposed to PFAS through ingestion of drinking water while living and/ or working at military installations. Plaintiff was diagnosed with testicular cancer as a result of exposure to Defendants' AFFF products.

332.    Plaintiff Clifton Sprivey is a resident and citizen of Collinsville, Illinois. Plaintiff was exposed to PFAS through ingestion of drinking water while living and/ or working at military installations. Plaintiff was diagnosed with thyroid disease as a result of exposure to Defendants' AFFF products.

333.    Plaintiff Paula Spurgeon-Haddix is a resident and citizen of Jacksonville, Florida. Plaintiff was exposed to PFAS through ingestion of drinking water while living and/ or working at military

installations. Plaintiff was diagnosed with thyroid disease as a result of exposure to Defendants' AFFF products.

334.    Plaintiff Michael Squires is a resident and citizen of Union Springs, New York. Plaintiff was exposed to PFAS through ingestion of drinking water while living and/ or working at military installations. Plaintiff was diagnosed with ulcerative colitis as a result of exposure to Defendants' AFFF products.

335.    Plaintiff Steven Starcher is a resident and citizen of San Antonio, Texas. Plaintiff was exposed to PFAS through ingestion of drinking water while living and/ or working at military installations. Plaintiff was diagnosed with kidney cancer and thyroid disease as a result of exposure to Defendants' AFFF products.

336.    Plaintiff Eleanor Staten is a resident and citizen of McGuire AFB, New Jersey. Plaintiff was exposed to PFAS through ingestion of drinking water while living and/ or working at military installations. Plaintiff was diagnosed with thyroid disease as a result of exposure to Defendants' AFFF products.

337.    Plaintiff Robert Steidley is a resident and citizen of Claremore, Oklahoma. Plaintiff was exposed to PFAS through ingestion of drinking water while living and/ or working at military installations. Plaintiff was diagnosed with thyroid disease as a result of exposure to Defendants' AFFF products.

338.    Plaintiff Bartholomew Steinburg is a resident and citizen of Madrid, New York. Plaintiff was exposed to PFAS through ingestion of drinking water while living and/ or working at military installations. Plaintiff was diagnosed with thyroid disease as a result of exposure to Defendants' AFFF products.

339.    Plaintiff Brittney Stevens is a resident and citizen of Vineland, New Jersey. Plaintiff was exposed to PFAS through ingestion of drinking water while living and/ or working at military

installations. Plaintiff was diagnosed with ulcerative colitis as a result of exposure to Defendants' AFFF products.

340.    Plaintiff Shane Stevens is a resident and citizen of Marion, Ohio. Plaintiff was exposed to PFAS through ingestion of drinking water while living and/ or working at military installations. Plaintiff was diagnosed with thyroid disease as a result of exposure to Defendants' AFFF products.

341.    Plaintiff Daniel Steward is a resident and citizen of Davie, Florida. Plaintiff was exposed to PFAS through ingestion of drinking water while living and/ or working at military installations. Plaintiff was diagnosed with thyroid disease as a result of exposure to Defendants' AFFF products.

342.    Plaintiff Richard Stier is a resident and citizen of Fairmont, West Virginia. Plaintiff was exposed to PFAS through ingestion of drinking water while living and/ or working at military installations. Plaintiff was diagnosed with thyroid disease as a result of exposure to Defendants' AFFF products.

343.    Plaintiff Denise Stiffler is a resident and citizen of Braselton, Georgia. Plaintiff was exposed to PFAS through ingestion of drinking water while living and/ or working at military installations. Plaintiff was diagnosed with thyroid disease as a result of exposure to Defendants' AFFF products.

344.    Plaintiff April Stitt is a resident and citizen of Ocala, Florida. Plaintiff was exposed to PFAS through ingestion of drinking water while living and/ or working at military installations. Plaintiff was diagnosed with thyroid disease as a result of exposure to Defendants' AFFF products.

345.    Plaintiff Tina Stitt is a resident and citizen of Fortson, Georgia. Plaintiff was exposed to PFAS through ingestion of drinking water while living and/ or working at military installations. Plaintiff was diagnosed with thyroid cancer as a result of exposure to Defendants' AFFF products.

346.    Plaintiff Jon Stokes is a resident and citizen of Wetumpka, Alabama. Plaintiff was exposed to PFAS through ingestion of drinking water while living and/ or working at military installations.

Plaintiff was diagnosed with thyroid disease as a result of exposure to Defendants' AFFF products.

347.    Plaintiff Anthony Stone is a resident and citizen of Billings, Montana. Plaintiff was exposed to PFAS through ingestion of drinking water while living and/ or working at military installations. Plaintiff was diagnosed with thyroid disease as a result of exposure to Defendants' AFFF products.

348.    Plaintiff Willie Joe Stovall is a resident and citizen of Olive Branch, Mississippi. Plaintiff was exposed to PFAS through ingestion of drinking water while living and/ or working at military installations. Plaintiff was diagnosed with thyroid cancer as a result of exposure to Defendants' AFFF products.

349.    Plaintiff Wendy Strand is a resident and citizen of Barstow, California. Plaintiff was exposed to PFAS through ingestion of drinking water while living and/ or working at military installations. Plaintiff was diagnosed with thyroid disease as a result of exposure to Defendants' AFFF products.

350.    Plaintiff Linda Streeter is a resident and citizen of Brownsburg, Indiana. Plaintiff was exposed to PFAS through ingestion of drinking water while living and/ or working at military installations. Plaintiff was diagnosed with thyroid disease as a result of exposure to Defendants' AFFF products.

351.    Plaintiff Justin Stubbendick is a resident and citizen of Janesville, Wisconsin. Plaintiff was exposed to PFAS through ingestion of drinking water while living and/ or working at military installations. Plaintiff was diagnosed with testicular cancer as a result of exposure to Defendants' AFFF products.

352.    Plaintiff Kimberly Styles is a resident and citizen of Blythewood, South Carolina. Plaintiff was exposed to PFAS through ingestion of drinking water while living and/ or working at military installations. Plaintiff was diagnosed with thyroid disease as a result of exposure to Defendants'

AFFF products.

353.    Plaintiff Timothy Styles is a resident and citizen of Blythewood, South Carolina. Plaintiff was exposed to PFAS through ingestion of drinking water while living and/ or working at military installations. Plaintiff was diagnosed with thyroid disease as a result of exposure to Defendants' AFFF products.

354.    Plaintiff Katrina Sullivan is a resident and citizen of Fernandina Beach, Florida. Plaintiff was exposed to PFAS through ingestion of drinking water while living and/ or working at military installations. Plaintiff was diagnosed with thyroid disease as a result of exposure to Defendants' AFFF products.

355.    Plaintiff Toni Summerell is a resident and citizen of Sykesville, Maryland. Plaintiff was exposed to PFAS through ingestion of drinking water while living and/ or working at military installations. Plaintiff was diagnosed with thyroid disease as a result of exposure to Defendants' AFFF products.

356.    Plaintiff Agnes Svoboda is a resident and citizen of Wharton, Texas. Plaintiff was exposed to PFAS through ingestion of drinking water while living and/ or working at military installations. Plaintiff was diagnosed with thyroid disease as a result of exposure to Defendants' AFFF products.

357.    Plaintiff Roberta Sweet is a resident and citizen of Muskogee, Oklahoma. Plaintiff was exposed to PFAS through ingestion of drinking water while living and/ or working at military installations. Plaintiff was diagnosed with thyroid cancer as a result of exposure to Defendants' AFFF products.

358.    Plaintiff Karla Swift is a resident and citizen of New Braunfels, Texas. Plaintiff was exposed to PFAS through ingestion of drinking water while living and/ or working at military installations. Plaintiff was diagnosed with thyroid cancer as a result of exposure to Defendants' AFFF products.

359.    Plaintiff Charles Tate is a resident and citizen of Gary, Indiana. Plaintiff was exposed to PFAS through ingestion of drinking water while living and/ or working at military installations. Plaintiff was diagnosed with thyroid disease as a result of exposure to Defendants' AFFF products.

360.    Plaintiff Will Tavares is a resident and citizen of Ridgecrest, California. Plaintiff was exposed to PFAS through ingestion of drinking water while living and/ or working at military installations. Plaintiff was diagnosed with thyroid disease as a result of exposure to Defendants' AFFF products.

361.    Plaintiff Edward Taylor is a resident and citizen of Martinsville, Ohio. Plaintiff was exposed to PFAS through ingestion of drinking water while living and/ or working at military installations. Plaintiff was diagnosed with kidney cancer as a result of exposure to Defendants' AFFF products.

362.    Plaintiff Robert Taylor is a resident and citizen of Tacoma, Washington. Plaintiff was exposed to PFAS through ingestion of drinking water while living and/ or working at military installations. Plaintiff was diagnosed with thyroid disease as a result of exposure to Defendants' AFFF products.

363.    Plaintiff James Taylor is a resident and citizen of Arlington, Texas. Plaintiff was exposed to PFAS through ingestion of drinking water while living and/ or working at military installations. Plaintiff was diagnosed with kidney cancer as a result of exposure to Defendants' AFFF products.

364.    Plaintiff George Terzi is a resident and citizen of Lake Wales, Florida. Plaintiff was exposed to PFAS through ingestion of drinking water while living and/ or working at military installations. Plaintiff was diagnosed with testicular cancer as a result of exposure to Defendants' AFFF products.

365.    Plaintiff Michael Thomas is a resident and citizen of Conroe, Texas. Plaintiff was exposed to PFAS through ingestion of drinking water while living and/ or working at military installations.

Plaintiff was diagnosed with kidney cancer as a result of exposure to Defendants' AFFF products.

366. Plaintiff Steven Thomas is a resident and citizen of New Braunfels, Texas. Plaintiff was exposed to PFAS through ingestion of drinking water while living and/ or working at military installations. Plaintiff was diagnosed with testicular cancer as a result of exposure to Defendants' AFFF products.

367. Plaintiff Bruce Thompkins is a resident and citizen of Pittsburgh, Pennsylvania. Plaintiff was exposed to PFAS through ingestion of drinking water while living and/ or working at military installations. Plaintiff was diagnosed with thyroid disease as a result of exposure to Defendants' AFFF products.

368. Plaintiff Michael Thompson is a resident and citizen of Charleston, South Carolina. Plaintiff was exposed to PFAS through ingestion of drinking water while living and/ or working at military installations. Plaintiff was diagnosed with thyroid disease as a result of exposure to Defendants' AFFF products.

369. Plaintiff David Thornton is a resident and citizen of Newfield, New York. Plaintiff was exposed to PFAS through ingestion of drinking water while living and/ or working at military installations. Plaintiff was diagnosed with thyroid disease as a result of exposure to Defendants' AFFF products.

370. Plaintiff Austin Tingley is a resident and citizen of Liberty Hill, Texas. Plaintiff was exposed to PFAS through ingestion of drinking water while living and/ or working at military installations. Plaintiff was diagnosed with ulcerative colitis as a result of exposure to Defendants' AFFF products.

371. Plaintiff Jack Tipold is a resident and citizen of Valparaiso, Indiana. Plaintiff was exposed to PFAS through ingestion of drinking water while living and/ or working at military installations. Plaintiff was diagnosed with thyroid disease as a result of exposure to Defendants' AFFF products.

372.    Plaintiff Lantz Tipton is a resident and citizen of Wheeling, Missouri. Plaintiff was exposed to PFAS through ingestion of drinking water while living and/ or working at military installations. Plaintiff was diagnosed with kidney cancer as a result of exposure to Defendants' AFFF products.

373.    Plaintiff Daniel Tobias is a resident and citizen of Balcones Heights, Texas. Plaintiff was exposed to PFAS through ingestion of drinking water while living and/ or working at military installations. Plaintiff was diagnosed with thyroid cancer as a result of exposure to Defendants' AFFF products.

374.    Plaintiff Anne Todd is a resident and citizen of Bothell, Washington. Plaintiff was exposed to PFAS through ingestion of drinking water while living and/ or working at military installations. Plaintiff was diagnosed with thyroid cancer as a result of exposure to Defendants' AFFF products.

375.    Plaintiff Andrew Tomalo is a resident and citizen of Millwood, Washington. Plaintiff was exposed to PFAS through ingestion of drinking water while living and/ or working at military installations. Plaintiff was diagnosed with thyroid disease as a result of exposure to Defendants' AFFF products.

376.    Plaintiff Patric Tompkins is a resident and citizen of Freeland, Washington. Plaintiff was exposed to PFAS through ingestion of drinking water while living and/ or working at military installations. Plaintiff was diagnosed with testicular cancer as a result of exposure to Defendants' AFFF products.

377.    Plaintiff Charles Trakel is a resident and citizen of Tumwater, Washington. Plaintiff was exposed to PFAS through ingestion of drinking water while living and/ or working at military installations. Plaintiff was diagnosed with ulcerative colitis as a result of exposure to Defendants' AFFF products.

378.    Plaintiff Jessica Trinkella is a resident and citizen of Brigham, Utah. Plaintiff was exposed to PFAS through ingestion of drinking water while living and/ or working at military installations.

Plaintiff was diagnosed with thyroid disease as a result of exposure to Defendants' AFFF products.

379.    Plaintiff Russell Trufant is a resident and citizen of DeWitt, Michigan. Plaintiff was exposed to PFAS through ingestion of drinking water while living and/ or working at military installations. Plaintiff was diagnosed with thyroid disease as a result of exposure to Defendants' AFFF products.

380.    Plaintiff Emily Turnbull is a resident and citizen of Meridian, Idaho. Plaintiff was exposed to PFAS through ingestion of drinking water while living and/ or working at military installations. Plaintiff was diagnosed with thyroid disease as a result of exposure to Defendants' AFFF products.

381.    Plaintiff Charles Turner is a resident and citizen of Chesapeake, Virginia. Plaintiff was exposed to PFAS through ingestion of drinking water while living and/ or working at military installations. Plaintiff was diagnosed with thyroid disease as a result of exposure to Defendants' AFFF products.

382.    Plaintiff Charles Turney is a resident and citizen of Ty Ty, Georgia. Plaintiff was exposed to PFAS through ingestion of drinking water while living and/ or working at military installations. Plaintiff was diagnosed with thyroid disease as a result of exposure to Defendants' AFFF products.

383.    Plaintiff Junius Tyler is a resident and citizen of Rochester, New York. Plaintiff was exposed to PFAS through ingestion of drinking water while living and/ or working at military installations. Plaintiff was diagnosed with thyroid disease as a result of exposure to Defendants' AFFF products.

384.    Plaintiff Kris Underwood is a resident and citizen of Rockwood, Tennessee. Plaintiff was exposed to PFAS through ingestion of drinking water while living and/ or working at military installations. Plaintiff was diagnosed with testicular cancer as a result of exposure to Defendants' AFFF products.

385.    Plaintiff Rufo Ungacta is a resident and citizen of Del Valle, Texas. Plaintiff was exposed

to PFAS through ingestion of drinking water while living and/ or working at military installations. Plaintiff was diagnosed with thyroid disease as a result of exposure to Defendants' AFFF products.

386.     Plaintiff Judee Utoh is a resident and citizen of Houston, Texas. Plaintiff was exposed to PFAS through ingestion of drinking water while living and/ or working at military installations. Plaintiff was diagnosed with thyroid disease as a result of exposure to Defendants' AFFF products.

387.     Plaintiff Michele Valentin is a resident and citizen of Augusta, Georgia. Plaintiff was exposed to PFAS through ingestion of drinking water while living and/ or working at military installations. Plaintiff was diagnosed with thyroid disease as a result of exposure to Defendants' AFFF products.

388.     Plaintiff Shawn Valentine is a resident and citizen of Buford, Georgia. Plaintiff was exposed to PFAS through ingestion of drinking water while living and/ or working at military installations. Plaintiff was diagnosed with kidney cancer as a result of exposure to Defendants' AFFF products.

389.     Plaintiff Jill Vandegrift is a resident and citizen of Saint George, Utah. Plaintiff was exposed to PFAS through ingestion of drinking water while living and/ or working at military installations. Plaintiff was diagnosed with thyroid disease as a result of exposure to Defendants' AFFF products.

390.     Plaintiff Roy Varney is a resident and citizen of Hampton, Virginia. Plaintiff was exposed to PFAS through ingestion of drinking water while living and/ or working at military installations. Plaintiff was diagnosed with thyroid disease as a result of exposure to Defendants' AFFF products.

391.     Plaintiff Luis Vasquez is a resident and citizen of San Luis Obispo, California. Plaintiff was exposed to PFAS through ingestion of drinking water while living and/ or working at military installations. Plaintiff was diagnosed with kidney cancer as a result of exposure to Defendants' AFFF products.

392.    Plaintiff Michael Venters is a resident and citizen of Jasper, Georgia. Plaintiff was exposed to PFAS through ingestion of drinking water while living and/ or working at military installations. Plaintiff was diagnosed with thyroid disease as a result of exposure to Defendants' AFFF products.

393.    Plaintiff Robert Vest is a resident and citizen of Apalachin, New York. Plaintiff was exposed to PFAS through ingestion of drinking water while living and/ or working at military installations. Plaintiff was diagnosed with thyroid disease as a result of exposure to Defendants' AFFF products.

394.    Plaintiff Caprice Vizcaya is a resident and citizen of Killeen, Texas. Plaintiff was exposed to PFAS through ingestion of drinking water while living and/ or working at military installations. Plaintiff was diagnosed with thyroid disease as a result of exposure to Defendants' AFFF products.

395.    Plaintiff Eric Waddle is a resident and citizen of Greenwood, Indiana. Plaintiff was exposed to PFAS through ingestion of drinking water while living and/ or working at military installations. Plaintiff was diagnosed with testicular cancer as a result of exposure to Defendants' AFFF products.

396.    Plaintiff Stephanie Wade is a resident and citizen of Seal Beach, California. Plaintiff was exposed to PFAS through ingestion of drinking water while living and/ or working at military installations. Plaintiff was diagnosed with thyroid disease as a result of exposure to Defendants' AFFF products.

397.    Plaintiff Alisa Wahrer is a resident and citizen of Sherwood, Oregon. Plaintiff was exposed to PFAS through ingestion of drinking water while living and/ or working at military installations. Plaintiff was diagnosed with thyroid disease as a result of exposure to Defendants' AFFF products.

398.    Plaintiff Jennifer Walch-Gross is a resident and citizen of Colonial Beach, Virginia. Plaintiff was exposed to PFAS through ingestion of drinking water while living and/ or working at military installations. Plaintiff was diagnosed with thyroid disease as a result of exposure to

Defendants' AFFF products.

399.    Plaintiff Scott Walker is a resident and citizen of Kansas City, Missouri. Plaintiff was exposed to PFAS through ingestion of drinking water while living and/ or working at military installations. Plaintiff was diagnosed with thyroid disease as a result of exposure to Defendants' AFFF products.

400.    Plaintiff Corey Walker is a resident and citizen of Fort Campbell, Kentucky. Plaintiff was exposed to PFAS through ingestion of drinking water while living and/ or working at military installations. Plaintiff was diagnosed with testicular cancer as a result of exposure to Defendants' AFFF products.

401.    Plaintiff Kevin Walker is a resident and citizen of Kapolei, Hawaii. Plaintiff was exposed to PFAS through ingestion of drinking water while living and/ or working at military installations. Plaintiff was diagnosed with kidney cancer as a result of exposure to Defendants' AFFF products.

402.    Plaintiff Autumn Walker is a resident and citizen of Spring, Texas. Plaintiff was exposed to PFAS through ingestion of drinking water while living and/ or working at military installations. Plaintiff was diagnosed with thyroid disease as a result of exposure to Defendants' AFFF products.

403.    Plaintiff Daniel Walsh is a resident and citizen of Shreveport, Louisiana. Plaintiff was exposed to PFAS through ingestion of drinking water while living and/ or working at military installations. Plaintiff was diagnosed with kidney cancer as a result of exposure to Defendants' AFFF products.

404.    Plaintiff Dewayne Washington is a resident and citizen of Madison, Wisconsin. Plaintiff was exposed to PFAS through ingestion of drinking water while living and/ or working at military installations. Plaintiff was diagnosed with thyroid disease as a result of exposure to Defendants' AFFF products.

405.    Plaintiff Harold Washington is a resident and citizen of Pelham, Alabama. Plaintiff was

exposed to PFAS through ingestion of drinking water while living and/ or working at military installations. Plaintiff was diagnosed with thyroid disease as a result of exposure to Defendants' AFFF products.

406.    Plaintiff Frank Waters is a resident and citizen of Royston, Georgia. Plaintiff was exposed to PFAS through ingestion of drinking water while living and/ or working at military installations. Plaintiff was diagnosed with testicular cancer as a result of exposure to Defendants' AFFF products.

407.    Plaintiff Stephen Watkins is a resident and citizen of Farmingdale, New York. Plaintiff was exposed to PFAS through ingestion of drinking water while living and/ or working at military installations. Plaintiff was diagnosed with kidney cancer as a result of exposure to Defendants' AFFF products.

408.    Plaintiff Dale Watkins Sr. is a resident and citizen of Grand Prairie, Texas. Plaintiff was exposed to PFAS through ingestion of drinking water while living and/ or working at military installations. Plaintiff was diagnosed with thyroid cancer as a result of exposure to Defendants' AFFF products.

409.    Plaintiff Zanda Watson is a resident and citizen of Killeen, Texas. Plaintiff was exposed to PFAS through ingestion of drinking water while living and/ or working at military installations. Plaintiff was diagnosed with thyroid disease as a result of exposure to Defendants' AFFF products.

410.    Plaintiff James Weakley is a resident and citizen of York, Pennsylvania. Plaintiff was exposed to PFAS through ingestion of drinking water while living and/ or working at military installations. Plaintiff was diagnosed with kidney cancer as a result of exposure to Defendants' AFFF products.

411.    Plaintiff Fred Weber is a resident and citizen of Albany, Oregon. Plaintiff was exposed to PFAS through ingestion of drinking water while living and/ or working at military installations.

Plaintiff was diagnosed with thyroid cancer as a result of exposure to Defendants' AFFF products.

412.    Plaintiff Jerry Weddle is a resident and citizen of Jackson, Tennessee. Plaintiff was exposed to PFAS through ingestion of drinking water while living and/ or working at military installations. Plaintiff was diagnosed with liver cancer as a result of exposure to Defendants' AFFF products.

413.    Plaintiff Michelle Weidner is a resident and citizen of Peoria, Illinois. Plaintiff was exposed to PFAS through ingestion of drinking water while living and/ or working at military installations. Plaintiff was diagnosed with thyroid disease as a result of exposure to Defendants' AFFF products.

414.    Plaintiff Scott Weiss is a resident and citizen of Pasco, Washington. Plaintiff was exposed to PFAS through ingestion of drinking water while living and/ or working at military installations. Plaintiff was diagnosed with thyroid disease as a result of exposure to Defendants' AFFF products.

415.    Plaintiff Vicky Wellington is a resident and citizen of Memphis, Tennessee. Plaintiff was exposed to PFAS through ingestion of drinking water while living and/ or working at military installations. Plaintiff was diagnosed with thyroid disease as a result of exposure to Defendants' AFFF products.

416.    Plaintiff Joanne Wendel is a resident and citizen of Walden, New York. Plaintiff was exposed to PFAS through ingestion of drinking water while living and/ or working at military installations. Plaintiff was diagnosed with thyroid disease as a result of exposure to Defendants' AFFF products.

417.    Plaintiff Frank Leroy Wescom Sr. is a resident and citizen of Vancouver, Washington. Plaintiff was exposed to PFAS through ingestion of drinking water while living and/ or working at military installations. Plaintiff was diagnosed with kidney cancer as a result of exposure to Defendants' AFFF products.

418.    Plaintiff April Westerlund is a resident and citizen of Lackland AFB, Texas. Plaintiff was exposed to PFAS through ingestion of drinking water while living and/ or working at military

installations. Plaintiff was diagnosed with thyroid disease and thyroid cancer as a result of exposure to Defendants' AFFF products.

419.    Plaintiff Chad Wetzel is a resident and citizen of Falls Church, Virginia. Plaintiff was exposed to PFAS through ingestion of drinking water while living and/ or working at military installations. Plaintiff was diagnosed with thyroid disease as a result of exposure to Defendants' AFFF products.

420.    Plaintiff Clifton Wheeler Jr. is a resident and citizen of Copperas Cove, Texas. Plaintiff was exposed to PFAS through ingestion of drinking water while living and/ or working at military installations. Plaintiff was diagnosed with thyroid disease as a result of exposure to Defendants' AFFF products.

421.    Plaintiff Charles White is a resident and citizen of Garden City, Idaho. Plaintiff was exposed to PFAS through ingestion of drinking water while living and/ or working at military installations. Plaintiff was diagnosed with thyroid disease as a result of exposure to Defendants' AFFF products.

422.    Plaintiff Durance White is a resident and citizen of Marianna, Florida. Plaintiff was exposed to PFAS through ingestion of drinking water while living and/ or working at military installations. Plaintiff was diagnosed with thyroid disease as a result of exposure to Defendants' AFFF products.

423.    Plaintiff Gregory White is a resident and citizen of Gatesville, Texas. Plaintiff was exposed to PFAS through ingestion of drinking water while living and/ or working at military installations. Plaintiff was diagnosed with thyroid cancer as a result of exposure to Defendants' AFFF products.

424.    Plaintiff Trenton Whited is a resident and citizen of Pratt, Kansas. Plaintiff was exposed to PFAS through ingestion of drinking water while living and/ or working at military installations. Plaintiff was diagnosed with kidney cancer as a result of exposure to Defendants' AFFF products.

425.    Plaintiff Yesmin Whitehead is a resident and citizen of El Paso, Texas. Plaintiff was exposed to PFAS through ingestion of drinking water while living and/ or working at military installations. Plaintiff was diagnosed with thyroid disease as a result of exposure to Defendants' AFFF products.

426.    Plaintiff Charles Whitlock is a resident and citizen of Guyton, Georgia. Plaintiff was exposed to PFAS through ingestion of drinking water while living and/ or working at military installations. Plaintiff was diagnosed with thyroid disease as a result of exposure to Defendants' AFFF products.

427.    Plaintiff Tony Whitt is a resident and citizen of Knoxville, Tennessee. Plaintiff was exposed to PFAS through ingestion of drinking water while living and/ or working at military installations. Plaintiff was diagnosed with thyroid disease as a result of exposure to Defendants' AFFF products.

428.    Plaintiff Patricia M. Wicks is a resident and citizen of St. George, Utah. Plaintiff was exposed to PFAS through ingestion of drinking water while living and/ or working at military installations. Plaintiff was diagnosed with thyroid cancer as a result of exposure to Defendants' AFFF products.

429.    Plaintiff Peter Wilkins is a resident and citizen of Indian Rocks Beach, Florida. Plaintiff was exposed to PFAS through ingestion of drinking water while living and/ or working at military installations. Plaintiff was diagnosed with thyroid disease as a result of exposure to Defendants' AFFF products.

430.    Plaintiff Craig Willcutt is a resident and citizen of Moreno Valley, California. Plaintiff was exposed to PFAS through ingestion of drinking water while living and/ or working at military installations. Plaintiff was diagnosed with thyroid cancer as a result of exposure to Defendants' AFFF products.

431.    Plaintiff David Williams is a resident and citizen of Zephyrhills, Florida. Plaintiff was exposed to PFAS through ingestion of drinking water while living and/ or working at military installations. Plaintiff was diagnosed with thyroid disease as a result of exposure to Defendants' AFFF products.

432.    Plaintiff Ernest L Williams is a resident and citizen of Fort Worth, Texas. Plaintiff was exposed to PFAS through ingestion of drinking water while living and/ or working at military installations. Plaintiff was diagnosed with kidney cancer as a result of exposure to Defendants' AFFF products.

433.    Plaintiff Charles H Williams is a resident and citizen of St. Petersburg, Florida. Plaintiff was exposed to PFAS through ingestion of drinking water while living and/ or working at military installations. Plaintiff was diagnosed with kidney cancer as a result of exposure to Defendants' AFFF products.

434.    Plaintiff Rachel Williams is a resident and citizen of Dayton, Ohio. Plaintiff was exposed to PFAS through ingestion of drinking water while living and/ or working at military installations. Plaintiff was diagnosed with thyroid cancer as a result of exposure to Defendants' AFFF products.

435.    Plaintiff Celestine Williams is a resident and citizen of Dover, Delaware. Plaintiff was exposed to PFAS through ingestion of drinking water while living and/ or working at military installations. Plaintiff was diagnosed with thyroid disease as a result of exposure to Defendants' AFFF products.

436.    Plaintiff Cynthia Williams is a resident and citizen of Philadelphia, Pennsylvania. Plaintiff was exposed to PFAS through ingestion of drinking water while living and/ or working at military installations. Plaintiff was diagnosed with thyroid disease as a result of exposure to Defendants' AFFF products.

437.    Plaintiff Madison Williams is a resident and citizen of Gainesville, Florida. Plaintiff was

exposed to PFAS through ingestion of drinking water while living and/ or working at military installations. Plaintiff was diagnosed with thyroid disease as a result of exposure to Defendants' AFFF products.

438.    Plaintiff Jeff Williams is a resident and citizen of Portage, Indiana. Plaintiff was exposed to PFAS through ingestion of drinking water while living and/ or working at military installations. Plaintiff was diagnosed with thyroid disease as a result of exposure to Defendants' AFFF products.

439.    Plaintiff Roger Williams is a resident and citizen of Tremonton, Utah. Plaintiff was exposed to PFAS through ingestion of drinking water while living and/ or working at military installations. Plaintiff was diagnosed with thyroid disease as a result of exposure to Defendants' AFFF products.

440.    Plaintiff Latretta Williams is a resident and citizen of Milton, Florida. Plaintiff was exposed to PFAS through ingestion of drinking water while living and/ or working at military installations. Plaintiff was diagnosed with thyroid disease as a result of exposure to Defendants' AFFF products.

441.    Plaintiff Timothy Williams is a resident and citizen of Opelika, Alabama. Plaintiff was exposed to PFAS through ingestion of drinking water while living and/ or working at military installations. Plaintiff was diagnosed with kidney cancer as a result of exposure to Defendants' AFFF products.

442.    Plaintiff Kelvin Williams Sr. is a resident and citizen of Lake Charles, Louisiana. Plaintiff was exposed to PFAS through ingestion of drinking water while living and/ or working at military installations. Plaintiff was diagnosed with thyroid disease as a result of exposure to Defendants' AFFF products.

443.    Plaintiff AnnMarie Wilson is a resident and citizen of Groton, Connecticut. Plaintiff was exposed to PFAS through ingestion of drinking water while living and/ or working at military installations. Plaintiff was diagnosed with thyroid cancer as a result of exposure to Defendants'

AFFF products.

444.    Plaintiff Michael Wilson is a resident and citizen of Honolulu, Hawaii. Plaintiff was exposed to PFAS through ingestion of drinking water while living and/ or working at military installations. Plaintiff was diagnosed with ulcerative colitis as a result of exposure to Defendants' AFFF products.

445.    Plaintiff Dawn Wilson is a resident and citizen of Fruita, Colorado. Plaintiff was exposed to PFAS through ingestion of drinking water while living and/ or working at military installations. Plaintiff was diagnosed with thyroid disease as a result of exposure to Defendants' AFFF products.

446.    Plaintiff Edwin Wilson is a resident and citizen of St. Louis, Missouri. Plaintiff was exposed to PFAS through ingestion of drinking water while living and/ or working at military installations. Plaintiff was diagnosed with kidney cancer as a result of exposure to Defendants' AFFF products.

447.    Plaintiff Harry Wilson is a resident and citizen of Philadelphia, Pennsylvania. Plaintiff was exposed to PFAS through ingestion of drinking water while living and/ or working at military installations. Plaintiff was diagnosed with thyroid disease as a result of exposure to Defendants' AFFF products.

448.    Plaintiff Kendrix Wilson is a resident and citizen of Fort Worth, Texas. Plaintiff was exposed to PFAS through ingestion of drinking water while living and/ or working at military installations. Plaintiff was diagnosed with thyroid disease as a result of exposure to Defendants' AFFF products.

449.    Plaintiff Benny Wilson is a resident and citizen of Crossville, Tennessee. Plaintiff was exposed to PFAS through ingestion of drinking water while living and/ or working at military installations. Plaintiff was diagnosed with thyroid disease as a result of exposure to Defendants' AFFF products.

450.    Plaintiff Joseph Wilson is a resident and citizen of Russellville, Ohio. Plaintiff was exposed to PFAS through ingestion of drinking water while living and/ or working at military installations. Plaintiff was diagnosed with thyroid disease as a result of exposure to Defendants' AFFF products.

451.    Plaintiff Latonia Wilson is a resident and citizen of Fort Wayne, Indiana. Plaintiff was exposed to PFAS through ingestion of drinking water while living and/ or working at military installations. Plaintiff was diagnosed with thyroid disease as a result of exposure to Defendants' AFFF products.

452.    Plaintiff Nicholas Wilson is a resident and citizen of Yukon, Oklahoma. Plaintiff was exposed to PFAS through ingestion of drinking water while living and/ or working at military installations. Plaintiff was diagnosed with thyroid disease as a result of exposure to Defendants' AFFF products.

453.    Plaintiff Antoinette Wilson Batts is a resident and citizen of Affton, Missouri. Plaintiff was exposed to PFAS through ingestion of drinking water while living and/ or working at military installations. Plaintiff was diagnosed with thyroid cancer as a result of exposure to Defendants' AFFF products.

454.    Plaintiff Laura Wiltz is a resident and citizen of Lancaster, Texas. Plaintiff was exposed to PFAS through ingestion of drinking water while living and/ or working at military installations. Plaintiff was diagnosed with thyroid disease as a result of exposure to Defendants' AFFF products.

455.    Plaintiff Brian Wingrove is a resident and citizen of Hunker, Pennsylvania. Plaintiff was exposed to PFAS through ingestion of drinking water while living and/ or working at military installations. Plaintiff was diagnosed with thyroid disease as a result of exposure to Defendants' AFFF products.

456.    Plaintiff Tarastar Winkler is a resident and citizen of Longmont, Colorado. Plaintiff was exposed to PFAS through ingestion of drinking water while living and/ or working at military

installations. Plaintiff was diagnosed with thyroid disease as a result of exposure to Defendants' AFFF products.

457.    Plaintiff Chaz Wittman is a resident and citizen of Vero Beach, Florida. Plaintiff was exposed to PFAS through ingestion of drinking water while living and/ or working at military installations. Plaintiff was diagnosed with thyroid disease as a result of exposure to Defendants' AFFF products.

458.    Plaintiff Kalvin Wlazlinski is a resident and citizen of Virginia Beach, Virginia. Plaintiff was exposed to PFAS through ingestion of drinking water while living and/ or working at military installations. Plaintiff was diagnosed with thyroid disease as a result of exposure to Defendants' AFFF products.

459.    Plaintiff Michele Wockenfuss is a resident and citizen of Ellicott City, Maryland. Plaintiff was exposed to PFAS through ingestion of drinking water while living and/ or working at military installations. Plaintiff was diagnosed with ulcerative colitis as a result of exposure to Defendants' AFFF products.

460.    Plaintiff Kyle Wood Sr. is a resident and citizen of Battle Creek, Michigan. Plaintiff was exposed to PFAS through ingestion of drinking water while living and/ or working at military installations. Plaintiff was diagnosed with ulcerative colitis as a result of exposure to Defendants' AFFF products.

461.    Plaintiff Benny Woodward Sr. is a resident and citizen of Erie, Pennsylvania. Plaintiff was exposed to PFAS through ingestion of drinking water while living and/ or working at military installations. Plaintiff was diagnosed with ulcerative colitis as a result of exposure to Defendants' AFFF products.

462.    Plaintiff Charllai Wooten is a resident and citizen of Memphis, Tennessee. Plaintiff was exposed to PFAS through ingestion of drinking water while living and/ or working at military

installations. Plaintiff was diagnosed with thyroid disease as a result of exposure to Defendants' AFFF products.

463.    Plaintiff Brian Wortley is a resident and citizen of Sun Lakes, Arizona. Plaintiff was exposed to PFAS through ingestion of drinking water while living and/ or working at military installations. Plaintiff was diagnosed with thyroid disease as a result of exposure to Defendants' AFFF products.

464.    Plaintiff Kami Wright is a resident and citizen of Sumter, South Carolina. Plaintiff was exposed to PFAS through ingestion of drinking water while living and/ or working at military installations. Plaintiff was diagnosed with thyroid disease as a result of exposure to Defendants' AFFF products.

465.    Plaintiff Gregory Wright is a resident and citizen of Barboursville, West Virginia. Plaintiff was exposed to PFAS through ingestion of drinking water while living and/ or working at military installations. Plaintiff was diagnosed with testicular cancer and thyroid disease as a result of exposure to Defendants' AFFF products.

466.    Plaintiff Karen Xavier is a resident and citizen of Mullins, South Carolina. Plaintiff was exposed to PFAS through ingestion of drinking water while living and/ or working at military installations. Plaintiff was diagnosed with thyroid disease as a result of exposure to Defendants' AFFF products.

467.    Plaintiff Alan Yankee is a resident and citizen of Redlands, California. Plaintiff was exposed to PFAS through ingestion of drinking water while living and/ or working at military installations. Plaintiff was diagnosed with thyroid disease as a result of exposure to Defendants' AFFF products.

468.    Plaintiff Kevin Yenowine is a resident and citizen of Woodstock, Georgia. Plaintiff was exposed to PFAS through ingestion of drinking water while living and/ or working at military

installations. Plaintiff was diagnosed with testicular cancer as a result of exposure to Defendants' AFFF products.

469.    Plaintiff Kathleen Yopp is a resident and citizen of Virginia Beach, Virginia. Plaintiff was exposed to PFAS through ingestion of drinking water while living and/ or working at military installations. Plaintiff was diagnosed with thyroid disease as a result of exposure to Defendants' AFFF products.

470.    Plaintiff Maureen Young is a resident and citizen of Spokane, Washington. Plaintiff was exposed to PFAS through ingestion of drinking water while living and/ or working at military installations. Plaintiff was diagnosed with thyroid disease as a result of exposure to Defendants' AFFF products.

471.    Plaintiff Se Young Oh is a resident and citizen of Fullerton, California. Plaintiff was exposed to PFAS through ingestion of drinking water while living and/ or working at military installations. Plaintiff was diagnosed with thyroid cancer as a result of exposure to Defendants' AFFF products.

472.    Plaintiff Herschel Younger is a resident and citizen of Chula Vista, California. Plaintiff was exposed to PFAS through ingestion of drinking water while living and/ or working at military installations. Plaintiff was diagnosed with thyroid disease as a result of exposure to Defendants' AFFF products.

473.    Plaintiff Michael Yuschik is a resident and citizen of Eastlake, Ohio. Plaintiff was exposed to PFAS through ingestion of drinking water while living and/ or working at military installations. Plaintiff was diagnosed with testicular cancer and thyroid disease as a result of exposure to Defendants' AFFF products.

474.    Plaintiff Julie Zebley is a resident and citizen of Orange Park, Florida. Plaintiff was exposed to PFAS through ingestion of drinking water while living and/ or working at military

installations. Plaintiff was diagnosed with thyroid disease as a result of exposure to Defendants' AFFF products.

475.    Plaintiff Jeanne M. Zielinski is a resident and citizen of Commerce Charter Township, Michigan. Plaintiff was exposed to PFAS through ingestion of drinking water while living and/ or working at military installations. Plaintiff was diagnosed with thyroid disease as a result of exposure to Defendants' AFFF products.

476.    Plaintiff Sierra Zogg is a resident and citizen of Anchorage, Alaska. Plaintiff was exposed to PFAS through ingestion of drinking water while living and/ or working at military installations. Plaintiff was diagnosed with thyroid disease as a result of exposure to Defendants' AFFF products.

477.    Defendants are designers, marketers, developers, manufacturers, distributors, releasers, instructors, promotors and sellers of PFAS-containing AFFF products or underlying PFAS containing chemicals used in AFFF production. The following Defendants, at all times relevant to this lawsuit, manufactured, designed, marketed, distributed, released, instructed, promoted and/or otherwise sold (directly or indirectly) PFAS-containing AFFF to various locations for use in fighting Class B fires such that each Defendant knew or should have known said products would be delivered to areas for active use by Plaintiffs during the course of training and firefighting activities.

478.    Defendant, 3M Company, f/k/a Minnesota Mining and Manufacturing Company, ("3M"), is a Delaware corporation and does business throughout the United States. 3M has its principal place of business at 3M Center, St. Paul, Minnesota 55133.

479.    3M designed, marketed, developed, manufactured, distributed, released, trained users, produced instructional materials, promoted, sold and/or otherwise handled and/or used AFFF containing PFAS that are used in firefighting training and response exercises which are the subject of this Complaint. Further, defendant designed, marketed, developed, manufactured, distributed, released, trained users, produced instructional materials, promoted, sold and/or otherwise handled

and/or used underlying chemicals and/or products added to AFFF which contained PFAS for use in firefighting.

480.    Defendant AGC Chemicals Americas, Inc. ("AGC") is a Delaware corporation and does business throughout the United States. AGC has its principal place of business at 55 E. Uwchlan Ave., Suite 201, Exton, Pennsylvania 19341.

481.    AGC designed, marketed, developed, manufactured, distributed, released, trained users, produced instructional materials, promoted, sold and/or otherwise handled and/or used AFFF containing PFAS that are used in firefighting training and response exercises which are the subject of this Complaint. Further, defendant designed, marketed, developed, manufactured, distributed, released, trained users, produced instructional materials, promoted, sold and/or otherwise handled and/or used underlying chemicals and/or products added to AFFF which contained PFAS for use in firefighting.

482.    Defendant Amerex Corporation ("Amerex") is an Alabama corporation and does business throughout the United States. Amerex has its principal place of business at 7595 Gadsden Highway, Trussville, Alabama 35173.

483.    Amerex designed, marketed, developed, manufactured, distributed, released, trained users, produced instructional materials, promoted, sold and/or otherwise handled and/or used AFFF containing PFAS that are used in firefighting training and response exercises which are the subject of this Complaint. Further, defendant designed, marketed, developed, manufactured, distributed, released, trained users, produced instructional materials, promoted, sold and/or otherwise handled and/or used underlying chemicals and/or products added to AFFF which contained PFAS for use in firefighting.

484.    Defendant Archroma U.S. Inc. ("Archroma") is a North Carolina company and does business throughout the United States. Archroma has its principal place of business at 5435 77

Center Drive, #10 Charlotte, North Carolina 28217. Upon information and belief, Archroma was formed in 2013 as part of the acquisition of Clariant Corporation's Textile Chemicals, Paper Specialties and Emulsions business by SK Capital Partners.

485.    Archroma designed, marketed, developed, manufactured, distributed, released, trained users, produced instructional materials, promoted, sold and/or otherwise handled and/or used AFFF containing PFAS that are used in firefighting training and response exercises which are the subject of this Complaint. Further, defendant designed, marketed, developed, manufactured, distributed, released, trained users, produced instructional materials, promoted, sold and/or otherwise handled and/or used underlying chemicals and/or products added to AFFF which contained PFAS for use in firefighting.

486.    Defendant Arkema, Inc. ("Arkema") is a Pennsylvania corporation and does business throughout the United States. Arkema has its principal place of business at 900 1st Avenue, King of Prussia, Pennsylvania 19406. Upon information and belief, assets of Arkema's fluorochemical business were purchased by Defendant Dupont in 2002.

487.    Arkema designed, marketed, developed, manufactured, distributed, released, trained users, produced instructional materials, promoted, sold and/or otherwise handled and/or used AFFF containing PFAS that are used in firefighting training and response exercises which are the subject of this Complaint. Further, defendant designed, marketed, developed, manufactured, distributed, released, trained users, produced instructional materials, promoted, sold and/or otherwise handled and/or used underlying chemicals and/or products added to AFFF which contained PFAS for use in firefighting.

488.    Defendant BASF Corporation ("BASF"), is a Delaware corporation doing business throughout the United States. BASF Corporation has its principal place of business at 100 Park Ave., Florham Park, New Jersey 07932.

489.    BASF is successor-in-interest to Ciba-Geigy Corp. and Ciba Inc., which manufactured fluorosurfactants for AFFF manufacturers who designed, marketed, developed, manufactured, distributed, released, trained users, produced instructional materials, sold and/or otherwise handled and/or used AFFF containing PFAS that are used in firefighting training and response exercises which are the subject of this Complaint. Further, defendant designed, marketed, developed, manufactured, distributed, released, trained users, produced instructional materials, promoted, sold and/or otherwise handled and/or used underlying chemicals and/or products added to AFFF which contained PFAS for use in firefighting.

490.    Defendant Buckeye Fire Equipment Company ("Buckeye") is an Ohio corporation and does business throughout the United States. Buckeye has its principal place of business at 110 Kings Road, Mountain, North Carolina 28086.

491.    Buckeye designed, marketed, developed, manufactured, distributed, released, trained users, produced instructional materials, sold and/or otherwise handled and/or used AFFF containing PFAS that are used in firefighting training and response exercises which are the subject of this Complaint. Further, defendant designed, marketed, developed, manufactured, distributed, released, trained users, produced instructional materials, promoted, sold and/or otherwise handled and/or used underlying chemicals and/or products added to AFFF which contained PFAS for use in firefighting.

492.    Defendant Carrier Global Corporation ("Carrier") is a Delaware corporation and does business throughout the United States. Carrier has its principal place of business at 13995 Pasteur Boulevard, Palm Beach Gardens, Florida 33418. Upon information and belief, Carrier was formed in 2020 and is the parent company of Kidde-Fenwal, Inc., a manufacturer of AFFF.

493.    Carrier designed, marketed, developed, manufactured, distributed, released, trained users, produced instructional materials, promoted, sold and/or otherwise handled and/or used AFFF

containing PFAS that are used in firefighting training and response exercises which are the subject of this Complaint. Further, defendant designed, marketed, developed, manufactured, distributed, released, trained users, produced instructional materials, promoted, sold and/or otherwise handled and/or used underlying chemicals and/or products added to AFFF which contained PFAS for use in firefighting.

494.    Defendant ChemDesign Products, Inc. ("ChemDesign") is a Texas corporation and does business throughout the United States. ChemDesign has its principal place of business at 2 Stanton Street, Marinette, Wisconsin 54143.

495.    ChemDesign designed, marketed, developed, manufactured, distributed, released, trained users, produced instructional materials, promoted, sold and/or otherwise handled and/or used AFFF containing PFAS that are used in firefighting training and response exercises which are the subject of this Complaint. Further, defendant designed, marketed, developed, manufactured, distributed, released, trained users, produced instructional materials, promoted, sold and/or otherwise handled and/or used underlying chemicals and/or products added to AFFF which contained PFAS for use in firefighting.

496.    Defendant Chemguard, Inc. ("Chemguard") is a Wisconsin corporation and does business throughout the United States. Chemguard has its principal place of business at One Stanton Street, Marinette, Wisconsin 54143.

497.    Chemguard designed, marketed, developed, manufactured, distributed, released, trained users, produced instructional materials, sold and/or otherwise handled and/or used AFFF containing PFAS that are used in firefighting training and response exercises which are the subject of this Complaint. Further, defendant designed, marketed, developed, manufactured, distributed, released, trained users, produced instructional materials, promoted, sold and/or otherwise handled and/or used underlying chemicals and/or products added to AFFF which contained PFAS for use

in firefighting.

498. Defendant Chemicals, Inc. ("Chemicals") is a Texas corporation and does business throughout the United States. Chemicals has its principal place of business at 12321 Hatcherville Road, Baytown, Texas 77521.

499. Chemicals designed, marketed, developed, manufactured, distributed, released, trained users, produced instructional materials, promoted, sold and/or otherwise handled and/or used AFFF containing PFAS that are used in firefighting training and response exercises which are the subject of this Complaint. Further, defendant designed, marketed, developed, manufactured, distributed, released, trained users, produced instructional materials, promoted, sold and/or otherwise handled and/or used underlying chemicals and/or products added to AFFF which contained PFAS for use in firefighting.

500. Defendant The Chemours Company ("Chemours"), is a Delaware corporation and does business throughout the United States. Chemours has its principal place of business 1007 Market Street, Wilmington, Delaware 19898. Upon information and belief, Chemours was spun off from DuPont in 2015 to assume PFAS related liabilities.

501. Chemours designed, marketed, developed, manufactured, distributed, released, trained users, produced instructional materials, sold, and/or otherwise handled and/or used AFFF containing PFAS that are the subject of this Complaint. Further, defendant designed, marketed, developed, manufactured, distributed, released, trained users, produced instructional materials, promoted, sold and/or otherwise handled and/or used underlying chemicals and/or products added to AFFF which contained PFAS for use in firefighting.

502. Defendant Chemours Company FC, LLC ("Chemours FC"), is a Delaware corporation and does business throughout the United States. Chemours has its principal place of business at 1007 Market Street, Wilmington, Delaware 19899. Chemours FC is a subsidiary of The Chemours

Company.

503.    Chemours FC designed, marketed, developed, manufactured, distributed, released, trained users, produced instructional materials, sold, and/or otherwise handled and/or used AFFF containing PFAS that are the subject of this Complaint. Further, defendant designed, marketed, developed, manufactured, distributed, released, trained users, produced instructional materials, promoted, sold and/or otherwise handled and/or used underlying chemicals and/or products added to AFFF which contained PFAS for use in firefighting.

504.    Defendant Chubb Fire, Ltd. ("Chubb") is a foreign private limited company, with offices at Littleton Road, Ashford, Middlesex, United Kingdom TW15 1TZ. Upon information and belief, Chubb is registered in the United Kingdom with a registered number of 134210. Upon information and belief, Chubb is or has been composed of different subsidiaries and/or divisions, including but not limited to, Chubb Fire & Security Ltd., Chubb Security, PLC, Red Hawk Fire & Security, LLC, and/or Chubb National Foam, Inc.

505.    Chubb designed, marketed, developed, manufactured, distributed, released, trained users, produced instructional materials, sold, and/or otherwise handled and/or used AFFF containing PFAS that are the subject of this Complaint. Further, defendant designed, marketed, developed, manufactured, distributed, released, trained users, produced instructional materials, promoted, sold and/or otherwise handled and/or used underlying chemicals and/or products added to AFFF which contained PFAS for use in firefighting.

506.    Defendant Clariant Corporation ("Clariant") is a New York corporation and does business throughout the United States. Clariant has its principal place of business at 4000 Monroe Road, Charlotte, North Carolina 28205.

507.    Clariant designed, marketed, developed, manufactured, distributed, released, trained users, produced instructional materials, promoted, sold and/or otherwise handled and/or used AFFF

containing PFAS that are used in firefighting training and response exercises which are the subject of this Complaint. Further, defendant designed, marketed, developed, manufactured, distributed, released, trained users, produced instructional materials, promoted, sold and/or otherwise handled and/or used underlying chemicals and/or products added to AFFF which contained PFAS for use in firefighting.

508.    Defendant Corteva, Inc. ("Corteva") is a Delaware Corporation that conducts business throughout the United States. Its principal place of business is Chestnut Run Plaza 735, Wilmington, Delaware 19805. Corteva is the successor-in-interest to Dupont Chemical Solutions Enterprise.

509.    Corteva designed, marketed, developed, manufactured, distributed, released, trained users, produced instructional materials, sold, and/or otherwise handled and/or used AFFF containing PFAS that are the subject of this Complaint. Further, defendant designed, marketed, developed, manufactured, distributed, released, trained users, produced instructional materials, promoted, sold and/or otherwise handled and/or used underlying chemicals and/or products added to AFFF which contained PFAS for use in firefighting.

510.    Defendant Deepwater Chemicals, Inc. ("Deepwater") is a Delaware corporation and does business throughout the United States. Deepwater's principal place of business is at 196122 E County Road 735, Woodward, Oklahoma 73801.

511.    Deepwater designed, marketed, developed, manufactured, distributed, released, trained users, produced instructional materials, promoted, sold and/or otherwise handled and/or used AFFF containing PFAS that are used in firefighting training and response exercises which are the subject of this Complaint. Further, defendant designed, marketed, developed, manufactured, distributed, released, trained users, produced instructional materials, promoted, sold and/or otherwise handled and/or used underlying chemicals and/or products added to AFFF which

contained PFAS for use in firefighting.

512.    Defendant Du Pont de Nemours Inc. (f/k/a DowDuPont, Inc.) ("DowDuPont"), is a Delaware corporation and does business throughout the United States. DowDuPont, has its principal place of business at 1007 Market Street, Wilmington, Delaware 19899 and 2211 H.H. Dow Way, Midland, Michigan 48674. DowDupont was created in 2015 to transfer Chemours and DuPont liabilities for manufacturing and distributing flurosurfactants to AFFF manufacturers.

513.    DowDuPont designed, marketed, developed, manufactured, distributed, released, trained users, produced instructional materials, sold, and/or otherwise handled and/or used AFFF containing PFAS that are the subject of this Complaint. Further, defendant designed, marketed, developed, manufactured, distributed, released, trained users, produced instructional materials, promoted, sold and/or otherwise handled and/or used underlying chemicals and/or products added to AFFF which contained PFAS for use in firefighting.

514.    Defendant Dynax Corporation ("Dynax") is a New York corporation that conducts business throughout the United States. Its principal place of business is 103 Fairview Park Drive, Elmsford, New York, 10523-1544.

515.    Dynax designed, marketed, developed, manufactured, distributed, released, trained users, produced instructional materials, sold, and/or otherwise handled and/or used AFFF containing PFAS that are the subject of this Complaint. Further, defendant designed, marketed, developed, manufactured, distributed, released, trained users, produced instructional materials, promoted, sold and/or otherwise handled and/or used underlying chemicals and/or products added to AFFF which contained PFAS for use in firefighting.

516.    Defendant E. I. du Pont de Nemours and Company ("DuPont"), is a Delaware corporation and does business throughout the United States. DuPont has its principal place of business at 1007 Market Street, Wilmington, Delaware 19898.

517.    DuPont designed, marketed, developed, manufactured, distributed, released, trained users, produced instructional materials, sold, and/or otherwise handled and/or used AFFF containing PFAS that are the subject of this Complaint. Further, defendant designed, marketed, developed, manufactured, distributed, released, trained users, produced instructional materials, promoted, sold and/or otherwise handled and/or used underlying chemicals and/or products added to AFFF which contained PFAS for use in firefighting.

518.    Defendant Kidde P.L.C., Inc. ("Kidde P.L.C.") is a foreign corporation organized and existing under the laws of the State of Delaware and does business throughout the United States. Kidde P.L.C. has its principal place of business at One Carrier Place, Farmington, Connecticut 06034. Upon information and belief, Kidde PLC was formerly known as Williams Holdings, Inc. and/or Williams US, Inc.

519.    Kidde P.L.C. designed, marketed, developed, manufactured, distributed, released, trained users, produced instructional materials, sold, and/or otherwise handled and/or used AFFF containing PFAS that are the subject of this Complaint. Further, defendant designed, marketed, developed, manufactured, distributed, released, trained users, produced instructional materials, promoted, sold and/or otherwise handled and/or used underlying chemicals and/or products added to AFFF which contained PFAS for use in firefighting.

520.    Defendant Nation Ford Chemical Company ("Nation Ford") is a South Carolina company and does business throughout the United States. Nation Ford has its principal place of business at 2300 Banks Street, Fort Mill, South Carolina 29715.

521.    Nation Ford designed, marketed, developed, manufactured, distributed, released, trained users, produced instructional materials, sold, and/or otherwise handled and/or used AFFF containing PFAS that are the subject of this Complaint. Further, defendant designed, marketed, developed, manufactured, distributed, released, trained users, produced instructional materials,

promoted, sold and/or otherwise handled and/or used underlying chemicals and/or products added to AFFF which contained PFAS for use in firefighting.

522.     Defendant National Foam, Inc. ("National Foam") is a Delaware corporation and does business throughout the United States. National Foam has its principal place of business at 141 Junny Road, Angier, North Carolina, 27501.

523.     National Foam designed, marketed, developed, manufactured, distributed, released, trained users, produced instructional materials, sold and/or otherwise handled and/or used AFFF containing PFAS that are used in firefighting training and response exercises which are the subject of this Complaint. Further, defendant designed, marketed, developed, manufactured, distributed, released, trained users, produced instructional materials, promoted, sold and/or otherwise handled and/or used underlying chemicals and/or products added to AFFF which contained PFAS for use in firefighting.

524.     Defendant Tyco Fire Products, LP, as successor-in-interest to The Ansul Company ("Tyco"), is a Delaware limited partnership and does business throughout the United States. Tyco has its principal place of business at 1400 Pennbrook Parkway, Lansdale, Pennsylvania 19466. Tyco manufactured and currently manufactures the Ansul brand of products, including Ansul brand AFFF containing PFAS.

525.     Tyco is the successor in interest to the corporation formerly known as The Ansul Company ("Ansul"). At all times relevant, Tyco/Ansul designed, marketed, developed, manufactured, distributed released, trained users, produced instructional materials, sold and/or otherwise handled and/or used AFFF containing PFAS that are used in firefighting training and response exercises which are the subject of this Complaint. Further, defendant designed, marketed, developed, manufactured, distributed, released, trained users, produced instructional materials, promoted, sold and/or otherwise handled and/or used underlying chemicals and/or products added to AFFF which

contained PFAS for use in firefighting.

526. Defendant United Technologies Corporation ("United Technologies") is a foreign corporation organized and existing under the laws of the State of Delaware and does business throughout the United States. United Technologies has its principal place of business at 8 Farm Springs Road, Farmington, Connecticut 06032.

527. United Technologies designed, marketed, developed, manufactured, distributed, released, trained users, produced instructional materials, sold, and/or otherwise handled and/or used AFFF containing PFAS that are the subject of this Complaint. Further, defendant designed, marketed, developed, manufactured, distributed, released, trained users, produced instructional materials, promoted, sold and/or otherwise handled and/or used underlying chemicals and/or products added to AFFF which contained PFAS for use in firefighting.

528. Defendant UTC Fire & Security Americas Corporation, Inc. (f/k/a GE Interlogix, Inc.) ("UTC") is a North Carolina corporation and does business throughout the United States. UTC has principal place of business at 3211 Progress Drive, Lincolnton, North Carolina 28092. Upon information and belief, Kidde-Fenwal, Inc. is part of the UTC Climate Control & Security unit of United Technologies Corporation.

529. UTC designed, marketed, developed, manufactured, distributed, released, trained users, produced instructional materials, sold, and/or otherwise handled and/or used AFFF containing PFAS that are the subject of this Complaint. Further, defendant designed, marketed, developed, manufactured, distributed, released, trained users, produced instructional materials, promoted, sold and/or otherwise handled and/or used underlying chemicals and/or products added to AFFF which contained PFAS for use in firefighting.

530. When reference is made in this Complaint to any act or omission of any of Defendants, it shall be deemed that the officers, directors, agents, employees, or representatives of Defendants

committed or authorized such act or omission, or failed to adequately supervise or properly control or direct their employees while engaged in the management, direction, operation, or control of the affairs of Defendants, and did so while acting within the scope of their duties, employment or agency.

531.   The term "AFFF Defendant" or "AFFF Defendants" refers to all Defendants named herein who designed, marketed, developed, manufactured, distributed, released, trained users, produced instructional materials, promoted, sold and/or otherwise handled and/or used AFFF containing PFAS that are used in firefighting training and response exercises which are the subject of this Complaint. jointly and severally, unless otherwise stated.


## **FACTUAL ALLEGATIONS**

532.   Aqueous Film-Forming Foam ("AFFF") is a combination of chemicals used to extinguish hydrocarbon fuel-based fires.

533.   AFFF-containing fluorinated surfactants have better firefighting capabilities than water due to their surfactant-tension lowering properties which allow the compound(s) to extinguish fire by smothering, ultimately starving it of oxygen.

534.   AFFF is a Class-B firefighting foam. It is mixed with water and used to extinguish fires that are difficult to fight, particularly those that involve petroleum or other flammable liquids.

535.   AFFF Defendants designed, marketed, developed, manufactured, distributed, released, trained users, produced instructional materials, promoted, sold, and/or otherwise handled AFFF containing toxic PFAS or underlying PFAS containing chemicals used in AFFF production that were used by entities around the country, including military, county, and municipal firefighting departments.

536.   AFFF Defendants have each designed, marketed, developed, manufactured, distributed,

released, trained users on, produced instructional materials for, sold, and/or otherwise handled and/or used AFFF containing PFAS, in such a way as to cause the contamination of Plaintiffs' blood and/or body with PFAS, and the resultant biopersistence and bioaccumulation of such PFAS in the blood and/or body of Plaintiffs.

537.   AFFF was introduced commercially in the mid-1960s and rapidly became the primary firefighting foam in the United States and in other parts of the world. It contains PFAS, which are highly fluorinated synthetic chemical compounds whose family include PFOS and PFOA.

538.   PFAS are a family of chemical compounds containing fluorine and carbon atoms.

539.   PFAS have been used for decades in the manufacture of AFFF. The PFAS family of chemicals are entirely human-made and do not naturally occur or otherwise exist.

540.   Prior to commercial development and large-scale manufacture and use of AFFF containing PFAS, no such PFAS had been found or detected in human blood.

### A.      AFFF / PFAS Hazardous Effects on Humans

541.   AFFF and its components are associated with a wide variety of adverse health effects in humans.

542.   Exposure to AFFF Defendants' products has been linked to serious medical conditions including, but not limited to, kidney cancer, testicular cancer, liver cancer, testicular tumors, pancreatic cancer, prostate cancer, leukemia, lymphoma, bladder cancer, thyroid disease and infertility.

543.   By at least the end of the 1960s, animal toxicity testing performed by some Defendants manufacturing and/or using PFAS indicated that exposure to such materials, including at least PFOA, resulted in various adverse health effects among multiple species of laboratory animals, including toxic effects to the liver, testes, adrenals, and other organs and bodily systems.

544.   By at least the end of the 1960s, additional research and testing performed by some

Defendants manufacturing and/or using PFAS indicated that such materials, including at least PFOA, because of their unique chemical structure, were resistant to environmental degradation and would persist in the environment essentially unaltered if allowed to enter the environment.

545.   By at least the end of the 1970s, additional research and testing performed by some Defendants manufacturing and/or using PFAS indicated that one or more such materials, including at least PFOA and PFOS, because of their unique chemical structure, would bind to proteins in the blood of animals and humans exposed to such materials where such materials would remain and persist over long periods of time and would accumulate in the blood/body of the exposed individuals with each additional exposure.

546.   By at least the end of the 1980s, additional research and testing performed by some Defendants manufacturing and/or using PFAS indicated that at least one such PFAS, PFOA, had caused Leydig cell (testicular) tumors in a chronic cancer study in rats, resulting in at least one such Defendant, DuPont, classifying such PFAS internally as a confirmed animal carcinogen and possible human carcinogen.

547.   It was understood by AFFF Defendants by at least the end of the 1980s that a chemical that caused cancer in animal studies must be presumed to present a cancer risk to humans, unless the precise mechanism of action by which the tumors were caused was known and would not occur in humans.

548.   By at least the end of the 1980s, scientists had not determined the precise mechanism of action by which any PFAS caused tumors. Therefore, scientific principles of carcinogenesis classification mandated AFFF Defendants presume any such PFAS material that caused tumors in animal studies could present a potential cancer risk to exposed humans.

549.   By at least the end of the 1980s, additional research and testing performed by some Defendants manufacturing and/or using PFAS, including at least DuPont, indicated that elevated

incidence of certain cancers and other adverse health effects, including elevated liver enzymes and birth defects, had been observed among workers exposed to such materials, including at least PFOA, but such data was not published, provided to governmental entities as required by law, or otherwise publicly disclosed at the time.

550.    By at least the end of the 1980s, some Defendants, including at least 3M and DuPont, understood that, not only did PFAS, including at least PFOA and PFOS, get into and persist and accumulate in the human blood and in the human body, but that once in the human body and blood, particularly the longer-chain PFAS, such as PFOS and PFOA, had a long half-life. Meaning that it would take a very long time before even half of the material would start to be eliminated, which allowed increasing levels of the chemicals to build up and accumulate in the blood and/or body of exposed individuals over time, particularly if any level of exposure continued.

551.    By at least the end of the 1990s, additional research and testing performed by some Defendants manufacturing and/or using PFAS, including at least 3M and DuPont, indicated that at least one such PFAS, PFOA, had caused a triad of tumors (Leydig cell (testicular), liver, and pancreatic) in a second chronic cancer study in rats.

552.    By at least the end of the 1990s, the precise mechanism(s) of action by which any PFAS caused each of the tumors found in animal studies had still not been identified, mandating that AFFF Defendants continue to presume that any such PFAS that caused such tumors in animal studies could present a potential cancer risk to exposed humans.

553.    By at least 2010, additional research and testing performed by some Defendants manufacturing and/or using PFAS, including at least 3M and DuPont, revealed multiple potential adverse health impacts among workers exposed to such PFAS, including at least PFOA, such as increased cancer incidence, hormone changes, lipid changes, and thyroid and liver impacts.

554.    When the United States Environmental Protection Agency ("USEPA") and other state and

local public health agencies and officials first began learning of PFAS exposure in the United States and potential associated adverse health effects, AFFF Defendants repeatedly assured and represented to such entities and the public that such exposure presented no risk of harm and were of no significance.

555.    After the USEPA and other entities began asking Defendants to stop manufacturing and/or using certain PFAS, AFFF Defendants began manufacturing and/or using and/or began making and/or using more of certain other and/or "new" PFAS, including PFAS materials with six or fewer carbons, such as GenX (collectively "Short-Chain PFAS").

556.    AFFF Defendants manufacturing and/or using Short-Chain PFAS, including at least DuPont and 3M, are aware that one or more such Short-Chain PFAS materials also have been found in human blood.

557.    By at least the mid-2010s, AFFF Defendants, including at least DuPont and Chemours, were aware that at least one Short-Chain PFAS had been found to cause the same triad of tumors (Leydig (testicular), liver, and pancreatic) in a chronic rat cancer study as had been found in a chronic rat cancer study with a non-Short-Chain PFAS.

558.    Research and testing performed by and/or on behalf of AFFF Defendants making and/or using Short-Chain PFAS indicates that such Short-Chain PFAS materials present the same, similar, and/or additional risks to human health as had been found in research on other PFAS materials, including cancer risk.

559.    Nevertheless, AFFF Defendants repeatedly assured and represented to governmental entities and the public (and continue to do so) that the presence of PFAS, including Short-Chain PFAS, in human blood at the levels found within the United States present no risk of harm and is of no legal, toxicological, or medical significance of any kind.

560.    At all relevant times, AFFF Defendants, individually and/or collectively, possessed the

resources and ability but have intentionally, purposefully, recklessly, and/or negligently chosen

not to fund or sponsor any study, investigation, testing, and/or other research of any kind of the

nature that AFFF Defendants claim is necessary to confirm and/or prove that the presence of any

one and/or combination of PFAS in human blood causes any disease and/or adverse health impact

of any kind in humans, presents any risk of harm to humans, and/or is of any legal, toxicological,

or medical significance to humans, according to standards AFFF Defendants deem acceptable.

561.    Even after an independent science panel, known as the "C8 Science Panel," publicly

announced in the 2010s that human exposure to 0.05 parts per billion or more of one PFAS, PFOA,

had "probable links" with certain human diseases, including kidney cancer, testicular cancer,

ulcerative colitis, thyroid disease, preeclampsia, and medically-diagnosed high cholesterol, AFFF

Defendants repeatedly assured and represented to governmental entities, their customers, and the

public (and continue to do so) that the presence of PFAS in human blood at the levels found within

the United States presents no risk of harm and is of no legal, toxicological, or medical significance

of any kind, and have represented to and assured such governmental entities, their customers, and

the public (and continue to do so) that the work of the independent C8 Science Panel was

inadequate.

562.    At all relevant times, AFFF Defendants shared and/or should have shared among

themselves all relevant information relating to the presence, biopersistence, and bioaccumulation

of PFAS in human blood and associated toxicological, epidemiological, and/or other adverse

effects and/or risks.

563.    As of the present date, blood serum testing and analysis by AFFF Defendants, independent

scientific researchers, and/or government entities has confirmed that PFAS materials are clinically

demonstrably present in approximately 99% of the current population of the United States.

564.    There is no naturally-occurring "background," normal, and/or acceptable level or rate of

any PFAS in human blood, as all PFAS detected and/or present in human blood is present and/or detectable in such blood as a direct and proximate result of the acts and/or omissions of Defendants.

565.    At all relevant times, Defendants, through their acts and/or omissions, controlled, minimized, trivialized, manipulated, and/or otherwise influenced the information that was published in peer-review journals, released by any governmental entity, and/or otherwise made available to the public relating to PFAS in human blood and any alleged adverse impacts and/or risks associated therewith, effectively preventing Plaintiffs from discovering the existence and extent of any injuries/harm as alleged herein.

566.    At all relevant times, Defendants, through their acts and/or omissions, took steps to attack, challenge, discredit, and/or otherwise undermine any scientific studies, findings, statements, and/or other information that proposed, alleged, suggested, or even implied any potential adverse health effects or risks and/or any other fact of any legal, toxicological, or medical significance associated with the presence of PFAS in human blood.

567.    At all relevant times, Defendants, through their acts and/or omissions, concealed and/or withheld information from their customers, governmental entities, and the public that would have properly and fully alerted Plaintiffs to the legal, toxicological, medical, or other significance and/or risk from having any PFAS material in Plaintiffs' blood.

568.    At all relevant times, Defendants encouraged the continued and even further increased use of PFAS by their customers and others, including but not limited to the manufacture, use, and release, of AFFF containing PFAS, and tried to encourage and foster the increased and further use of PFAS in connection with as many products/uses/and applications as possible, despite knowledge of the toxicity, persistence, and bioaccumulation concerns associated with such activities.

569.    To this day, Defendants deny that the presence of any PFAS in human blood, at any level,

is an injury or presents any harm or risk of harm of any kind, or is otherwise of any legal, toxicological, or medical significance.

570.    To this day, Defendants deny that any scientific study, research, testing, or other work of any kind has been performed that is sufficient to suggest to the public that the presence of any PFAS material in human blood, at any level, is of any legal, toxicological, medical, or other significance.

571.    Defendants, to this day, affirmatively assert and represent to governmental entities, their customers, and the public that there is no evidence that any of the PFAS found in human blood across the United States causes any health impacts or is sufficient to generate an increased risk of future disease sufficient to warrant diagnostic medical testing, often referring to existing studies or data as including too few participants or too few cases or incidents of disease to draw any scientifically credible or statistically significant conclusions.

572.    Defendants were and/or should have been aware, knew and/or should have known, and/or foresaw or should have foreseen that their design, marketing, development, manufacture, distribution, release, training and response of users, production of instructional materials, sale and/or other handling and/or use of AFFF containing PFAS would result in the contamination of the blood and/or body of Plaintiffs with PFAS, and the biopersistence and bioaccumulation of such PFAS in their blood and/or body.

573.    Defendants were and /or should have been aware, or knew and/or should have known, and/or foresaw or should have foreseen that allowing PFAS to contaminate the blood and/or body of Plaintiffs would cause injury, irreparable harm, and/or unacceptable risk of such injury and/or irreparable harm to Plaintiffs.

574.    Defendants did not seek or obtain permission or consent from Plaintiffs before engaging in such acts and/or omissions that caused, allowed, and/or otherwise resulted in Plaintiffs' exposure

to AFFF and the contamination of Plaintiffs' blood and/or body with PFAS materials, and resulting biopersistence and bioaccumulation of such PFAS in their blood and/or body.

**B.      Defendants' History of Manufacturing and Selling AFFF**

575.   3M began producing PFOS and PFOA by electrochemical fluorination in the 1940s.  In the 1960s, 3M used its fluorination process to develop AFFF.

576.   3M manufactured, marketed, and sold AFFF from the 1960s to the early 2000s.

577.   National Foam and Tyco/Ansul began to manufacture, market, and sell AFFF in the 1970s.

578.   Buckeye began to manufacture, market, and sell AFFF in the 2000s.

579.   In 2000, 3M announced it was phasing out its manufacture of PFOS, PFOA, and related products, including AFFF. 3M, in its press release announcing the phase out, stated "our products are safe," and that 3M's decision was "based on [its] principles of responsible environment management." 3M further stated that "the presence of these materials at [] very low levels does not pose a human health or environmental risk."  In communications with the EPA at that time, 3M also stated that it had "concluded that…other business opportunities were more deserving of the company's energies and attention…"

580.   Following 3M's exit from the AFFF market, the remaining AFFF Defendants continued to manufacture and sell AFFF that contained PFAS and/or its precursors.

581.   AFFF Defendants knew their customers warehoused large stockpiles of AFFF. In fact, AFFF Defendants marketed their AFFF products by touting its shelf-life. Even after AFFF Defendants fully understood the toxicity of PFAS, and their impacts to the health of humans following exposure, AFFF Defendants concealed the true nature of PFAS. While AFFF Defendants phased out production or transitioned to other formulas, they did not instruct their customers that they should not use AFFF that contained PFAS and/or their precursors. AFFF Defendants further did not act to get their harmful products off the market.

582.    AFFF Defendants did not warn public entities, firefighter trainees who they knew would foreseeably come into contact with their AFFF products, or firefighters employed by either civilian and/or military employers that use of and/or exposure to AFFF Defendants' products containing PFAS and/or its precursors would pose a danger to human health

583.    Plaintiffs directly used, were exposed, and/or were given AFFF to help fight fires on a regular basis. Plaintiffs used and ingested water contaminated with AFFF.

584.    Plaintiffs were never informed that this product was inherently dangerous. Nor were Plaintiffs warned about the known health risks associated with this product.

585.    Plaintiffs never received or were told to use any protective gear to guard against the known dangerous propensities of this product.

586.    AFFF Defendants have known of the health hazards associated with AFFF and/or its compounds for decades and that in their intended and/or common use would harm human health.

587.    Information regarding AFFF and its compounds were readily accessible to each of the above-referenced AFFF Defendants for decades because each is an expert in the field of AFFF manufacturing and/or the materials needed to manufacture AFFF, and each has detailed information and understanding about the chemical compounds that form AFFF products.

588.    AFFF Defendants' manufacture, distribution and/or sale of AFFF resulted in Plaintiffs and other individuals who came in contact with the chemical to develop cancer.

589.    AFFF Defendants through their manufacturing, distribution and/or sale of AFFF, and through their involvement and/or participation in the creation of training and instructional materials and activities, knew, foresaw, and/or should have known and/or foreseen that Plaintiffs and those similarly situated would be harmed.

590.    AFFF Defendants' products were unreasonably dangerous and Defendants failed to warn of this danger.

## CAUSES OF ACTION

## COUNT I
## NEGLIGENCE

591.    Plaintiffs hereby incorporate by reference the allegations contained in the preceding paragraphs of this Complaint as if restated in full herein.

592.    Defendants had a duty to individuals, including Plaintiffs, to exercise reasonable ordinary, and appropriate care in the manufacturing, design, labeling, packaging, testing, instruction, warning, selling, marketing, distribution, and training related to the AFFF.

593.    Defendants breached their duty of care and were negligent, grossly negligent, reckless and willful as described herein in the design, manufacture, labeling, warning, instruction, training, selling, marketing, and distribution of the AFFF or underlying PFAS containing chemicals used in AFFF in one or more of the following respects:

  a.  Failing to design the products so as to avoid an unreasonable risk of harm to individuals, including Plaintiffs;

  b.  Failing to use reasonable care in the testing of the products so as to avoid an unreasonable risk of harm to individuals, including Plaintiffs;

  c.  Failing to use appropriate care in inspecting the products so as to avoid an unreasonable risk of harm to individuals, including Plaintiffs;

  d.  Failing to use appropriate care in instructing and/or warning the public as set forth herein of risks associated with the products, so as to avoid unreasonable risk of harm to individuals, including Plaintiffs;

  e.  Failing to use reasonable care in marketing, promoting, and advertising the products so as to avoid unreasonable risk of harm to individuals, including Plaintiffs;

  f.  Otherwise negligently or carelessly designing, manufacturing, marketing, distributing, warning; and

  g.  In selling and or distributing a product which was inherently dangerous to the public;

594.    As a direct and proximate result of Defendants' negligence, Plaintiffs have been injured,

sustained severe and permanent pain, suffering, disability, impairment, loss of enjoyment of life, loss of care, comfort, economic loss and damages including, but not limited to medical expenses, lost income, and/or other damages.

WHEREFORE, Plaintiffs pray judgments against Defendants for actual, compensatory, consequential, and punitive damages, together with the costs of this action, and for such other and further relief as this Court may deem fit, just, and proper.

## COUNT II
## BATTERY

595.    Plaintiffs hereby incorporate by reference the allegations contained in the preceding paragraphs of this Complaint as if restated in full herein.

596.    At all relevant times, Defendants possessed knowledge that the AFFF containing PFAS which they designed, engineered, manufactured, fabricated, sold, handled, released, trained users on, produced instructional materials for, used, and/or distributed were bio- persistent, bio-accumulative, toxic, potentially carcinogenic, and/or otherwise harmful/injurious

and that their continued manufacture, use, sale, handling, release, and distribution would result in Plaintiffs having PFAS in Plaintiffs' blood, and the biopersistence and bioaccumulation of such PFAS in Plaintiffs' blood.

597.    However, despite possessing such knowledge, Defendants knowingly, purposefully, and/or intentionally continued to engage in such acts and/or omissions, including but not limited to all such acts and/or omissions described in this Complaint, that continued to result in Plaintiffs accumulating PFAS in Plaintiffs' blood and/or body, and such PFAS persisting and accumulating in Plaintiffs' blood and/or body.

598.    Defendants did not seek or obtain permission or consent from Plaintiffs to put or allow PFAS materials into Plaintiffs' blood and/or body, or to persist in and/or accumulate in Plaintiffs'

blood and/or body.

599.    Entry into, persistence in, and accumulation of such PFAS in Plaintiffs' body and/or blood without permission or consent is an unlawful and harmful and/or offensive physical invasion and/or contact with Plaintiffs' person and unreasonably interferes with Plaintiffs' rightful use and possession of Plaintiffs' blood and/or body.

600.    At all relevant times, the PFAS present in the blood of Plaintiffs originated from Defendants' acts and/or omissions.

601.    Defendants continue to knowingly, intentionally, and/or purposefully engage in acts and/or omissions that result in the unlawful and unconsented-to physical invasion and/or contact with Plaintiffs that resulted in persisting and accumulating levels of PFAS in Plaintiffs' blood.

602.    Plaintiffs, and any reasonable person, would find the contact at issue harmful and/or offensive.

603.    Defendants acted intentionally with the knowledge and/or belief that the contact, presence and/or invasion of PFAS with, onto and/or into Plaintiffs' blood serum, including its persistence and accumulation in such serum, was substantially certain to result from those very acts and/or omissions.

604.    Defendants' intentional acts and/or omissions resulted directly and/or indirectly in harmful contact with Plaintiffs' blood and/or body.

605.    The continued presence, persistence, and accumulation of PFAS in the blood and/or body of Plaintiffs is offensive, unreasonable, and/or harmful, and thereby constitutes a battery.

606.    The presence of PFAS in the blood and/or body of Plaintiffs altered the structure and/or function of such blood and/or body parts and resulted in cancer.

607.    As a direct and proximate result of the foregoing acts and omissions, Plaintiffs suffered physical injury for which Defendants are therefore liable.

WHEREFORE, Plaintiffs pray judgments against Defendants for actual, compensatory, consequential, and punitive damages, together with the costs of this action, and for such other and further relief as this Court may deem fit, just, and proper.

**COUNT III**
**FAILURE TO WARN**

608.   Plaintiffs hereby incorporate by reference the allegations contained in the preceding paragraphs of this Complaint as if restated in full herein.

609.   The aforementioned products were sold, distributed, or otherwise put into the stream of commerce, designed or manufactured by defendants. Plaintiffs allege that this defendant violated the New Jersey Product Liability Act N.J.S. 2A:58C-2 et seq. in that the products were not reasonably safe products and/or were not products that were reasonably fit, suitable and safe for its intended uses because they were designed defectively, manufactured defectively, and/or there were not adequate warnings provided by the manufacturer.

610.   Defendants knew or should have known:

   a)  exposure to AFFF containing PFAS was hazardous to human health;

   b)  the manner in which they were designing, marketing, developing, manufacturing, distributing, releasing, training, instructing, promoting, and selling AFFF containing PFAS was hazardous to human health; and

   c)  the manner in which they were designing, marketing, developing, manufacturing, marketing, distributing, releasing, training, instructing, promotion and selling AFFF containing PFAS would result in the contamination of Plaintiffs' blood and/or body as a result of exposure.

611.   Defendants had a duty to warn of the hazards associated with AFFF containing PFAS entering the blood and/or body of Plaintiffs because they knew of the dangerous, hazardous, and toxic properties of AFFF containing PFAS. Defendants failed to provide sufficient warning to purchasers that the use of their AFFF products would cause PFAS to be released and cause the

exposure and bioaccumulation of these toxic chemicals in the blood and/or body of Plaintiffs.

612.    Adequate instructions and warnings on the AFFF containing PFAS could have reduced or avoided these foreseeable risks of harm and injury to Plaintiffs. If Defendants provided adequate warnings:

a)    Plaintiffs could have and would have taken measures to avoid or lessen exposure; and

b)    end users and governments could have taken steps to reduce or prevent the release of PFASs into the blood and/or body of Plaintiffs. Defendants' failure to warn was a direct and proximate cause of Plaintiffs' injuries from PFAS that came from the use, storage, and disposal of AFFF containing PFAS. Crucially, Defendants' failure to provide adequate and sufficient warnings for the AFFF containing PFAS they designed, marketed, manufactured, distributed, released, promoted, and sold renders the AFFF a defective product.

613.    Defendants were negligent in their failure to provide Plaintiffs with adequate warnings or instruction that the use of their AFFF products would cause PFAS to be released into the blood and/or body of Plaintiffs. As a result of Defendants' conduct and the resulting contamination, Plaintiffs suffered severe personal injuries by exposure to AFFF containing PFAS.

614.    Defendants' negligent failure to warn directly and proximately caused the harm to and damages suffered by Plaintiffs.

WHEREFORE, Plaintiffs pray judgments against Defendants for actual, compensatory, consequential, and punitive damages, together with the costs of this action, and for such other and further relief as this Court may deem fit, just, and proper.

## COUNT IV
## DEFECTIVE DESIGN

615.    Plaintiffs hereby incorporate by reference the allegations contained in the preceding paragraphs of this Complaint as if restated in full herein.

616.    The aforementioned products were, sold, distributed, or otherwise put into the stream of commerce, designed or manufactured by defendants. Plaintiffs allege that this defendant violated

the New Jersey Product Liability Act N.J.S. 2A:58C-2 et seq. in that the products were not reasonably safe products and/or were not products that were reasonably fit, suitable and safe for its intended uses because they were designed defectively, manufactured defectively, and/or there were not adequate warnings provided by the manufacturer.

617.    Defendants knew or should have known:

   a)  exposure to AFFF containing PFAS is hazardous to human health;

   b)  the manner in which AFFF containing PFAS was designed, manufactured, marketed, distributed, and sold was hazardous to human health; and

   c)  the manner in which AFFF containing PFAS was designed, manufactured, marketed, distributed, and could and would release PFAS into Plaintiffs and cause the exposure and bioaccumulation of these toxic and poisonous chemicals in the blood and/or body of Plaintiffs.

618.    Knowing of the dangerous and hazardous properties of the AFFF containing PFAS, Defendants could have designed, manufactured, marketed, distributed, and sold alternative designs or formulations of AFFF that did not contain hazardous and toxic PFAS. These alternative designs and formulations were already available, practical, and technologically feasible. The use of these alternative designs would have reduced or prevented reasonably foreseeable harm to Plaintiff caused by Defendants' design, manufacture, marketing, distribution, and sale of AFFF containing hazardous and toxic PFAS.

619.    The AFFF containing PFAS that was designed, manufactured, marketed, distributed, and sold by Defendants was so hazardous, toxic, and dangerous to human health that the act of designing, formulating, manufacturing, marketing, distributing, and selling this AFFF was unreasonably dangerous under the circumstances.

620.    The AFFF designed, formulated, manufactured, marketed, distributed, and sold by Defendants was defectively designed and the foreseeable risk of harm could and would have been reduced or eliminated by the adoption of a reasonable alternative design that was not unreasonably

dangerous. Defendants' defective design and formulation of AFFF containing PFAS was a direct and proximate cause of the contamination of the blood and/or body of Plaintiffs and the persistence and accumulation of PFAS in Plaintiffs' blood and/or body.

621.    Defendants' defective design and formulation of AFFF containing PFAS caused the contamination described herein resulting in personal injuries to Plaintiffs. As a direct result of the harm and injury caused by Defendants' defective design and the contamination described herein, Plaintiffs have been exposed to AFFF containing PFAS and other toxic substances and has developed cancer.

622.    Defendants' negligent failure to design a reasonably safe product directly and proximately caused the harm to and damages suffered by Plaintiffs.

WHEREFORE, Plaintiffs pray judgments against Defendants for actual, compensatory, consequential, and punitive damages, together with the costs of this action, and for such other and further relief as this Court may deem fit, just, and proper.

## <u>COUNT V</u>
## <u>STRICT LIABILITY (STATUTORY)</u>

623.    Plaintiffs hereby incorporate by reference the allegations contained in the preceding paragraphs of this Complaint as if restated in full herein.

624.    The aforementioned products were, sold, distributed, or otherwise put into the stream of commerce, designed or manufactured by defendants. Plaintiffs allege that this defendant violated the New Jersey Product Liability Act N.J.S. 2A:58C-2 et seq. in that the products were not reasonably safe products and/or were not products that were reasonably fit , suitable and safe for its intended uses because they were designed defectively, manufactured defectively, and/or there were not adequate warnings provided by the manufacturer.

625.    Plaintiffs assert any and all remedies available under statutory causes of action from

Plaintiffs' states for strict liability against each Defendant.

626.    Defendants were engaged in designing, manufacturing, marketing, selling, and distribution of AFFF.

627.    The AFFF was in a defective condition and unreasonably dangerous to users and/or consumers when designed, manufactured, marketed, sold, and/or distributed to the public by Defendants.

628.    As a direct and proximate result of Defendants products' aforementioned defects, Plaintiffs have been injured, sustained severe and permanent pain, suffering, disability, impairment, loss of enjoyment of life, loss of care, comfort, economic loss and damages including, but not limited to medical expenses, lost income, and other damages.

629.    Defendants are strictly liable in tort to Plaintiffs for their wrongful conduct.

WHEREFORE, Plaintiffs pray judgments against Defendants for actual, compensatory, consequential, and punitive damages, together with the costs of this action, and for such other and further relief as this Court may deem fit, just, and proper.

## COUNT VI
## STRICT LIABILITY (RESTATEMENT)

630.    Plaintiffs hereby incorporate by reference the allegations contained in the preceding paragraphs of this Complaint as if restated in full herein.

631.    The aforementioned products were, sold, distributed, or otherwise put into the stream of commerce, designed or manufactured by defendants. Plaintiffs allege that this defendant violated the New Jersey Product Liability Act N.J.S. 2A:58C-2 et seq. in that the products were not reasonably safe products and/or were not products that were reasonably fit, suitable and safe for its intended uses because they were designed defectively, manufactured defectively, and/or there were not adequate warnings provided by the manufacturer.

632.    Plaintiffs bring strict product liability claims under the common law, Section 402A of the Restatement of Torts (Second), and/or Restatement of Torts (Third) against Defendants.

633.    As designed, manufactured, marketed, tested, assembled, equipped, distributed and/or sold by Defendants the AFFF product was in a defective and unreasonably dangerous condition when put to reasonably anticipated use to foreseeable consumers and users, including Plaintiffs.

634.    Defendants had available reasonable alternative designs which would have made the AFFF product safer and would have most likely prevented the injuries and damages to Plaintiffs, thus violating state law and the Restatement of Torts.

635.    Defendants failed to properly and adequately warn and instruct Plaintiffs as to the proper safety and use of Defendants product.

636.    Defendants failed to properly and adequately warn and instruct Plaintiffs regarding the inadequate research and testing of the product.

637.    Defendants' products are inherently dangerous and defective, unfit and unsafe for their intended and reasonably foreseeable uses, and do not meet or perform to the expectations.

638.    As a proximate result of Defendants' design, manufacture, marketing, sale, and distribution of the products, Plaintiffs have been injured and sustained severe and permanent pain, suffering, disability, impairment, loss of enjoyment of life, loss of care, comfort, and consortium, and economic damages.

639.    By reason of the foregoing, Defendants are strictly liable for the injuries and damages suffered by Plaintiffs, caused by these defects in the AFFF product.

WHEREFORE, Plaintiffs pray judgments against Defendants for actual, compensatory, consequential, and punitive damages, together with the costs of this action, and for such other and further relief as this Court may deem fit, just, and proper.

## COUNT VII

## **FRAUDULENT CONCEALMENT**

640.    Plaintiffs hereby incorporate by reference the allegations contained in the preceding paragraphs of this Complaint as if restated in full herein.

641.    Throughout the relevant time period, Defendants knew that their products were defective and unreasonably unsafe for their intended purpose.

642.    Defendants fraudulently concealed from and/or failed to disclose to or warn Plaintiffs, and the public that their products were defective, unsafe, and unfit for the purposes intended, and that they were not of merchantable quality.

643.    Defendants were under a duty to Plaintiffs and the public to disclose and warn of the defective and harmful nature of the products because:

  a)    Defendants were in a superior position to know the true quality, safety and efficacy of Defendants' products;

  b)    Defendants knowingly made false claims about the safety and quality of Defendants' product in documents and marketing materials; and

  c)    Defendants fraudulently and affirmatively concealed the defective nature of Defendants' products from Plaintiffs.

644.    The facts concealed and/or not disclosed by Defendants to Plaintiffs were material facts that a reasonable person would have considered to be important in deciding whether or not to purchase and/or use Defendants' products.

645.    Defendants intentionally concealed and/or failed to disclose the true defective nature of the products so that Plaintiffs would use Defendants' products, Plaintiffs justifiably acted or relied upon, to Plaintiffs' detriment, the concealed and/or non-disclosed facts as evidenced by Plaintiffs' use of Defendants' products.

646.     Defendants, by concealment or other action, intentionally prevented Plaintiffs from acquiring material information regarding the lack of safety and effectiveness of Defendants'

products and are subject to the same liability to Plaintiffs for Plaintiffs' pecuniary losses, as though Defendants had stated the non-existence of such material information regarding Defendants' products' lack of safety and effectiveness and dangers and defects, and as though Defendants had affirmatively stated the non-existence of such matters that Plaintiffs were thus prevented from discovering the truth. Defendants therefore have liability for fraudulent concealment under all applicable laws, including, inter alia, Restatement (Second) of Torts §550 (1977).

647.     As a proximate result of Defendants' conduct, Plaintiffs have been injured, and sustained severe and permanent pain, suffering, disability, impairment, loss of enjoyment of life, loss of care, comfort, and economic damages.

WHEREFORE, Plaintiffs pray judgments against Defendants for actual, compensatory, consequential, and punitive damages, together with the costs of this action, and for such other and further relief as this Court may deem fit, just, and proper.

## COUNT VIII
## BREACH OF EXPRESS AND IMPLIED WARRANTIES

648.     Plaintiffs hereby incorporate by reference the allegations contained in the preceding paragraphs of this Complaint as if restated in full herein.

649.     At all times relevant hereto, Defendants manufactured, marketed, labeled, and sold the AFFF products that has been previously alleged and described herein.

650.     At the time Defendants designed, developed, marketed, sold, labeled, and distributed the AFFF products, Defendants knew of the use for which it was intended, and implied and/or expressly warranted that the product was merchantable, safe, and fit for its intended purpose.

651.     Defendants warranted that the product was merchantable and fit for the particular purpose for which it was intended and would be reasonably safe. These warranties were breached, and such breach proximately resulted in the injuries and damages suffered by Plaintiffs.

652.   Plaintiffs are within the class of foreseeable users and reasonably relied upon Defendants' judgment, and the implied and/or express warranties in using the products.

653.   Defendants breached their implied and/or express warranties and did not meet the ex merchantable quality nor safe for its intended use in that the product has a propensity to cause serious injury, pain, and cancer.

WHEREFORE, Plaintiffs pray judgments against Defendants for actual, compensatory, consequential, and punitive damages, together with the costs of this action, and for such other and further relief as this Court may deem fit, just, and proper.

## COUNT IX
## WANTONNESS

654.   Plaintiffs hereby incorporate by reference the allegations contained in the preceding paragraphs of this Complaint as if restated in full herein.

655.   Defendants and their employees, agents, officers, and representatives owed a duty of care to end users of their AFFF products, including Plaintiffs.

656.   Defendants breached the duty of care owed to Plaintiffs.

657.   The actions of Defendants and their employees, agents, officers, and representatives were willful and wanton and exhibited a reckless disregard for the life, health, and safety of the end users of Defendants' AFFF products, including Plaintiffs.

658.   As a proximate and foreseeable consequent of the actions of Defendants, Plaintiffs were exposed to unreasonably dangerous toxic PFAS containing AFFF, which caused Plaintiffs' injury.

WHEREFORE, Plaintiffs pray judgments against Defendants for actual, compensatory, consequential, and punitive damages, together with the costs of this action, and for such other and further relief as this Court may deem fit, just, and proper.

## COUNT X
## PUNITIVE DAMAGES

659.     Plaintiffs hereby incorporate by reference the allegations contained in the preceding paragraphs of this Complaint as if restated in full herein.

660.     Upon information and belief, Defendants engaged in willful, wanton, malicious, and or/reckless conduct that was done without regard to the consequences or the safety of Plaintiffs and caused the foregoing injuries upon Plaintiffs, disregarding their protected rights.

661.     Defendants' willful, wanton, malicious, and/or reckless conduct includes but is not limited to Defendants' failure to take all reasonable measures to ensure Plaintiffs were not exposed to PFAS which Defendants knew were linked to serious medical conditions.

662.     Defendants have caused significant harm to Plaintiffs and have demonstrated a conscious and outrageous disregard for their safety with implied malice, warranting the imposition of punitive damages.

## **TOLLING OF THE STATUTE OF LIMITATIONS**

### **Discovery Rule Tolling**

663.     Plaintiffs had no way of knowing about the risk of serious injury associated with the use of and exposure to PFAS until very recently.

664.     Within the time period of any applicable statute of limitations, Plaintiffs could not have discovered, through the exercise of reasonable diligence, that exposure to PFAS is harmful to human health.

665.     Plaintiffs did not discover and did not know of facts that would cause a reasonable person to suspect the risk associated with the use of and exposure to PFAS; nor would a reasonable and diligent investigation by Plaintiffs have disclosed that PFAS could cause personal injury.

666.     For these reasons, all applicable statutes of limitations have been tolled by operation of the discovery rule with respect to Plaintiffs' claims.

**Fraudulent Concealment Tolling**

667.    All applicable statute of limitations have also been tolled by Defendants knowing and active fraudulent concealment and denial of the facts alleged herein throughout the time period relevant to this action.

668.    Instead of disclosing critical safety information regarding AFFF, Defendants have consistently and falsely represented the safety of AFFF products.

669.    This fraudulent concealment continues through present day.

670.    Due to this fraudulent concealment, all applicable statutes of limitations have been tolled by operation of the discovery rule with respect to Plaintiffs' claims.

**Estoppel**

671.    Defendants were under a continuous duty to consumer, end users, and other persons coming into contact with their products, including Plaintiffs, to accurately provide safety information concerning its products and the risk associated with the use of and exposure to AFFF.

672.    Instead, Defendants knowingly, affirmatively, and actively concealed safety information concerning AFFF and the serious risks associated with the use of and exposure to AFFF.

673.    Based on the foregoing, Defendants are estopped from relying on any statute of limitations in defense of this action.

## **PRAYER FOR RELIEF**

WHEREFORE, Plaintiffs pray for judgment and an award of damages against Defendants, as follows:

a)    special damages, to include past and future medical and incidental expenses, according to proof;

b)    past and future loss of earnings and/or earning capacity, according to proof;

c)    past and future general damages, to include pain and suffering, emotional distress and mental anguish, according to proof;

d)  pre-judgment and post-judgment interest;

e)  the costs of this action; and

f)  treble and/or punitive damages to Plaintiffs; and

g)  granting any and all such other and further legal and equitable relief as the Court deems necessary, just and proper.

**BAGOLIE-FRIEDMAN, LLC**
Attorneys for Plaintiffs

Dated: 4/24/2025                    By: _s/ Alan T. Friedman_
                                   ALAN T. FRIEDMAN

**STAG LIUZZA, LLC**
Attorneys for Plaintiffs
(Merritt Cunningham to be Admitted Pro Hac Vice)

Dated: 4/24/2025                    By: _s/ Merritt Cunningham_
                                   MERRITT CUNNINGHAM

**STAG LIUZZA, LLC**
Attorneys for Plaintiffs
(Michael G. Stag to be Admitted Pro Hac Vice)

Dated: 4/24/2025                    By: _s/ Michael G. Stag_
                                   MICHAEL G. STAG

## **JURY DEMAND**

Plaintiffs hereby demand a trial by jury.

## DESIGNATION OF TRIAL COUNSEL

Pursuant to R. 4:25-4, Alan T. Friedman is hereby designated as trial counsel in this matter.

## CERTIFICATION PURSUANT TO R. 1:7-1(b)

PLEASE TAKE NOTICE that Plaintiffs intend to utilize the Time Unit Rule at closing.

## CERTIFICATION PURSUANT TO R. 1:38-7(C)

I certify that confidential personal identifiers have been redacted from documents now submitted to the Court and will be redacted from all documents in the future in accordance with Rule 1:38-7(b).

## DISCOVERY FOR DEMAND OF INSURANCE COVERAGE

The undersigned attorney for Plaintiffs hereby demand that proof of all insurance which may extend coverage to defendants for the subject incident and the limits of said coverage be furnished to plaintiffs within five (5) days of the date hereof.

## DEMAND FOR ANSWERS TO FORM C AND FORM C(4) INTERROGATORIES

PLEASE TAKE NOTICE pursuant to R. 4:17-1(b), plaintiffs demand certified answers to Form C and C(4) Uniform Interrogatories set forth in Appendix to the Rules governing Civil Practice.

## CERTIFICATION

Plaintiffs certify that the foregoing action is not the subject of any other action pending in any other court or arbitration proceeding and that no other action or arbitration proceeding is contemplated at this time. Plaintiffs further certify that no other persons are known to them who should be joined as parties at this time. Plaintiffs are aware that if the statements contained within this certification are knowingly false, that they may be subject to punishment.

**BAGOLIE-FRIEDMAN, LLC**
Attorneys for Plaintiffs

Dated: 4/24/2025                    By: s/ *Alan T. Friedman*
                                        ALAN T. FRIEDMAN


**STAG LIUZZA, LLC**
Attorneys for Plaintiffs
(Merritt Cunningham to be Admitted Pro Hac Vice)

Dated: 4/24/2025                    By: s/ *Merritt Cunningham*
                                        MERRITT CUNNINGHAM


**STAG LIUZZA, LLC**
Attorneys for Plaintiffs
(Michael G. Stag to be Admitted Pro Hac Vice)

Dated: 4/24/2025                    By: s/ *Michael G. Stag*
                                        MICHAEL G. STAG

# Civil Case Information Statement

## Case Details: MORRIS | Civil Part Docket# L-000946-25

**Case Type:** PRODUCT LIABILITY

**Document Type:** Complaint with Jury Demand

**Jury Demand:** YES - 12 JURORS

**Is this a professional malpractice case?** NO

**Related cases pending:** NO

**If yes, list docket numbers:**

**Do you anticipate adding any parties (arising out of same transaction or occurrence)?** NO

**Does this case involve claims related to COVID-19?** NO

**Are sexual abuse claims alleged by: Cynthia Kling?** NO

**Are sexual abuse claims alleged by: Tracey Klinger?** NO

**Are sexual abuse claims alleged by: Justin Knapp?** NO

**Are sexual abuse claims alleged by: Bruce Knapp?** NO

**Are sexual abuse claims alleged by: Gregory Knight?** NO

**Are sexual abuse claims alleged by: Joyce Knight?** NO

**Are sexual abuse claims alleged by: Rodger Knighten?** NO

**Are sexual abuse claims alleged by: Shane Kouba?** NO

**Are sexual abuse claims alleged by: Kristina Kruger?** NO

**Are sexual abuse claims alleged by: Jacquelin Kunstman?** NO

**Are sexual abuse claims alleged by: Jeremy Kunstman?** NO

**Are sexual abuse claims alleged by: Clyde Kyser?** NO

**Are sexual abuse claims alleged by: Margaret LaBrecque?** NO

**Are sexual abuse claims alleged by: Daryl LaFountain?** NO

Are sexual abuse claims alleged by: Glen Laird? NO

Are sexual abuse claims alleged by: Bradley Lamb? NO

Are sexual abuse claims alleged by: Jason Langley? NO

Are sexual abuse claims alleged by: William Lanier? NO

Are sexual abuse claims alleged by: Michael Lawrence? NO

Are sexual abuse claims alleged by: Gordon Lawrence? NO

Are sexual abuse claims alleged by: Rory Lawrence? NO

Are sexual abuse claims alleged by: Dornella Leal? NO

Are sexual abuse claims alleged by: Jerald Lee? NO

Are sexual abuse claims alleged by: Samuel Legarreta? NO

Are sexual abuse claims alleged by: Michael Lanning? NO

Are sexual abuse claims alleged by: Matthew Lattin? NO

Are sexual abuse claims alleged by: Wendy Lavachek? NO

Are sexual abuse claims alleged by: Maria Lekity? NO

Are sexual abuse claims alleged by: Gary Lemmon? NO

Are sexual abuse claims alleged by: Deborah Lenard? NO

Are sexual abuse claims alleged by: Janet Janet? NO

Are sexual abuse claims alleged by: Thelma LeRoy? NO

Are sexual abuse claims alleged by: Michael Levingston? NO

Are sexual abuse claims alleged by: Julian Lewis? NO

Are sexual abuse claims alleged by: Tamara Lewis? NO

Are sexual abuse claims alleged by: Kimberly Lewis? NO

Are sexual abuse claims alleged by: Nancy Lewis? NO

Are sexual abuse claims alleged by: Justin Lightner? NO

Are sexual abuse claims alleged by: Edward Limmer? NO

Are sexual abuse claims alleged by: Justin Lindsay? NO

Are sexual abuse claims alleged by: Kyle Lindsey? NO

Are sexual abuse claims alleged by: Charles Lingle? NO

Are sexual abuse claims alleged by: Scott Little? NO

Are sexual abuse claims alleged by: Christin Littledale? NO

Are sexual abuse claims alleged by: Louis Louis? NO

Are sexual abuse claims alleged by: Rachel Locke? NO

Are sexual abuse claims alleged by: Teresa Lodato? NO

Are sexual abuse claims alleged by: Phillip Logan? NO

Are sexual abuse claims alleged by: Loring Loney Sr.? NO

Are sexual abuse claims alleged by: Mitchell Long? NO

Are sexual abuse claims alleged by: Stella Lopez-Jimenez? NO

Are sexual abuse claims alleged by: Paul Lucas? NO

Are sexual abuse claims alleged by: Lance Lueloff? NO

Are sexual abuse claims alleged by: Kamari Lyons? NO

Are sexual abuse claims alleged by: Amy Mackay? NO

Are sexual abuse claims alleged by: Douglas Mackling? NO

Are sexual abuse claims alleged by: Luke Maclean? NO

Are sexual abuse claims alleged by: Carlos Maes? NO

Are sexual abuse claims alleged by: Anthony Maez? NO

Are sexual abuse claims alleged by: Shelia Major? NO

Are sexual abuse claims alleged by: John Marino? NO

Are sexual abuse claims alleged by: Sandra Marker? NO

Are sexual abuse claims alleged by: Kenneth Markus? NO

Are sexual abuse claims alleged by: Linda Marlett? NO

Are sexual abuse claims alleged by: William Marsh? NO

Are sexual abuse claims alleged by: John Marshall? NO

Are sexual abuse claims alleged by: Terrell Martin? NO

Are sexual abuse claims alleged by: Kenneth Martin? NO

Are sexual abuse claims alleged by: Julia Martin? NO

Are sexual abuse claims alleged by: William Mason? NO

Are sexual abuse claims alleged by: Barry Masters? NO

Are sexual abuse claims alleged by: Doug Masters? NO

Are sexual abuse claims alleged by: Thomas Matthews? NO

Are sexual abuse claims alleged by: Annelena Mattison? NO

Are sexual abuse claims alleged by: Thomas Maxey? NO

Are sexual abuse claims alleged by: Richard Maxson? NO

Are sexual abuse claims alleged by: Crystal McCauley? NO

Are sexual abuse claims alleged by: Emma Mccord? NO

Are sexual abuse claims alleged by: Anthony McCormick? NO

Are sexual abuse claims alleged by: Kevin McCottry? NO

Are sexual abuse claims alleged by: Jessica McCoy? NO

Are sexual abuse claims alleged by: Walnita McCree? NO

Are sexual abuse claims alleged by: Andrew McCullin? NO

Are sexual abuse claims alleged by: James McGlade? NO

Are sexual abuse claims alleged by: Kevin Mcgough? NO

Are sexual abuse claims alleged by: Leo McGrew? NO

Are sexual abuse claims alleged by: Kevin Mckay? NO

Are sexual abuse claims alleged by: Patrick McKeown? NO

Are sexual abuse claims alleged by: Robert McLagan? NO

Are sexual abuse claims alleged by: Angelo McLaurin? NO

Are sexual abuse claims alleged by: Bryan McNabb? NO

Are sexual abuse claims alleged by: Jennifer Mease? NO

Are sexual abuse claims alleged by: Rebecca Meltz? NO

Are sexual abuse claims alleged by: Dennis Merrigan? NO

Are sexual abuse claims alleged by: Janice McDougal? NO

Are sexual abuse claims alleged by: Ryan Meston? NO

Are sexual abuse claims alleged by: Robert Mickles? NO

Are sexual abuse claims alleged by: Laura Middleton? NO

Are sexual abuse claims alleged by: Christine Mielock? NO

Are sexual abuse claims alleged by: Brian Mikula? NO

Are sexual abuse claims alleged by: Michael Miles? NO

Are sexual abuse claims alleged by: Robert Miller? NO

Are sexual abuse claims alleged by: Daniel Miller? NO

Are sexual abuse claims alleged by: Angela Miller? NO

Are sexual abuse claims alleged by: Christoph Miller? NO

Are sexual abuse claims alleged by: Mark Miller? NO

Are sexual abuse claims alleged by: Barbara Miller? NO

Are sexual abuse claims alleged by: Kenneth Mims? NO

Are sexual abuse claims alleged by: Robert Miner? NO

Are sexual abuse claims alleged by: Nathanie Mitchell? NO

Are sexual abuse claims alleged by: Charles Moess? NO

Are sexual abuse claims alleged by: John Mogelnicki? NO

Are sexual abuse claims alleged by: Kit Mogle? NO

Are sexual abuse claims alleged by: Samantha Monroe? NO

Are sexual abuse claims alleged by: Richard Montoya? NO

Are sexual abuse claims alleged by: Katherine Moreno? NO

Are sexual abuse claims alleged by: Amberlei Morris? NO

Are sexual abuse claims alleged by: Conrad Morris? NO

Are sexual abuse claims alleged by: Bertie Morris? NO

Are sexual abuse claims alleged by: Marc Morrisette? NO

Are sexual abuse claims alleged by: Victoria Morrow? NO

Are sexual abuse claims alleged by: Jace Morrow? NO

Are sexual abuse claims alleged by: Dwight Motz? NO

Are sexual abuse claims alleged by: Jackie Mould? NO

Are sexual abuse claims alleged by: Pamela Moultray? NO

Are sexual abuse claims alleged by: Gary Moxley Sr.,? NO

Are sexual abuse claims alleged by: Joe Mraz? NO

Are sexual abuse claims alleged by: Neoccesha Mudd? NO

Are sexual abuse claims alleged by: Andrea Mullen? NO

Are sexual abuse claims alleged by: Alexander Muniz? NO

Are sexual abuse claims alleged by: David Munoz? NO

Are sexual abuse claims alleged by: James Murphy? NO

Are sexual abuse claims alleged by: Michael Mushnick? NO

Are sexual abuse claims alleged by: Robert Myers? NO

Are sexual abuse claims alleged by: Daphnie Nanton-Jackson? NO

Are sexual abuse claims alleged by: Tammy Nelson? NO

Are sexual abuse claims alleged by: Cedric Nelson? NO

Are sexual abuse claims alleged by: Henry Nelson? NO

Are sexual abuse claims alleged by: Navshad Lalani? NO

Are sexual abuse claims alleged by: Timothy Nelson? NO

Are sexual abuse claims alleged by: John Neri? NO

Are sexual abuse claims alleged by: Jacob Newton? NO

Are sexual abuse claims alleged by: Gerald Niedowicz? NO

Are sexual abuse claims alleged by: Howard Nielsen? NO

Are sexual abuse claims alleged by: Dan Noel? NO

Are sexual abuse claims alleged by: Mathew Noll? NO

Are sexual abuse claims alleged by: Richard Noll? NO

Are sexual abuse claims alleged by: Karin Norman? NO

Are sexual abuse claims alleged by: William Norman? NO

Are sexual abuse claims alleged by: Adam Nowicki? NO

Are sexual abuse claims alleged by: David Nuno? NO

Are sexual abuse claims alleged by: Sheryl Nurenberg? NO

Are sexual abuse claims alleged by: Edith Obryan? NO

Are sexual abuse claims alleged by: Joey O'Dell? NO

Are sexual abuse claims alleged by: Eric Oliver? NO

Are sexual abuse claims alleged by: Zachery O'Neil? NO

Are sexual abuse claims alleged by: Mary O'Neil? NO

Are sexual abuse claims alleged by: Jennifer Overby? NO

Are sexual abuse claims alleged by: Anthony Owens? NO

Are sexual abuse claims alleged by: Randy Owings? NO

Are sexual abuse claims alleged by: Brent Paddack? NO

Are sexual abuse claims alleged by: Michael Pagano? NO

Are sexual abuse claims alleged by: Heather Page? NO

Are sexual abuse claims alleged by: Jonathan Page? NO

Are sexual abuse claims alleged by: Gregory Palmateer? NO

Are sexual abuse claims alleged by: Deborah Palumbo? NO

Are sexual abuse claims alleged by: Filippo Palumbo? NO

Are sexual abuse claims alleged by: Wilbert Parks? NO

Are sexual abuse claims alleged by: Richard Parks? NO

Are sexual abuse claims alleged by: Ginger Patrick? NO

Are sexual abuse claims alleged by: Jon Patterson? NO

Are sexual abuse claims alleged by: John Patti? NO

Are sexual abuse claims alleged by: Jim Paulsen? NO

Are sexual abuse claims alleged by: Julian Peacock? NO

Are sexual abuse claims alleged by: Jennifer Pemp? NO

Are sexual abuse claims alleged by: Bobbie Perez? NO

Are sexual abuse claims alleged by: Darrius Perry? NO

Are sexual abuse claims alleged by: Roy Peterson? NO

Are sexual abuse claims alleged by: Emmanuel Peterson? NO

Are sexual abuse claims alleged by: Nikki Petree? NO

Are sexual abuse claims alleged by: Glynis Phillips? NO

Are sexual abuse claims alleged by: Lauren Picard? NO

Are sexual abuse claims alleged by: McHenry Pierre? NO

Are sexual abuse claims alleged by: Ricky Pike Jr.? NO

Are sexual abuse claims alleged by: Thomas Pio? NO

Are sexual abuse claims alleged by: Rodney Pirkle? NO

Are sexual abuse claims alleged by: Caitlin Pirtle? NO

Are sexual abuse claims alleged by: Wayne Platten? NO

Are sexual abuse claims alleged by: Andrew Plesek? NO

Are sexual abuse claims alleged by: Bret Plybon? NO

Are sexual abuse claims alleged by: Juana Posada? NO

Are sexual abuse claims alleged by: Christine Potter? NO

Are sexual abuse claims alleged by: Larry Poulin? NO

Are sexual abuse claims alleged by: Wendell Powell? NO

Are sexual abuse claims alleged by: Katherine Poynter? NO

Are sexual abuse claims alleged by: James Prather? NO

Are sexual abuse claims alleged by: Jerry Price? NO

Are sexual abuse claims alleged by: Celquetta D Pride? NO

Are sexual abuse claims alleged by: Lauren Primm? NO

Are sexual abuse claims alleged by: Nahzeer Pryor? NO

Are sexual abuse claims alleged by: Susan Quintero? NO

Are sexual abuse claims alleged by: La'Kia Radcliff? NO

Are sexual abuse claims alleged by: Ronald Ragsdale Jr.? NO

Are sexual abuse claims alleged by: Sohail Rana? NO

Are sexual abuse claims alleged by: Ashleigh Rardon? NO

Are sexual abuse claims alleged by: Ronald Rash Jr.? NO

Are sexual abuse claims alleged by: Charles Rathburn? NO

Are sexual abuse claims alleged by: Camden Reddish? NO

Are sexual abuse claims alleged by: Marilyn Reed? NO

Are sexual abuse claims alleged by: Julie D Reid? NO

Are sexual abuse claims alleged by: Benjamin Reiss? NO

Are sexual abuse claims alleged by: Michael Ressel? NO

Are sexual abuse claims alleged by: James Rethwisch? NO

Are sexual abuse claims alleged by: James Reveal? NO

Are sexual abuse claims alleged by: Sylvia Reyna Ramo? NO

Are sexual abuse claims alleged by: Debra Rice? NO

Are sexual abuse claims alleged by: Gregory Rich? NO

Are sexual abuse claims alleged by: Jennifer Riel? NO

Are sexual abuse claims alleged by: James Ripka? NO

Are sexual abuse claims alleged by: Damon Rispress? NO

Are sexual abuse claims alleged by: Steve Rive? NO

Are sexual abuse claims alleged by: David Robbins? NO

Are sexual abuse claims alleged by: Stephen Robens? NO

Are sexual abuse claims alleged by: Amber Roberts? NO

Are sexual abuse claims alleged by: Georgia Robinson? NO

Are sexual abuse claims alleged by: Robert Robinson? NO

Are sexual abuse claims alleged by: Jacob Rodgers? NO

Are sexual abuse claims alleged by: Germain Rodriguez? NO

Are sexual abuse claims alleged by: Felipe Rodriguez? NO

Are sexual abuse claims alleged by: Luis Rodriguez? NO

Are sexual abuse claims alleged by: Sandra Rodriguez? NO

Are sexual abuse claims alleged by: David Rolph? NO

Are sexual abuse claims alleged by: Stuart Roper? NO

Are sexual abuse claims alleged by: Sharon Rosado? NO

Are sexual abuse claims alleged by: Melody Ross? NO

Are sexual abuse claims alleged by: John Ross Jr.? NO

Are sexual abuse claims alleged by: Jennifer Rosser? NO

Are sexual abuse claims alleged by: Susan Rostar? NO

Are sexual abuse claims alleged by: Patrick Roy? NO

Are sexual abuse claims alleged by: Taras Rubycz? NO

Are sexual abuse claims alleged by: Elonda Russ? NO

Are sexual abuse claims alleged by: Raymond Russell? NO

Are sexual abuse claims alleged by: Ozie Ryals? NO

Are sexual abuse claims alleged by: Colleen Samson? NO

Are sexual abuse claims alleged by: Mark Samuel? NO

Are sexual abuse claims alleged by: Jack Sander? NO

Are sexual abuse claims alleged by: Dale Sanderlin? NO

Are sexual abuse claims alleged by: Steven Sanderson? NO

Are sexual abuse claims alleged by: Derek Sandusky? NO

Are sexual abuse claims alleged by: Mary Ann Santiago? NO

Are sexual abuse claims alleged by: Maria Saunders? NO

Are sexual abuse claims alleged by: Kassandra Saunders? NO

Are sexual abuse claims alleged by: Taryn Sawyer? NO

Are sexual abuse claims alleged by: Judith Scappaticc? NO

Are sexual abuse claims alleged by: John Scavone? NO

Are sexual abuse claims alleged by: Diane Schaefer? NO

Are sexual abuse claims alleged by: Dominick Scheid? NO

Are sexual abuse claims alleged by: Raymond Schelling? NO

Are sexual abuse claims alleged by: John Schenne? NO

Are sexual abuse claims alleged by: Angela Scheres? NO

Are sexual abuse claims alleged by: Nicholas Schettin? NO

Are sexual abuse claims alleged by: Ronald Schlappie? NO

Are sexual abuse claims alleged by: Justin Schmitz? NO

Are sexual abuse claims alleged by: Terry Schoof? NO

Are sexual abuse claims alleged by: Marc Schott? NO

Are sexual abuse claims alleged by: Mari Schreder? NO

Are sexual abuse claims alleged by: James Schulz? NO

Are sexual abuse claims alleged by: Thomas Scoggins? NO

Are sexual abuse claims alleged by: Paris Scott? NO

Are sexual abuse claims alleged by: Lisa Scueller? NO

Are sexual abuse claims alleged by: Johanna Scott? NO

Are sexual abuse claims alleged by: Gregory Scott? NO

Are sexual abuse claims alleged by: Rhonda Scruggs? NO

Are sexual abuse claims alleged by: Jason Seddon? NO

Are sexual abuse claims alleged by: Charlene Segui? NO

Are sexual abuse claims alleged by: Fanessa Sellers? NO

Are sexual abuse claims alleged by: Joseph Sellers? NO

Are sexual abuse claims alleged by: Andrew Semp? NO

Are sexual abuse claims alleged by: Patricia Shaffer? NO

Are sexual abuse claims alleged by: Colton Sheets? NO

Are sexual abuse claims alleged by: Blake Shelton? NO

Are sexual abuse claims alleged by: Nicholas Shrubb? NO

Are sexual abuse claims alleged by: Callie Shufelt? NO

Are sexual abuse claims alleged by: Eddie Shy? NO

Are sexual abuse claims alleged by: Roy Sievers? NO

Are sexual abuse claims alleged by: Estrellit Silva? NO

Are sexual abuse claims alleged by: Jessica Sims? NO

Are sexual abuse claims alleged by: Janette Singleton? NO

Are sexual abuse claims alleged by: Timothy Singleton? NO

Are sexual abuse claims alleged by: Artrella Sinkler? NO

Are sexual abuse claims alleged by: Crystal Sinner? NO

Are sexual abuse claims alleged by: Strabo Sires? NO

Are sexual abuse claims alleged by: Rebecca Sjodin? NO

Are sexual abuse claims alleged by: Kayla Smallen? NO

Are sexual abuse claims alleged by: Gregory Smith? NO

Are sexual abuse claims alleged by: Carrie Smith? NO

Are sexual abuse claims alleged by: Elizabeth Smith? NO

Are sexual abuse claims alleged by: John Smith? NO

Are sexual abuse claims alleged by: Todd Smith? NO

Are sexual abuse claims alleged by: Erin Smith? NO

Are sexual abuse claims alleged by: Terri Smith? NO

Are sexual abuse claims alleged by: Paula Smith? NO

Are sexual abuse claims alleged by: Daniel Smith? NO

Are sexual abuse claims alleged by: David Smith? NO

Are sexual abuse claims alleged by: Elizabeth Soliz? NO

Are sexual abuse claims alleged by: April Sonnentag? NO

Are sexual abuse claims alleged by: Peter Sorensen? NO

Are sexual abuse claims alleged by: James Sottile Jr.? NO

Are sexual abuse claims alleged by: Jennifer Sowers? NO

Are sexual abuse claims alleged by: Steve Spann Sr.? NO

Are sexual abuse claims alleged by: Beverly Sparkman? NO

Are sexual abuse claims alleged by: Elizabeth Sparkman? NO

Are sexual abuse claims alleged by: Timothy Spateholt? NO

Are sexual abuse claims alleged by: Tiffany Spencer? NO

Are sexual abuse claims alleged by: Philip Spencer? NO

Are sexual abuse claims alleged by: Clifton Sprivey? NO

Are sexual abuse claims alleged by: Paula Spurgeon-Haddix? NO

Are sexual abuse claims alleged by: Michael Squires? NO

Are sexual abuse claims alleged by: Steven Starcher? NO

Are sexual abuse claims alleged by: Eleanor Staten? NO

Are sexual abuse claims alleged by: Robert Steidley? NO

Are sexual abuse claims alleged by: Bartholom Steinburg? NO

Are sexual abuse claims alleged by: Brittney Stevens? NO

Are sexual abuse claims alleged by: Shane Stevens? NO

Are sexual abuse claims alleged by: Daniel Steward? NO

Are sexual abuse claims alleged by: Richard Stier? NO

Are sexual abuse claims alleged by: Denise Stiffler? NO

Are sexual abuse claims alleged by: April Stitt? NO

Are sexual abuse claims alleged by: Tina Stitt? NO

Are sexual abuse claims alleged by: Jon Stokes? NO

Are sexual abuse claims alleged by: Anthony Stone? NO

Are sexual abuse claims alleged by: Willie J Stoval? NO

Are sexual abuse claims alleged by: Wendy Strand? NO

Are sexual abuse claims alleged by: Linda Streeter? NO

Are sexual abuse claims alleged by: Justin Stubbendic? NO

Are sexual abuse claims alleged by: Kimberly Styles? NO

Are sexual abuse claims alleged by: Timothy Styles? NO

Are sexual abuse claims alleged by: Katrina Sullivan? NO

Are sexual abuse claims alleged by: Toni Summerell? NO

Are sexual abuse claims alleged by: Agnes Svoboda? NO

Are sexual abuse claims alleged by: Roberta Sweet? NO

Are sexual abuse claims alleged by: Karla Swift? NO

Are sexual abuse claims alleged by: Charles Tate? NO

Are sexual abuse claims alleged by: Will Tavares? NO

Are sexual abuse claims alleged by: Edward Taylor? NO

Are sexual abuse claims alleged by: Robert Taylor? NO

Are sexual abuse claims alleged by: James Taylor? NO

Are sexual abuse claims alleged by: George Terzi? NO

Are sexual abuse claims alleged by: Michael Thomas? NO

Are sexual abuse claims alleged by: Steven Thomas? NO

Are sexual abuse claims alleged by: Bruce Thompkins? NO

Are sexual abuse claims alleged by: Michael Thompson? NO

Are sexual abuse claims alleged by: David Thornton? NO

Are sexual abuse claims alleged by: Jack Tipold? NO

Are sexual abuse claims alleged by: Lantz Tipton? NO

Are sexual abuse claims alleged by: Daniel Tobias? NO

Are sexual abuse claims alleged by: Anne Todd? NO

Are sexual abuse claims alleged by: Andrew Tomalo? NO

Are sexual abuse claims alleged by: Patric Tompkins? NO

Are sexual abuse claims alleged by: Charles Trakel? NO

Are sexual abuse claims alleged by: Jessica Trinkella? NO

Are sexual abuse claims alleged by: Russell Trufant? NO

Are sexual abuse claims alleged by: Emily Turnbull? NO

Are sexual abuse claims alleged by: Charles Turner? NO

Are sexual abuse claims alleged by: Charles Turney? NO

Are sexual abuse claims alleged by: Junius Tyler? NO

Are sexual abuse claims alleged by: Kris Underwood? NO

Are sexual abuse claims alleged by: Rufo Ungacta? NO

Are sexual abuse claims alleged by: Judee Utoh? NO

Are sexual abuse claims alleged by: Michele Valentin? NO

Are sexual abuse claims alleged by: Shawn Valentine? NO

Are sexual abuse claims alleged by: Jill Vandegrift? NO

Are sexual abuse claims alleged by: Roy Varney? NO

Are sexual abuse claims alleged by: Luis Vasquez? NO

Are sexual abuse claims alleged by: Michael Venters? NO

Are sexual abuse claims alleged by: Robert Vest? NO

Are sexual abuse claims alleged by: Caprice Vizcaya? NO

Are sexual abuse claims alleged by: Eric Waddle? NO

Are sexual abuse claims alleged by: Stephanie Wade? NO

Are sexual abuse claims alleged by: Alisa Wahrer? NO

Are sexual abuse claims alleged by: Jennifer Walch-Gross? NO

Are sexual abuse claims alleged by: Scott Walker? NO

Are sexual abuse claims alleged by: Corey Walker? NO

Are sexual abuse claims alleged by: Kevin Walker? NO

Are sexual abuse claims alleged by: Autumn Walker? NO

Are sexual abuse claims alleged by: Daniel Walsh? NO

Are sexual abuse claims alleged by: Dewayne Washington? NO

Are sexual abuse claims alleged by: Harold Washington? NO

Are sexual abuse claims alleged by: Stephen Watkins? NO

Are sexual abuse claims alleged by: Dale Watkins Sr.? NO

Are sexual abuse claims alleged by: Zanda Watson? NO

Are sexual abuse claims alleged by: James Weakley? NO

Are sexual abuse claims alleged by: Fred Weber? NO

Are sexual abuse claims alleged by: Jerry Weddle? NO

Are sexual abuse claims alleged by: Michelle Weidner? NO

Are sexual abuse claims alleged by: Scott Weiss? NO

Are sexual abuse claims alleged by: Vicky Wellington? NO

Are sexual abuse claims alleged by: Joanne Wendel? NO

Are sexual abuse claims alleged by: Frank L Wescom Sr.? NO

Are sexual abuse claims alleged by: April Westerlund? NO

Are sexual abuse claims alleged by: Chad Wetzel? NO

Are sexual abuse claims alleged by: Clifton Wheeler J? NO

Are sexual abuse claims alleged by: Charles White? NO

Are sexual abuse claims alleged by: Durance White? NO

Are sexual abuse claims alleged by: Gregory White? NO

Are sexual abuse claims alleged by: Trenton Whited? NO

Are sexual abuse claims alleged by: Yesmin Whitehead? NO

Are sexual abuse claims alleged by: Charles Whitlock? NO

Are sexual abuse claims alleged by: Tony Whitt? NO

Are sexual abuse claims alleged by: Patricia M Wicks? NO

Are sexual abuse claims alleged by: Peter Wilkins? NO

Are sexual abuse claims alleged by: Craig Willcutt? NO

Are sexual abuse claims alleged by: David Williams? NO

Are sexual abuse claims alleged by: Ernest L Williams? NO

Are sexual abuse claims alleged by: Charles H Williams? NO

Are sexual abuse claims alleged by: Rachel Williams? NO

Are sexual abuse claims alleged by: Celestin Williams? NO

Are sexual abuse claims alleged by: Cynthia Williams? NO

Are sexual abuse claims alleged by: Madison Williams? NO

Are sexual abuse claims alleged by: Jeff Williams? NO

Are sexual abuse claims alleged by: Roger Williams? NO

Are sexual abuse claims alleged by: Latretta Williams? NO

Are sexual abuse claims alleged by: Timothy Williams? NO

Are sexual abuse claims alleged by: Kelvin Williams Sr.? NO

Are sexual abuse claims alleged by: AnnMarie Wilson? NO

Are sexual abuse claims alleged by: Michael Wilson? NO

Are sexual abuse claims alleged by: Dawn Wilson? NO

Are sexual abuse claims alleged by: Edwin Wilson? NO

Are sexual abuse claims alleged by: Harry Wilson? NO

Are sexual abuse claims alleged by: Kendrix Wilson? NO

Are sexual abuse claims alleged by: Benny Wilson? NO

Are sexual abuse claims alleged by: Benny Wilson? NO

Are sexual abuse claims alleged by: Joseph Wilson? NO

Are sexual abuse claims alleged by: Latonia Wilson? NO

Are sexual abuse claims alleged by: Nicholas Wilson? NO

Are sexual abuse claims alleged by: Antoinett Wilson Batts? NO

Are sexual abuse claims alleged by: Laura Wiltz? NO

Are sexual abuse claims alleged by: Brian Wingrove? NO

Are sexual abuse claims alleged by: Tarastar Winkler? NO

Are sexual abuse claims alleged by: Chaz Wittman? NO

Are sexual abuse claims alleged by: Kalvin Wlazlinski? NO

Are sexual abuse claims alleged by: Michele Wockenfus? NO

Are sexual abuse claims alleged by: Kyle Wood Sr.? NO

Are sexual abuse claims alleged by: Benny Woodward Sr? NO

Are sexual abuse claims alleged by: Benny Woodward Sr.? NO

Are sexual abuse claims alleged by: Charllai Wooten? NO

Are sexual abuse claims alleged by: Brian Wortley? NO

Are sexual abuse claims alleged by: Kami Wright? NO

Are sexual abuse claims alleged by: Gregory Wright? NO

Are sexual abuse claims alleged by: Karen Xavier? NO

Are sexual abuse claims alleged by: Alan Yankee? NO

Are sexual abuse claims alleged by: Kevin Yenowine? NO

Are sexual abuse claims alleged by: Kathleen Yopp? NO

Are sexual abuse claims alleged by: Maureen Young? NO

**Case Caption:** KLING CYNTHIA  VS THE 3M COMPANY

**Case Initiation Date:** 04/24/2025

**Attorney Name:** ALAN TODD FRIEDMAN

**Firm Name:** BAGOLIE FRIEDMAN LLC

**Address:** 648 NEWARK AVENUE

JERSEY CITY NJ 07306

**Phone:** 2016568500

**Name of Party:** PLAINTIFF : Kling, Cynthia

**Name of Defendant's Primary Insurance Company**

(if known): Unknown

**Are sexual abuse claims alleged by: Se Young Oh? NO**

**Are sexual abuse claims alleged by: Herschel Younger? NO**

**Are sexual abuse claims alleged by: Michael Yuschik? NO**

**Are sexual abuse claims alleged by: Julie Zebley? NO**

**Are sexual abuse claims alleged by: Jeanne Zielins? NO**

**Are sexual abuse claims alleged by: Sierra Zogg? NO**

**Are sexual abuse claims alleged by: Tammy Mcdowell? NO**

**Are sexual abuse claims alleged by: Techers T Mcgibbon? NO**

**Are sexual abuse claims alleged by: Susan Noll? NO**

**Are sexual abuse claims alleged by: Michael Nothstine? NO**

**Are sexual abuse claims alleged by: Nicholas Ross? NO**

**Are sexual abuse claims alleged by: Michael Simonton? NO**

## THE INFORMATION PROVIDED ON THIS FORM CANNOT BE INTRODUCED INTO EVIDENCE

**CASE CHARACTERISTICS FOR PURPOSES OF DETERMINING IF CASE IS APPROPRIATE FOR MEDIATION**

**Do parties have a current, past, or recurrent relationship?** NO

**If yes, is that relationship:**

**Does the statute governing this case provide for payment of fees by the losing party?** NO

**Use this space to alert the court to any special case characteristics that may warrant individual management or accelerated disposition:**

**Do you or your client need any disability accommodations?** NO

**If yes, please identify the requested accommodation:**

**Will an interpreter be needed?** NO

**If yes, for what language:**

**Please check off each applicable category: Putative Class Action?** NO  **Title 59?** NO  **Consumer Fraud?** NO
**Medical Debt Claim?** NO

I certify that confidential personal identifiers have been redacted from documents now submitted to the court, and will be redacted from all documents submitted in the future in accordance with *Rule* 1:38-7(b)

04/24/2025                                                                /s/ ALAN TODD FRIEDMAN
Dated                                                                         Signed